Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887)
Roya Shakoori (SBN 236383)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531

Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com
Email: Roya@bindermalter.com

Proposed Attorneys for Debtor and Debtor-in-Possession
MI PUEBLO SAN JOSE, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MI PUEBLO SAN JOSE, INC.,<br><br>    Debtor. | Case No. 13-53893-ASW<br><br>Chapter 11<br><br>NO HEARING REQUESTED |

**APPLICATION TO APPROVE DESIGNATION OF**
**<u>RESPONSIBLE INDIVIDUAL FOR CORPORATE DEBTOR</u>**

    The Application of MI PUEBLO SAN JOSE, INC., Debtor, respectfully represents:

    1.    On July 22, 2013, Debtor, Mi Pueblo San Jose, Inc. filed a Voluntary Petition under Chapter 11 of Title 11, United States Code.

2. Pursuant to Bankruptcy Rule 4002-1, Debtor wishes to appoint Juvenal Chavez, President of the Petitioner herein, whose address and telephone number are 1775 Story Road, San Jose, CA, 95122, (408) 928-1172 appointed as the natural person to be responsible for the duties and obligations of the Debtor during the pendency of this Chapter 7 proceeding.

WHEREFORE, Debtor requests that Juvenal Chavez, President of the Petitioner herein, be appointed the natural person to be responsible for the duties and obligations of the Debtor during the pendency of this Chapter 7 proceeding.

Dated: July 22, 2013         BINDER & MALTER, LLP

                             By:    /s/ Roya Shakoori
                                    Roya Shakoori

                             Attorneys for Debtor and Debtor-in-possession
                             MI PUEBLO SAN JOSE, INC.