**United States Bankruptcy Court**
**Northern District of California**

| | | | |
|---|---|---|---|
| In re | **Mi Pueblo San Jose, Inc.** | Case No. | **13-53893-ASW** |
| | Debtor(s) | Chapter | **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Juvenal Chavez, declare under penalty of perjury that I am the **President** of Mi Pueblo San Jose, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 22nd day of July, 2013.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Juvenal Chavez, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Juvenal Chavez, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Juvenal Chavez, President** of this Corporation is authorized and directed to employ **Heinz Binder #87908**, attorney and the law firm of **Binder & Malter, LLP** to represent the corporation in such bankruptcy case."

| | | | |
|---|---|---|---|
| Date | July 22, 2013 | Signed | /s/ Juvenal Chavez |
| | | | **Juvenal Chavez** |

Resolution of Board of Directors
of
**Mi Pueblo San Jose, Inc.**


      Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

      Be It Therefore Resolved, that **Juvenal Chavez, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

      Be It Further Resolved, that **Juvenal Chavez, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      Be It Further Resolved, that **Juvenal Chavez, President** of this Corporation is authorized and directed to employ **Heinz Binder #87908**, attorney and the law firm of **Binder & Malter, LLP** to represent the corporation in such bankruptcy case.

Date  July 22, 2013                    Signed   /s/  Juvenal Chavez
                                                                        **Juvenal Chavez**