| | FMV2PFK | | AP | | | |
|---|---|---|---|---|---|---|
| Company: | 1 Mi | Pueblo Food Center | | | | |
| Activity Status: | A | Active | | | | |
| Sort Code | Vendor Code | Vendor Name | Last Code Activity | Amount Owed | | |
| 7UPBO20 | B10250 | 7UP BOTTLING CO OF SAN FRANCIS | 7/17/2013 | $ | 54,944.82 | |
| ACFOO04 | A09840 | A.C. FOODS WHOLESALE | 7/17/2013 | $ | 26,139.26 | |
| ACMPR01 | A01420 | A.C.M. PRADO'S DIST, LLC | 7/17/2013 | $ | 22,453.84 | |
| ACHFO15 | A87520 | ACH FOOD COMPANIES INC. | 7/12/2013 | $ | - | |
| ADVAN21 | T00448 | ADVANTAGE OFFICE SOLUTIONS INC | 7/17/2013 | $ | 102.23 | |
| AGAVE19 | C00130 | AGAVES Y TEQUILA DON PILAR | 7/12/2013 | $ | 4,855.38 | |
| ALENU19 | A02460 | ALEN USA LP | 7/15/2013 | $ | 7,616.00 | |
| AMAZO14 | A00920 | AMAZONAS IMPORTS INC | 7/17/2013 | $ | 4,013.46 | |
| ANTHO15 | A08460 | ANTHONY CAULDER LLC | 7/16/2013 | $ | 5,927.04 | |
| ARAMA18 | Y00740 | ARAMARK UNIFORM SERVICES | 7/17/2013 | $ | 14,272.24 | |
| AREAD09 | Y00100 | AREA DISTRIBUTORS, INC. | 7/18/2013 | $ | 90,851.06 | |
| ATARE20 | A00965 | ATA RETAIL SERVICES INC. | 7/17/2013 | $ | 9,683.28 | |
| AZTEC01 | A85400 | AZTECA MILLING L.P. | 7/17/2013 | $ | 136,115.39 | |
| BHDIS20 | A08420 | B & H DISTRIBUTORS | 7/19/2013 | $ | 110,283.67 | |
| BAKEM01 | W00140 | BAKEMARK USA, LLC(WESTCO) | 7/17/2013 | $ | 4,780.00 | |
| BAKET05 | Y07820 | BAKETECH CORPORATION | 7/17/2013 | $ | 1,970.00 | |
| BARCE12 | A09870 | BARCEL USA, LLC | 7/17/2013 | $ | 40,679.66 | |
| SIGMA06 | R00980 | BAR-S FOODS | 7/16/2013 | $ | 83,796.46 | |
| BAYAR05 | C00320 | BAY AREA BEVERAGE COMPANY | 7/17/2013 | $ | 14,972.60 | |
| BAYAR06 | C06620 | BAY AREA DISTRIBUTING | 7/17/2013 | $ | 1,656.94 | |
| BAYAR07 | R00460 | BAY AREA SEAFOOD | 7/18/2013 | $ | 399,235.51 | |
| BAYCI20 | S05740 | BAY CITIES PRODUCE CO., INC | 7/18/2013 | $ | 95,645.47 | |
| BETTE18 | S08490 | BETTER PRODUCE INC. | 7/15/2013 | | | |
| BIGCH21 | R00780 | BIG CHUY DISTRIBUTORS&SONS,INC | 7/9/2013 | $ | 76,846.00 | |
| BIMBO02 | A00100 | BIMBO BAKERIES USA | 7/17/2013 | $ | 69,072.93 | |
| BONIL12 | A00820 | BONILLA DISTRIBUTOR | 7/17/2013 | $ | 6,046.85 | |
| BOTTO13 | C00100 | BOTTOMLEY DISTRIBUTING CO | 7/17/2013 | $ | 187,692.75 | |
| BOUNT25 | S05290 | BOUNTY FRESH LLC | 7/12/2013 | | | |
| BUNZL11 | Y00320 | BUNZL KOCH SUPPLIES | 7/9/2013 | $ | 2,105.20 | |
| CBEDU12 | S00540 | C. B. EDULIS | 7/16/2013 | $ | 91,184.00 | |

