| Vendor Code | Vendor Name | Address | $ Owed for deliveries in last 30 days | # shipments in last 30 days |
|---|---|---|---:|---:|
| S00625 | Apio Inc | Dept 33624, PO Box 39000, San Francisco, CA 94139 | - | - |
| S08490 | Better Produce Inc | 301 W Church St., Santa Maria, CA 93458 | 51,866.20 | 9.00 |
| S05290 | Bounty Fresh LLC | 806 So Douglas Rd., Suite 580, Coral Gables, Fl 33134 | 51,000.00 | 2.00 |
| S02390 | Califresh | P.O. Box 850, Sanger, CA 93657 | 6,400.00 | 2.00 |
| S08910 | Ciruli Brothers LLC | P.O. Box 1476, Tubac, AZ 85646 | 66,805.90 | 6.00 |
| S07600 | Coast Tropical | Littlefield Avenue, Unit 1, So. San Francisco, CA 94080 | 2,222.00 | 4.00 |
| S02810 | D'Arrigo | P.O. Box 742911, Los Angeles, CA 90074 | 6,300.00 | 6.00 |
| S06880 | Domex Super Fresh | 151 Low Road, Yakima, WA 98908 | 10,592.50 | 1.00 |
| S02510 | Family Tree | P.O. Box 396, Dinubia, CA 93618 | 28,476.80 | 6.00 |
| S01085 | Freska | 511 Mouontainv View Ave, Oxnard, CA 93030, | - | 3.00 |
| S05490 | George Perry & sons | P.O. Box 2588, Manteca, CA 95336 | 25,585.00 | 4.00 |
| S00220 | Grant J Hunt Co | P.O. Box 23545, Oakland, CA 94623 | 8,868.00 | 18.00 |
| S02200 | Horizon Marketing | P.O. Box 2738, Visalia, CA 93279 | 132,165.85 | 25.00 |
| S02880 | Index Fresh | 18184 Slover, Bloomington, CA 92316 | 116,744.00 | 5.00 |
| S02520 | Kingsburg Orchards | P.O. Box 38, Kingsburg, CA 93631 | 3,753.60 | 2.00 |
| S00410 | Limex Sicar | 701 Trinity Rd., Mission, TX, 78501 | 68,580.00 | 5.00 |
| S02290 | Nonpareil | 40 North 400 West, Blackfoot, ID 83221 | 23,970.00 | 3.00 |
| S03260 | OK Produce | 1762 G Street, Fresno, CA 93779, | 225,216.50 | 315.00 |
| A00730 | Premium Valley | 8241 E. Gelding Drive, Suite B, Scottdale, AZ 85260 | 224,346.15 | 32.00 |
| S02440 | Quebec | 100 Produce Ave, Suite H, So. San Francisco, CA 94080 | 12,202.70 | 9.00 |
| S00310 | RJ Produce | P.O. Box McAllen, TX 78502 | 10,530.00 | 1.00 |
| S07860 | Royal Flavor | 2655 Melksee St, San Diego, CA 92154 | - | 6.00 |
| S00915 | Splendid Products | 1011 Cadillac Way, Suite A, Burlingame, CA 94010 | 34,321.50 | 3.00 |
| S05720 | Suncoast | 24009 Ventura Blvd, Suite 210, Calabasas, CA 91302 | 28,478.25 | 9.00 |
| S00260 | Western fresh Marketin | PO Box 329, Madera, CA, 93637 | 1,602.00 | 3.00 |
| S00330 | Malena produce INC | PO BOX 4678, RIO RIO, AZ, 85648 | - | - |
| | | | 1,140,026.95 | 479.00 |