Lawrence H. Meuers, Esq. (SBN: 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

Attorneys for Charlie's Enterprises, Inc., d/b/a
OK Produce and CDS Distributing, Inc.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | CASE NO. 13-53893-ASW |
| MI PUEBLO SAN JOSE, INC., <br> fdba MI PUEBLO MOUNTAIN VIEW, INC., <br> fdba MI PUEBLO DOWNTOWN, INC., <br> fdba MI PUEBLO FOOD CENTER, <br><br> Debtors. | CHAPTER 11 |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Charlie's Enterprises, Inc., d/b/a OK Produce and CDS Distributing, Inc., PACA trust beneficiaries of the Debtors, Mi Pueblo San Jose, Inc., fdba Mi Pueblo Mountain View, Inc., fdba Mi Pueblo Downtown, Inc., fdba Mi Pueblo Food Center enters an appearance in the above-captioned case through its counsel, Lawrence H. Meuers, and the Meuers Law Firm, P.L., pursuant to 11 U.S.C. §§342(a) and 1109(b), Federal

Notice of Appearance of Counsel and Request for Notices　　　　　　　　　　Page 1 of 5

Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007, and 9010, and the Local Rules of this Court.

The undersigned counsel requests all orders and notices, pleadings, papers, hearings, meetings, and all other matters in connection with the above-captioned case, whether written or oral, transmitted via e-mail or conveyed by U.S. mail, hand-delivery, telephone, facsimile or otherwise, which effect the above named parties in connection with the above-referenced matter, be served upon:

**Lawrence H. Meuers**
**MEUERS LAW FIRM, P.L.**
**5395 Park Central Court**
**Naples, FL 34109**
**Telephone: (239) 513-9191**
**Facsimile: (239) 513-9677**
**Email: lmeuers@meuerslawfirm.com**

The undersigned counsel also requests to be added to the service matrix and appearance list for the above named parties as their counsel of record.

This entry of appearance and request for notice is without prejudice to Charlie's Enterprises, Inc., d/b/a OK Produce and CDS Distributing, Inc.'s rights, remedies, and claims against other entities, or any objection that may be made to the jurisdiction or venue of the Court or venue of this

case, and shall not be deemed or construed to be a waiver of these parties' rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, recoupments to which these parties is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the parties hereby expressly reserve.

Respectfully submitted this 23th day of July, 2013.

**MEUERS LAW FIRM, P.L.**

By: s/*Lawrence H. Meuers*
Lawrence H. Meuers
*SBN: 197663*
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

*Attorneys for Charlie's Enterprises, Inc., d/b/a Ok Produce and CDS Distributing, Inc.*

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 5395 Park Central Court, Naples, FL 34109.

I certify on July 23, 2013 that the **Notice of Appearance of Counsel and Request for Notice**, was served upon the following parties in this action by transmitting a true and correct copy of this pleading to:

☑ By via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Attorney for Debtor: | Attorney for Wells Fargo: |
| Heinz Binder, Esq. | Robert B. Kaplan, Esq. |
| Robert G. Harris, Esq. | Walter W. Gouldsbury, III, Esq. |
| David B. Rao, Esq. | Jeffer, Mangels, et al. |
| Roya Shakoori, Esq. | Two Embarcadero Center |
| Wendy W. Smith, Esq. | 5th Floor |
| Law Offices of Binder & Malter | San Francisco, CA 94111 |
| 2775 Park Avenue | |
| Santa Clara, CA 95050 | |
| | |
| Attorney for Cha Cha Enterprises, LLC | Special Counsel to Debtor: |
| Paul J. Pascuzzi, Esq. | Wm. Thomas Lewis, Esq. |
| Jennifer E. Niemann, Esq. | Robertson & Lewis |
| Felderstein, Fitzgerald, et al. | 150 Almaden Boulevard |
| 400 Capital Mall | Suite 950 |
| Suite 1750 | San Jose, CA 95113 |
| Sacramento, CA 95814 | |

☑ **I am readily familiar with the business practice for collection and processing for correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection, and mailing on this date, following ordinary business practice in the United States mailed at Naples, Florida.**

| | |
|---|---|
| Debtor: | United States Trustee |
| Mi Pueblo San Jose, Inc. | Office of the U.S. Trustee/SJ |
| P.O. Box 3288 | U.S. Federal Building |
| San Jose, CA 95156 | 280 S. 1st Street, #268 |
| | San Jose, CA 95113-3004 |

Notice of Appearance of Counsel and Request for Notices　　　　　　　　　　Page 4 of 5

Executed on July 23, 2013 in Naples, Florida.

☐ (State) I declare under penalty of perjury under the laws of the State of Florida that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

<u>s/ Luanne M. Rogers</u>

Notice of Appearance of Counsel and Request for Notices — Page 5 of 5