Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887)
Roya Shakoori (SBN 236383)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531

Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com
Email: Roya@bindermalter.com

Proposed Attorneys for Debtor and Debtor-in-Possession
MI PUEBLO SAN JOSE, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MI PUEBLO SAN JOSE, INC.,<br><br>      Debtor. | Case No. 13-53893-ASW<br><br>Chapter 11<br><br>Date: July 24, 2013<br>Time: 3:00 p.m.<br>Place: Courtroom<br>      280 South First Street<br>      San Jose, California |

**SUPPLEMENT TO INTERIM MOTION BY DEBTOR TO APPROVE USE OF CASH COLLATERAL AND REQUEST FOR SETTING OF INTERIM AND FINAL HEARINGS THEREON: (11 U.S.C. §363(b))**

Attached hereto as Exhibit "A" is the updated and re-formatted budget of debtor

and debtor in possession Mi Pueblo San Jose, Inc. ("Mi Pueblo") submitted in

connection with the Interim Motion by Debtor to Approve Use of Cash Collateral and Request for Setting of Interim And Final Hearings Thereon: (11 U.S.C. §363(b)).  This budget reflects more accurately the higher total of cash on hand as of the filing and breaks out differently, at the request of Wells Fargo Bank. N.A., various categories of expenses and what is to be paid as a result of each of the First Day Motions.

BINDER & MALTER, LLP

By: /s/ Robert G. Harris
    Robert G. Harris

Proposed Attorneys for Debtor and Debtor-in-possession Mi Pueblo San Jose, Inc.

| Mi Pueblo Cash Forecast | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Period & Week | Pd 8 W2 | Pd 8 W3 | Pd 8 W4 | Pd 9 W1 | Pd 9 W2 | Pd 9 W3 | Pd 9 W4 |
| Week Ending | **Sun, 7/28/13** | 8/4/2013 | 8/11/2013 | 8/18/2013 | 8/25/2013 | 9/1/2013 | 9/8/2013 |
| | | | | | | | |
| **Beginning Cash Balance at Banks** | **3,400,000** | **7,630,000** | **7,910,000** | **2,795,500** | **4,158,500** | **3,407,500** | **4,060,000** |
| | | | | | | | |
| Cash Receipts (includes POS checks) | 4,900,000 | 5,792,000 | 5,097,000 | 5,237,000 | 4,909,000 | 4,920,000 | 5,115,000 |
| CC Receipts this week | 3,450,000 | 3,491,000 | 3,642,000 | 3,679,000 | 3,476,000 | 3,431,000 | 3,665,000 |
| Less: Cash Orders | (150,000) | (570,000) | (815,000) | (570,000) | (815,000) | (570,000) | (815,000) |
| **Cash Receipts for the Week** | **8,200,000** | **8,713,000** | **7,924,000** | **8,346,000** | **7,570,000** | **7,781,000** | **7,965,000** |
| | | | | | | | |
| **Cash Disbursements** | | | | | | | |
| Merchandise Purchases | | | 4,800,000 | 5,200,000 | 4,700,000 | 4,700,000 | 4,700,000 |
| Delivery Charges | - | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Payroll - Salaries & Taxes | 3,300,000 | - | 3,000,000 | - | 2,950,000 | - | 2,850,000 |
| Benefits (self insured & other) | - | 457,000 | 130,000 | 121,500 | 121,500 | 321,500 | 121,500 |
| Supplies | - | 160,000 | 160,000 | 160,000 | 160,000 | 160,000 | 160,000 |
| Advertising | - | 85,000 | 95,000 | 56,000 | 56,000 | 56,000 | 56,000 |
| Workers Comp Payment (self insured) | - | 100,000 | 100,000 | 160,000 | 100,000 | - | 100,000 |
| Insurance | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Repairs & Maintenance | - | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 |
| Rent | - | 1,055,000 | - | - | - | 1,055,000 | - |
| Property & Other Taxes | - | 52,500 | - | 800,000 | - | 52,500 | - |
| Sales & Use Tax | - | - | 520,000 | - | - | - | 490,000 |
| Other Expenses | 120,000 | 130,000 | 130,000 | 130,000 | 130,000 | 130,000 | 130,000 |
| Overhead G & A | - | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 | 36,000 |
| | | | | | | | |
| Wells Fargo Payments - Term Debt | - | - | - | 192,000 | - | - | - |
| Wells Fargo - Interest on all Loans | - | - | - | 60,000 | - | - | - |
| **Pmts under Cash Collateral Motion** | **3,420,000** | **2,143,000** | **9,038,500** | **6,983,000** | **8,321,000** | **6,578,500** | **8,711,000** |
| | | | | | | | |
| **Payments under other Motions** | | | | | | | |
| Utilities | 550,000 | 550,000 | - | - | - | 550,000 | - |
| PACA | - | 1,240,000 | - | - | - | - | - |
| 503 (b) 9 | - | 4,500,000 | 4,000,000 | - | - | - | - |
| **Total Payments, other Motions** | **550,000** | **6,290,000** | **4,000,000** | **-** | **-** | **550,000** | **-** |
| | | | | | | | |
| **Ending Cash Balance** | **7,630,000** | **7,910,000** | **2,795,500** | **4,158,500** | **3,407,500** | **4,060,000** | **3,314,000** |
| | | | | | | | |
| Estimated Inventory Level | 10,500,000 | 10,750,000 | 11,000,000 | 11,250,000 | 11,500,000 | 11,500,000 | 11,500,000 |

Case: 13-53893    Doc# 26    Filed: 07/24/13    Entered: 07/24/13 12:03:46    Page 3 of 3