Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Brett H. Ramsaur, Bar No. 281566
bramsaur@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:   714.427.7000
Facsimile:   714.427.7799

Attorneys for Creditor
RM Produce Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MI PUEBLO SAN JOSE, INC., <br><br> Debtor | Case No. 13-53893-ASW <br><br> Chapter 11 <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that RM Produce Corporation ("RM Produce"), by and through its attorneys, Snell & Wilmer L.L.P., hereby requests notices of all hearings, trial dates, motions and notices of motions, applications for compromise, applications to abandon properties, disclosure statements, plans, applications for approval to sell property of the estate or to pay expenses or claims, copies of operating reports, copies of statements of deposits, returns of sale of real or personal property for Court approval, motions for approval of disclosure statements and plan confirmations, whether such notice, application, motion or the like is sent by the Court, the debtor, or any other party in interest in this case, and requests that all notices, applications, or the like be sent to the address below and that such address be added to the Court's master mailing list:

SNELL & WILMER
L.L.P.
ORANGE COUNTY

17625868.1

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE

Case: 13-53893   Doc# 28   Filed: 07/24/13   Entered: 07/24/13 14:19:38   Page 1 of 2

Michael B. Reynolds
Brett H. Ramsaur
Snell & Wilmer L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626
mreynolds@swlaw.com
bramsaur@swlaw.com

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to RM Produce's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of RM Produce's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which RM Produce is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments RM Produce hereby expressly reserves.

Dated: July 24, 2013

SNELL & WILMER L.L.P.

By: /s/ Michael B. Reynolds
Michael B. Reynolds
Brett H. Ramsaur

Attorneys for Creditor
RM Produce Corporation

SNELL & WILMER
ATTORNEYS AT LAW
ORANGE COUNTY
17625868.1
- 2 -
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Case: 13-53893    Doc# 28    Filed: 07/24/13    Entered: 07/24/13 14:19:38    Page 2 of 2