JUDY TSAI (State Bar No. 158244)
VAISHALI BHATNAGAR (State Bar No. 289544)
LAW OFFICE OF JUDY TSAI
101 Metro Drive, Suite 250
San Jose, CA 95110
PHONE: (408) 441-7800
FAX: (408) 441-7302
EMAIL: judy@judytsai.com

Attorney for Creditor, BAY AREA SEAFOOD INC.,

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re<br>MI PUEBLO SAN JOSE, INC.,<br><br>        Debtor | Case No.: 13-53893 ASW<br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST**<br>[No Hearing Required] |

**TO: THE CLERK OF THE BANKRUPTCY COURT AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that creditor BAY AREA SEAFOOD hereby request special

notice of all matters that must be noticed to creditors, the creditors' committee, or other

parties in interest, addressed as follows:

Bay Area Seafood, Inc.,
c/o Judy Tsai
Law Office of Judy Tsai
101 Metro Drive, Ste. 250

Decl. of Tsai - 1

San Jose, CA  95110
Ph:  408-441-7800
Fax: 408-441-7302

Email Address:  judy@judytsai.com

This request includes the type of notice referred to in Bankruptcy Rules of

Procedure 2002(i) and 3017(a) and also includes, without limitation, all schedules,

notices of any order, applications, complaints, demands, hearings, motions, petitions,

pleadings, or requests, and any other documents brought before the Court in this case,

whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telecopier, telegraph, telex or otherwise.


Dated:  July 24, 2013                              By:

                                                   Judy C. Tsai
                                                   Counsel for Creditor