Steven M. Koch, #222938
KOCH, DEGN & GOMEZ LLP
1148 N. Chinowth Street, Suite B
Visalia, CA 93291
Telephone: (559) 740-7665
Facsimile: (559) 740-7667

Attorneys for Horizon Marketing

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

MI PUEBLO SAN JOSE, INC., fdba MI PUEBLO MOUNTAIN VIEW, INC., fdba MI PUEBLO DOWNTOWN, INC., fdba MI PUEBLO FOOD CENTER

Debtors.

Case No. 13-53893-ASW

**CHAPTER 11**

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that HORIZON MARKETING, PACA trust beneficiary of the Debtors, MI PUEBLO SAN JOSE, INC., fdba MI PUEBLO MOUNTAIN VIEW, INC., fdba MI PUEBLO DOWNTOWN, INC., fdba MI PUEBLO FOOD CENTER enters an appearance in the above-captioned case through its counsel, Steven M. Koch, of the law firm Koch, Degn & Gomez, LLP, pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007, and 9010, and the Local Rules of this Court.

-1-

NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICES

The undersigned counsel requests all orders and notices, pleadings, papers, hearing, meetings, and all other matters in connection with the above-captioned case, whether written or oral, transmitted via email or conveyed by U.S. Mail, hand-delivery, telephone, facsimile or otherwise, which effect the above-named parties in connection with the above-referenced matter, be served upon:

> Steven M. Koch
> Koch, Degn & Gomez LLP
> 1148 N. Chinowth Street, Suite B
> Visalia, CA 93291
> Telephone: (559) 740-7665
> Facsimile: (559) 740-7667
> Email: smk@tularecountylaw.com

The undersigned counsel also requests to be added to the service matrix and appearance list for the above-named parties as their counsel of record.

This entry of appearance and request for notice is without prejudice, rights, remedies, and claims against other entities, or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of these parties' rights (1) to have final orders in noncore matter entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, recoupments to which these parties is or may be entitled, in law or in equity, all of which rights, claims, defenses, setoffs, and recoupments the parties hereby expressly reserve.

Respectfully submitted this 24th day of July, 2013.

KOCH, DEGN & GOMEZ LLP

By: /s/Steven M. Koch
Steven M. Koch

-2-

NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICES

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1148 N. Chinowth Street, Suite B, Visalia, CA 93291.

I certify that on July 24, 2013 that the **NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES**, was served upon the following parties in this action by transmitting a true and correct copy of this pleading to:

X     By via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Attorney for Debtor:<br>Heinz Binder, Esq.<br>Robert G. Harris, Esq.<br>David B. Rao, Esq.<br>Roya Shakoori, Esq.<br>Wendy W. Smith, Esq.<br>Law Office of Binder & Malter<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Attorney for Wells Fargo:<br>Robert B. Kaplan, Esq.<br>Walter W. Gouldsbury, III, Esq.<br>Jeffer, Mangels, et al.<br>Two Embarcadero Center<br>5th Floor<br>San Francisco, CA 94111 |
| Attorney for Cha Cha Enterprises, LLC<br>Paul J. Pascuzzi, Esq.<br>Jennifer E. Niemann, Esq.<br>Felderstein, Fitzgerald, et al.<br>400 Capital Mall<br>Suite 1750<br>Sacramento, CA 95814 | Special Counsel to Debtor:<br>Wm. Thomas Lewis, Esq.<br>Robertson & Lewis<br>150 Almaden Boulevard<br>Suite 950<br>San Jose, CA 95113 |
| Lawrence H. Meurs<br>MEUERS LAW FIRM, P.L.<br>5395 Park Central Court<br>Naples, FL 34109 | |

X     I am readily familiar with the business practice for collection and processing for the correspondence, for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collections, and mailing on this date, following ordinary business practice in the United States mailed at Visalia, California.

KOCH, DEGN & GOMEZ LLP
ATTORNEYS AT LAW
VISALIA, CA

-3-

NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICES

Case: 13-53893  Doc# 30  Filed: 07/24/13  Entered: 07/24/13 16:04:43  Page 3 of 4

| | |
|---|---|
| Debtor:<br>Mi Pueblo San Jose, Inc.<br>P.O. Box 3288<br>San Jose, CA 95156 | United States Trustee<br>Office of the U.S. Trustee/SJ<br>U. S. Federal Building<br>280 S. 1st Street, #268<br>San Jose, CA 95113-3004 |

Executed on July 24, 2013 in Visalia, California.

X  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*s/Cheryl R. King*
Cheryl R. King

KOCH, DEGN & GOMEZ LLP
ATTORNEYS AT LAW
VISALIA, CA

-4-

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICES**

Case: 13-53893   Doc# 30   Filed: 07/24/13   Entered: 07/24/13 16:04:43   Page 4 of 4