ORIGINAL

Brian Riparbelli
Pacific Agri-Products
477 Forbes Blvd
S. San Francisco CA 94080
(650) 873-0440
brian@pacagri.com

FILED
JUL 24 2013
CLERK
United States Bankruptcy Court
San Jose, California

I, Brian Riparbelli request to be added to the notifications for case #13-53893.

*Brian J. Riparbelli*  7/24/13