DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883

Attorneys for Creditor
George Perry & Sons, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                ) Case No. 13-53893-ASW
                                      )
MI PUEBLO SAN JOSE, INC.,             ) Chapter 11
                                      )
              Debtor.                 ) **REQUEST FOR SPECIAL NOTICE**
                                      )
                                      ) (No Hearing Required)
_____)

     Pursuant to Fed. R. Bankr. P. 2002 and 9007 and 11 U.S.C. §§ 102(1), 342 and 1109(b), the undersigned counsel for George Perry & Sons, Inc. requests special notice of all matters which must be noticed to creditors, equity security holders, any creditor or other committee, and any other party in interest, whether sent by the Court, Debtor, Trustee, or any other party. This request includes not only the notices and papers referred to in the rules and statutes specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint and demand, whether formal or informal, whether written or oral and whether transmitted, filed, or conveyed by mail delivery, telephone, telecopy, electronically or otherwise.

     Notices should be addressed as follows:

DANIEL A. McDANIEL
Nomellini, Grilli & McDaniel
Professional Law Corporations
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956
Email: damplc@pacbell.net

-1-

| | | |
|---|---|---|
| 1 | Dated: July 24, 2013 | NOMELLINI, GRILLI & McDANIEL<br>PROFESSIONAL LAW CORPORATIONS |
| 2 | | |
| 3 | | By: */s/ Daniel A. McDaniel* |
| 4 | | DANIEL A. McDANIEL<br>Attorneys for Creditor |
| 5 | | George Perry & Sons, Inc. |