W. SCOTT SHEPARD (Bar No. 148475)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California 94596
Telephone: 925 935 9400
Facsimile: 925 933 4126
Email: Scott.Shepard@msrlegal.com

Attorneys for Creditor
OVERAA ASSOCIATES II, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>MI PUEBLO SAN JOSE, INC.,<br><br>Debtor. | Case No. 13-53893-ASW<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE FOR OVERAA ASSOCIATES II, LLC** |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR, ITS ATTORNEYS AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, creditor OVERAA ASSOCIATES II, LLC ("OVERAA") respectfully requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case, be transmitted and served on:

> W. Scott Shepard
> MILLER STARR REGALIA
> 1331 N. California Blvd., Fifth Floor
> Walnut Creek, CA 94596
> Telephone: (925) 935-9400
> Facsimile: (925) 933-4126
> E-mail: scott.shepard@msrlegal.com

In addition, OVERAA requests that the above-address be added to the Master Mailing List in this case.

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of interested parties, including (a) the above-captioned Debtor, (b) property of the Debtor or the Debtor's estate, or proceeds thereof, (c) claims against or interests in the Debtor, (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by any other party in interest.

PLEASE TAKE FURTHER NOTICE that neither this request for special notice nor any subsequent appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 25, 2013     MILLER STARR REGALIA


By: _____/s/ W. Scott Shepard_____
W. SCOTT SHEPARD
Attorneys for Creditor
OVERAA ASSOCIATES II, LLC