Entered on Docket
July 25, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
FILED
JUL 2 5 2013

Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887)
Roya Shakoori (SBN 236383)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531

Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com
Email: Roya@bindermalter.com

Proposed Attorneys for Debtor and Debtor-in-Possession
MI PUEBLO SAN JOSE, INC.

United States Bankruptcy Court
San Jose, California

The following constitutes the
Order of the Court. Signed _____ 7/25 ___ 20 13

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

MI PUEBLO SAN JOSE, INC.,

       Debtor.

Case No. 13-53893-ASW

Chapter 11

NO HEARING REQUESTED

## ORDER APPROVING DESIGNATION OF
## RESPONSIBLE INDIVIDUAL FOR CORPORATE DEBTOR

Based upon the Application of Mi Pueblo San Jose, Inc., Debtor herein, pursuant to

Bankruptcy Rule 4002-1, praying for approval of its designation of Juvenal Chavez, President of

ORDER APPROVING DESIGNATION OF RESPONSIBLE INDIVIDUAL

1

2  the Debtor, as the individual responsible for the duties and obligations of the Debtor during the

3  pendency of this Chapter 7 proceeding, and good cause appearing

4          IT IS HEREBY ORDERED that Juvenal Chavez, whose address and telephone

5  number are 1775 Story Road, San Jose, CA, 95122, (408) 928-1172, be, and he hereby is

6  appointed as the designated individual to represent the Debtor in this bankruptcy proceeding.

7                            \*\*\*END OF ORDER\*\*\*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER APPROVING DESIGNATION OF RESPONSIBLE INDIVIDUAL**

1
2
3 <u>COURT'S SERVICE LIST</u>
4 None
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER APPROVING DESIGNATION OF RESPONSIBLE INDIVIDUAL**