MARION I. QUESENBERY, State Bar No. 72308
BART M. BOTTA, State Bar No. 167051
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Fax: (949) 752-0953
Email: marion@rjlaw.com
Email: bart@rjlaw.com

Attorneys for Creditors
Index Fresh, Inc. et al.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MI PUEBLO SAN JOSE, INC.,<br><br>Debtors. | CASE NO. 13-53893-ASW<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

INDEX FRESH, INC., and other creditors (herein referred to as "PACA Creditors"), Creditors of Debtor, hereby request notice of all pleadings, papers, hearings, meetings and other matters given or filed in connection with the above-captioned case.

Please take further notice that pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted

or conveyed by mail, personal delivery, telephone, or by any electronic means or otherwise filed with regard to this case and any proceedings therein.

Notices pursuant to this request are to be sent to the following address:

> MARION I. QUESENBERY, Esq.
> BART M. BOTTA, Esq.
> RYNN & JANOWSKY, LLP
> 4100 Newport Place Drive, Suite 700
> Newport Beach, CA 92660-2423
> Telephone: (949) 752-2911
> Fax: (949) 752-0953
> Email: marion@rjlaw.com
> Email: bart@rjlaw.com

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by Creditors of the following rights:

1. Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

2. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

3. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

4. Other rights, claims actions defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

///
///
///

Creditors expressly reserve all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

Respectfully submitted,

RYNN & JANOWSKY, LLP

DATED: July 25, 2013  By: /s/ Marion I. Quesenbery
MARION I. QUESENBERY, Attorneys for Creditors Index Fresh, Inc. et al.

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all parties of record.

RYNN & JANOWSKY, LLP

DATED: July 25, 2013  By: /s/ Marion I. Quesenbery
MARION I. QUESENBERY, Attorneys
for Creditors Index Fresh, Inc. et al.