BERNARD S. GREENFIELD (SBN 066017)
MARCIA E. GERSTON (SBN 119026)
MAUREEN A. HARRINGTON (SBN 194606)
GREENFIELD SULLIVAN DRAA & HARRINGTON LLP
55 South Market Street, Suite 1500
San Jose, CA 95113
Tel: (408) 995-5600
Fax: (408) 995-0308
Email: bgreenfield@greenfieldsulllivan.com
mgerston@greenfieldsullivan.com
mharrington@greenfieldsullivan.com

Attorneys for Unsecured Creditor
PACIFIC MEAT COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MI PUEBLO SAN JOSE, INC.,<br><br>Debtor. | Case No. 13-53893<br>Chapter 11<br><br>[No Hearing Required] |

**NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE, FOR PLAN AND DISCLOSURE STATEMENT AND FOR INCLUSION OF MAILING LIST**

PLEASE TAKE NOTICE that Pacific Meat Company, a creditor and party in interest, pursuant to pursuant to Section 1109 of Title 11 of the United States Code and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given in this case to creditors, any creditors' committee, or any other party in interest (including all matters described pursuant to Sections 102(1) and 1109(b) and Bankruptcy Rules 2002(a), (b), (c), (f) and (i), 3017(a), 9007 and 9010) and all papers or other documents filed, served, or required to be served in the above-captioned bankruptcy case, be served on the addressees listed below and that, pursuant to

Bankruptcy Rules 2002(g) and 9007, the following be added to the Court's master mailing list:

Bernard S. Greenfield
Marcia E. Gerston
Greenfield Sullivan Draa & Harrington LLP
55 S. Market Street, Suite 1500
San Jose, CA 95113
Tel: (408) 995-5600
Fax: (408) 995-0308
email: bgreenfield@greenfidsulllivan.com
email: mgerston@greenfieldsullivan.com

and

Maureen A. Harrington
Greenfield Sullivan Draa & Harrington LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Tel: (415) 283-1776
Fax: (415) 283-1777
email: mharrington@greenfieldsullivan.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also orders and notices of any plans, disclosure statements, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, facsimile transmission, electronic mail, or otherwise. This appearance and demand for notice is not intended as nor is it consent to jurisdiction of the Bankruptcy Court over Pacific Meat Company. This appearance and notice is not a waiver of (i) Pacific Meat Company's right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) Pacific Meat Company's right to trial by jury in any proceeding related hereto; (iii) Pacific Meat Company's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs,

or recoupments to which Pacific Meat Company is or may be entitled under any agreement, in law, or in equity – all of which are expressly reserved.

Dated: July 25, 2013
GREENFIELD SULLIVAN DRAA
& HARRINGTON LLP


By: */s/ Bernard S. Greenfield*
    BERNARD S. GREENFIELD
    Attorneys for Unsecured Creditor Pacific Meat Company