| Code | ID | Name | Date | Amount |
|---|---|---|---|---|
| CACIQ21 | A00150 | CACIQUE DISTRIBUTING USA | 7/18/2013 | $ 15,289.18 |
| CALIF17 | S00460 | CALIFORNIA FLAVORED NUTS | 7/15/2013 | $ 15,391.20 |
| CALIF22 | T00295 | CALIFORNIA SUPPLY NORTH INC. | 7/18/2013 | $ 4,490.50 |
| CALIF18 | S02390 | CALIFRESH OF CALIFORNIA LLC | 7/15/2013 | |
| CANDI05 | A00170 | CANDIES TOLTECA COMPANY | 7/17/2013 | $ 77,296.63 |
| CARGI12 | R06580 | CARGILL FOOD DIST. CO | 7/16/2013 | $ 15,287.20 |
| CBSFO15 | Y00300 | CBS FOOD EQUIPMENT | 7/16/2013 | $ 1,030.00 |
| CDSDI19 | S00420 | CDS DISTRIBUTING, INC. | 7/17/2013 | $ 233,469.15 |
| CENCA12 | C00340 | CENCAL BEVERAGE CO LLC | 7/16/2013 | $ 13,546.00 |
| CGROX01 | A01220 | CG ROXANE LLC | 7/17/2013 | $ 69,339.60 |
| CHEFM05 | R06530 | CHEF MERITO | 7/17/2013 | $ 5,558.81 |
| CHRIS22 | S02410 | CHRISTOPHER RANCH LLC | 7/17/2013 | $ 19,579.25 |
| CIRUL09 | S08910 | CIRULI BROTHERS LLC | 7/15/2013 | |
| CLOVE18 | A02810 | CLOVER STORNETTA FARMS INC. | 7/17/2013 | $ 13,224.85 |
| COAST20 | S07600 | COAST TROPICAL III (SF) | 7/15/2013 | |
| COCAC15 | B10150 | COCA COLA BOTTLING NORCAL | 7/17/2013 | $ 157,153.50 |
| COUCH04 | C00420 | COUCH DISTRIBUTING COMPANY | 7/17/2013 | $ 66,888.49 |
| CUTSI14 | S05025 | CUTSINGER ENTERPRISES, INC | 7/15/2013 | $ 26,340.00 |
| DALEN01 | S02640 | DALENA FARMS INC. | 7/15/2013 | $ 56,240.00 |
| DARIG15 | A89500 | DARIGOLD INC. | 7/10/2013 | $ 137,623.45 |
| DARRI07 | S02810 | D'ARRIGO BROS. CO. OF CALIFORN | 7/17/2013 | |
| DBIBE24 | C00210 | DBI BEVERAGE NAPA | 7/17/2013 | $ 8,180.45 |
| DBIBE23 | C00480 | DBI BEVERAGE SAN FRANCISCO | 7/17/2013 | $ 27,830.95 |
| DBIBE25 | C00215 | DBI BEVERAGE SAN JOAQUIN | 7/17/2013 | $ 30,621.60 |
| DBIBE22 | C00200 | DBI BEVERAGE SAN JOSE INC. | 7/17/2013 | $ 37,679.80 |
| DECOP01 | Y00600 | DECOPAC | 7/18/2013 | $ 12,474.90 |
| DELGA04 | S03200 | DELGADILLO PRODUCE | 7/17/2013 | $ 3,564.00 |
| DELTA19 | C00220 | DELTA-SIERRA DISTRIBUTING | 7/17/2013 | $ 11,639.80 |
| DOMEX19 | S06880 | DOMEX SUPERFRESH GROWERS | 7/2/2013 | |
| DONPE04 | R00160 | DON PEDRO'S MEAT | 7/15/2013 | $ 3,957.00 |
| DONSA26 | R00620 | DON SAZON INC. | 7/9/2013 | $ 9,600.00 |
| DOUGI18 | Y02240 | DOUG IRVING & ASSOCIATES | 7/18/2013 | $ 25,866.14 |
| DREYE18 | A05020 | DREYER'S GRAND ICE CREAM | 7/17/2013 | $ 15,427.99 |
| EAGLE04 | C00460 | EAGLE DISTRIBUTING CO. | 7/16/2013 | $ 3,389.95 |
| ELVUE12 | Y32000 | EL VUELO DEL AGUILA | 7/18/2013 | $ 626.00 |
| ELYXI18 | C06580 | ELYXIR DISTRIBUTING COMPANY | 7/17/2013 | $ 17,724.40 |
| FAMIL25 | S02510 | FAMILY TREE FARMS INC. | 7/16/2013 | |

| Code | Sub | Name | Date | Amount |
|---|---|---|---|---|
| FERNA12 | S00740 | FERNALDIA PRODUCTORE'S LOROCO | 7/16/2013 | $ 1,080.00 |
| FIEST01 | A01010 | FIESTA DEPOT | 7/12/2013 | $ - |
| FLOWE18 | A03410 | FLOWERS BAKING COMPANY | 7/17/2013 | $ 1,168.83 |
| FNJIN03 | S06545 | FNJ, INC | 7/12/2013 | $ - |
| FOMAR09 | A00380 | FOMAR IMPORT/EXPORT INC. | 7/17/2013 | $ 2,412.25 |
| FOSTE18 | R00925 | FOSTER FARMS | 7/16/2013 | $ 1,812.14 |
| FRESK01 | S01085 | FRESKA PRODUCE INTL. LLC | 7/12/2013 | |
| FRITO12 | A00420 | FRITO LAY INC | 7/18/2013 | $ 136,588.91 |
| GAERI14 | M00020 | GAER INTERNATIONAL LLC | 7/17/2013 | $ 5,637.68 |
| GALLO19 | C06540 | GALLO SALES COMPANY | 7/17/2013 | $ 1,158.55 |
| GELIM07 | A08500 | GELI MEX | 7/16/2013 | $ 260.25 |
| GEORG05 | A00110 | GEORGE FOOD DISTRIBUTING | 7/18/2013 | $ 18,445.98 |
| GEORG06 | S05490 | GEORGE PERRY AND SONS INC. | 7/16/2013 | |
| GLACI05 | A00450 | GLACIER ICE COMPANY | 7/18/2013 | $ 45,889.38 |
| GRAIN07 | Y04550 | GRAINGER INDUSTRIES COMMERCIAL | 7/17/2013 | $ 2,706.30 |
| GRAMI03 | A05670 | GRAMIC ENTERPRISES INC | 7/17/2013 | $ 21,046.08 |
| GRAND01 | A00960 | GRANDALL DISTRIBUTING CO., INC | 7/17/2013 | $ 57,996.82 |
| GRANT10 | S00220 | GRANT J. HUNT COMPANY | 7/17/2013 | |
| GULFP01 | A04580 | GULF PACIFIC RICE CO. INC. | 7/12/2013 | $ - |
| HALIB21 | R09610 | HALIBURTON INTERNATIONAL CORP. | 7/12/2013 | $ - |
| HELAD15 | A00500 | HELADOS LA TAPATIA | 7/17/2013 | $ 26,539.00 |
| HORIZ15 | C00280 | HORIZON BEVERAGE COMPANY | 7/17/2013 | $ 39,608.05 |
| HORIZ16 | S02200 | HORIZON MARKETING | 7/17/2013 | |
| IMPOR20 | C00840 | IMPORTS WITHOUT BORDERS | 7/4/2013 | $ 167.70 |
| INDEX06 | S02880 | INDEX FRESH INC. | 7/16/2013 | |
| INTER20 | U00100 | INTERSTORE TRANSFERS | 7/18/2013 | $ 1,134.03 |
| JCENT05 | S00640 | J & C ENTERPRISES INC | 7/15/2013 | $ - |
| JEWEL13 | S04540 | JEWEL MARKETING AND | 7/16/2013 | $ 6,777.95 |
| JUARE26 | S05620 | JUAREZ PRODUCE INC. | 7/16/2013 | $ 35,323.70 |
| KERNR09 | S02280 | KERN RIDGE GROWERS LLC | 7/16/2013 | $ 12,931.00 |
| KINGS02 | S02520 | KINGSBURG ORCHARDS | 7/15/2013 | |
| LMCOM16 | S00480 | L & M COMPANIES | 7/15/2013 | $ 55,425.76 |
| LAFIE19 | A00570 | LA FIESTA PRODUCTS | 7/18/2013 | $ 71,810.89 |
| LAFIN03 | A00640 | LA FINCA TORTILLERIA INC. | 7/17/2013 | $ 27,782.35 |
| LAMEX09 | A00600 | LA MEXICANA INC | 7/17/2013 | $ 14,169.20 |
| LAPAR03 | S00940 | LA PARCELA SPICE COMPANY | 7/17/2013 | $ 30,108.76 |
| LARAN03 | A00630 | LA RANCHERITA | 7/17/2013 | $ 1,575.00 |

| Code | Ref | Name | Date | Amount |
|---|---|---|---|---:|
| LAROS01 | A00650 | LA ROSA TORTILLA FACTORY | 7/18/2013 | $ 554,460.59 |
| LAKEL01 | Y05035 | LAKELAND INDUSTRIES, INC. | 7/15/2013 | $ 2,138.88 |
| LANDS05 | R00415 | LAND & SEA BAJA PRODUCTS | 7/16/2013 | $ 9,187.50 |
| LEXJE20 | Z05085 | LEXJET CORPORATION | 7/15/2013 | $ 411.08 |
| LIMEX19 | S00410 | LIMEX SICAR LTD CO | 7/16/2013 | |
| LOSAL20 | R00940 | LOS ALTOS FOODS PRODUCTS INC. | 7/17/2013 | $ 16,769.51 |
| LUCEL01 | A02040 | LUCELA INC. | 7/19/2013 | $ - |
| MEFOX03 | C00250 | M. E. FOX & COMPANY INC | 7/17/2013 | $ 19,144.42 |
| MARKS21 | C00390 | MARKSTEIN BEVERAGE CO/SACRAMEN | 7/17/2013 | $ 10,260.00 |
| MARKS20 | C00380 | MARKSTEIN SALES CO. | 7/17/2013 | $ 29,198.70 |
| MARQU05 | A00190 | MARQUE FOODS INC | 7/17/2013 | $ 9,978.75 |
| MARQU06 | A00700 | MARQUEZ BROS. INC | 7/18/2013 | $ 333,326.76 |
| MARQU07 | A00710 | MARQUEZ BROTHERS INTINC. | 7/17/2013 | $ 8,715.16 |
| MARUC08 | A02520 | MARUCHAN INC | 7/15/2013 | $ 19,351.80 |
| MATAG18 | C06510 | MATAGRANO INC. | 7/17/2013 | $ 13,410.30 |
| MCKEE06 | A02240 | MCKEE FOODS | 7/16/2013 | $ 1,075.16 |
| MEGUS20 | A03540 | ME GUSTA GOURMENT FOODS INC. | 7/15/2013 | $ 23,761.35 |
| MERCA04 | A00720 | MERCADO LATINO | 7/17/2013 | $ 6,539.71 |
| MESAB05 | C00400 | MESA BEVERAGE COMPANY INC | 7/16/2013 | $ 14,074.75 |
| MEXIC15 | A00750 | MEXICO TORTILLA FACTORY | 7/17/2013 | $ 11,833.53 |
| MEXIL09 | A03320 | MEXILINK INC. | 7/15/2013 | $ 24,044.70 |
| MEXTA13 | A01040 | MEX-TAMAL | 7/17/2013 | $ 81,844.00 |
| MISSI15 | A00780 | MISSION FOODS CORPORATION | 7/18/2013 | $ 221,895.36 |
| MONTA12 | A99530 | MONTALVAN'S SALES INC. | 7/17/2013 | $ 12,739.20 |
| MORRI19 | C06610 | MORRIS DISTRIBUTING | 7/16/2013 | $ 378.00 |
| NAFTA04 | A05400 | NAFTA DISTRIBUTORS | 7/17/2013 | $ 84,199.67 |
| NESTL06 | A09860 | NESTLE WATERS/ARROWHEAD | 7/16/2013 | $ 1,037.00 |
| NONPA18 | S02290 | NONPAREIL CORPORATION/IDAHO PO | 7/12/2013 | |
| NOPAL09 | S04560 | NOPALINA WEST COAST, INC. | 7/17/2013 | $ 15,194.00 |
| NORCA12 | S00530 | NOR-CAL PRODUCE, INC. | 7/16/2013 | $ 40,865.80 |
| NUCAL06 | A00800 | NUCAL FOODS INC | 7/17/2013 | $ 111,941.75 |
| OASIS02 | A07580 | OASIS BRANDS, INC. | 7/12/2013 | $ 30,748.80 |
| OCEAN20 | S08410 | OCEAN MIST FARMS | 7/16/2013 | $ 3,900.00 |
| ODWAL12 | A02860 | ODWALLA INC. | 7/17/2013 | $ 1,356.11 |
| OKPRO04 | S03260 | OK PRODUCE | 7/18/2013 | |
| OLEME14 | A01000 | OLE MEXICAN FOODS, INC | 7/18/2013 | $ 15,088.48 |
| ONESO21 | I01960 | ONE SOURCE PRINTER SERVICE | 7/17/2013 | $ 1,805.74 |

| Code | Ref | Name | Date | Amount |
|---|---|---|---|---|
| OZZYS19 | R09660 | OZZY'S SOPES | 7/16/2013 | $ 15,604.00 |
| PACIF16 | R00930 | PACIFIC AGRI PRODUCTS | 7/17/2013 | $ 76,309.01 |
| PACIF18 | C00360 | PACIFIC COAST BEVERAGE DIST. | 7/16/2013 | $ 40,128.00 |
| PACIF11 | R00500 | PACIFIC MEAT COMPANY | 7/18/2013 | $ 210,629.31 |
| PEPPE18 | A02220 | PEPPERIDGE FARM INC. | 7/17/2013 | $ 1,704.76 |
| PEPSI04 | B10200 | PEPSI COLA COMPANY | 7/18/2013 | $ 175,408.44 |
| PEPSI03 | A01340 | PEPSICO BEVERAGE & FOODS | 7/9/2013 | $ 65,608.12 |
| PETER16 | A00390 | PETER PAN NOVELTY COMPANY INC | 7/17/2013 | $ 10,622.84 |
| PICKU16 | A00740 | PICK UP PROPANE INC | 7/16/2013 | $ 2,001.92 |
| PINAT02 | A01070 | PINATAS LA CORONA | 7/18/2013 | $ 5,672.50 |
| PLOTT05 | Y26300 | PLOTTER PROS | 7/10/2013 | $ 809.26 |
| PREMI21 | A00730 | PREMIUM VALLEY PRODUCE INC | 7/17/2013 | |
| PRODU05 | G08800 | PRODUCER'S DAIRY PRODUCTS | 7/17/2013 | $ 129,554.93 |
| QUEBE03 | S02440 | QUEBEC DISTRIBUTING COMPANY | 7/15/2013 | |
| RMPRO04 | S00390 | R.M. PRODUCE CORP. | 7/16/2013 | $ 82,037.00 |
| RSHUG08 | Y05025 | R.S. HUGHES COMPANY | 7/15/2013 | $ 2,605.10 |
| RANCH15 | R00880 | RANCHO PACIFIC FOODS | 7/17/2013 | $ 8,290.80 |
| RAYMO14 | C06630 | RAYMOND DISTRIBUTING, INC. | 7/16/2013 | $ 243.15 |
| REDBU12 | B10230 | RED BULL DISTRIBUTION CO. | 7/18/2013 | $ 11,194.06 |
| RETAI15 | Z05420 | RETAIL PROFIT SYSTEMS INC. | 7/17/2013 | $ 65.40 |
| RICOH09 | Z04810 | RICOH USA, INC. | 7/17/2013 | $ 3,142.11 |
| RIZOL15 | A00300 | RIZO-LOPEZ FOODS INC. | 7/18/2013 | $ 274,325.92 |
| ROPLA01 | Z02345 | ROPLAST INDUSTRIES INC. | 7/9/2013 | $ 29,375.00 |
| ROYAL06 | S07860 | ROYAL FLAVOR LLC. | 7/12/2013 | |
| MULTI06 | S00960 | RTS INTERNATIONAL, INC | 7/17/2013 | $ 48,400.00 |
| DIAZT05 | A04570 | RTS INTERNATIONAL, INC. | 7/9/2013 | $ 14,450.00 |
| SACRA13 | B11150 | SACRAMENTO COCA COLA | 7/16/2013 | $ 7,400.27 |
| SANJO24 | Y02675 | SAN JOSE LABEL, INC. | 7/2/2013 | $ 1,753.80 |
| SARAL05 | F00160 | SARA LEE BAKERY FRESH BAKERY | 7/18/2013 | $ 1,640.60 |
| SCATT01 | S00720 | SCATTAGLIA GROWES&SHIPPERS,LLC | 7/9/2013 | $ 22,828.54 |
| SCHOO12 | Y02245 | SCHOOL APPARAEL INC. | 7/17/2013 | $ - |
| SEACA20 | R00480 | SEACATCH MARKET FRESH ADVANTAG | 7/17/2013 | $ 377,433.42 |
| SEVEN21 | B10240 | SEVEN-UP BOTTLING CO. OF MODES | 7/17/2013 | $ 789.37 |
| SEVEN22 | B10270 | SEVEN-UP BOTTLING CO/STOCKTON | 7/18/2013 | $ 854.02 |
| SHAST01 | A48050 | SHASTA BEVERAGES INC | 7/15/2013 | $ 29,436.00 |
| SHOES06 | Z04720 | SHOES FOR CREWS LLC | 7/19/2013 | $ 4,758.48 |
| SOOFE18 | A99520 | SOOFER COMPANY | 7/16/2013 | $ 11,216.50 |

| | | | | | |
|---|---|---|---|---|---|
| SOUTH05 | C00820 | SOUTHERN WINE & SPIRITS | 7/18/2013 | $ | 24,706.10 |
| SPLEN04 | S00915 | SPLENDID PRODUCTS, LLC | 7/15/2013 | | |
| STORE00 | Z00001 | STORE 1 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE09 | Z00010 | STORE 10 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE10 | Z00011 | STORE 11 INTERSTORE TRANSFERS | 7/16/2013 | | |
| STORE11 | Z00012 | STORE 12 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE13 | Z00013 | STORE 13 INTESTORE TRANSFERS | 7/17/2013 | | |
| STORE12 | Z00014 | STORE 14 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE13 | Z00015 | STORE 15 INTERSTORE TRANSFERS | 7/11/2013 | | |
| STORE14 | Z00016 | STORE 16 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE15 | Z00017 | STORE 17 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE16 | Z00018 | STORE 18 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE17 | Z00019 | STORE 19 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE01 | Z00002 | STORE 2 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE18 | Z00020 | STORE 20 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE21 | Z00021 | STORE 21 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE19 | Z00022 | STORE 22 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE02 | Z00003 | STORE 3 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE03 | Z00004 | STORE 4 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE04 | Z00005 | STORE 5 INTERSTORE TRANSFER | 7/11/2013 | | |
| STORE05 | Z00006 | STORE 6 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE06 | Z00007 | STORE 7 INTERSTORE TRANSFERS | 7/17/2013 | | |
| STORE07 | Z00008 | STORE 8 INTERSTORE TRANSFERS | 7/17/2013 | | |
| SUKAR14 | R00540 | SUKARNE | 7/19/2013 | $ | 491,489.66 |
| SUNCO01 | S05720 | SUN COAST PRODUCE INC. | 7/16/2013 | | |
| SUNHI14 | A02400 | SUN HING FOODS INC | 7/9/2013 | $ | 37,460.00 |
| SUNNY04 | A03420 | SUNNY DELIGHT BEVERAGE COMPANY | 7/12/2013 | $ | - |
| SYSCO19 | W00100 | SYSCO SAN FRANCISCO | 7/16/2013 | $ | 1,085.29 |
| TADIN08 | A00890 | TADIN HERB & TEA CO. | 7/17/2013 | $ | 8,552.69 |
| TASTY16 | A08425 | TASTY PRODUCTS, INC. | 7/18/2013 | $ | 19,371.00 |
| CLORO24 | A05630 | THE CLOROX SALES COMPANY | 7/4/2013 | $ | - |
| POSHB01 | A08960 | THE POSH BAKERY INC | 7/12/2013 | $ | - |
| PRODU07 | S02240 | THE PRODUCE EXCHANGE | 7/16/2013 | $ | 111,691.75 |
| TIERR01 | A00090 | TIERRA MADRE HERBS | 7/16/2013 | $ | 3,138.45 |
| TIPPE14 | A01440 | TIPP ENTERPRISES INC/NOVAMEX | 7/16/2013 | $ | 88,744.95 |
| TONYS06 | A04520 | TONY'S FINE FOODS | 7/18/2013 | $ | 93,633.73 |
| TRIMA18 | Z47080 | TRIMARK ECONOMY RESTAURANT FIX | 7/18/2013 | $ | 3,069.44 |

| Code | ID | Name | Date | | Amount |
|---|---|---|---|---|---|
| TROPI04 | A06000 | TROPICAL FOOD DISTRIBUTOR INC. | 7/17/2013 | $ | 13,860.95 |
| TROPI03 | A08600 | TROPICALE FOODS INC. | 7/17/2013 | $ | 44,280.11 |
| TROPI05 | A01345 | TROPICANA CHILLED DSD | 7/17/2013 | $ | 2,039.00 |
| UCPLA19 | Z02340 | U.C. PLASTICS MFG. INC. | 7/16/2013 | $ | 33,654.31 |
| ULINE00 | Y06360 | ULINE | 7/11/2013 | $ | 1,469.73 |
| UNIFI07 | UWG06 | UNIFIED DRY GROCERY | 7/19/2013 | $ | 132,140.39 |
| VALLE22 | R00950 | VALLE VERDE FOODS | 7/15/2013 | $ | 21,539.17 |
| VALLE25 | C06640 | VALLEY WIDE BEVERAGE COMPANY | 7/18/2013 | $ | 10,073.15 |
| VEGEM09 | Y06540 | VEGE MIST/ALCO DESIGN | 7/12/2013 | $ | 2,570.46 |
| VILOR05 | A08400 | VILORE FOODS | 7/10/2013 | $ | 82,385.46 |
| WESTP01 | S00980 | WEST PAK AVOCADO INC. | 7/16/2013 | $ | 149,200.00 |
| WESTC16 | W00150 | WESTCO COMPANY | 7/17/2013 | $ | 68,060.45 |
| WESTE18 | S00260 | WESTERN FRESH MARKETING SERVIC | 7/15/2013 | $ | 1,602.00 |
| WESTL01 | S05680 | WESTLAKE PRODUCE COMPANY | 7/16/2013 | $ | 18,490.00 |
| YOSEM09 | R09640 | YOSEMITE MEAT COMPANY | 7/18/2013 | $ | 259,693.70 |
| YOUNG19 | C00860 | YOUNG'S MARKET COMPANY | 7/17/2013 | $ | 25,268.13 |
| ** END OF REPORT ** | | | | | |
| | | | | $ | 8,465,068.65 |