| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| | ROBERT B. KAPLAN (Bar No. 76950) |
| 2 | NICOLAS De LANCIE (Bar No. 84934) |
| | Two Embarcadero Center, Fifth Floor |
| 3 | San Francisco, California 94111-3824 |
| | Telephone: (415) 398-8080 |
| 4 | Facsimile: (415) 398-5584 |
| | rbk@jmbm.com; nde@jmbm.com |
| 5 | |
| 6 | Attorneys for Creditor WELLS FARGO BANK, N.A. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| In re: | Case No. 13-53893 |
| MI PUEBLO SAN JOSE, INC., | Chapter 11 |
| fdba MI PUEBLO MOUNTAIN VIEW, INC., | |
| fdba MI PUEBLO DOWNTOWN, INC., | |
| fdba MI PUEBLO FOOD CENTER, | |
| Debtors. | |

**REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO MASTER MAILING LIST BY WELLS FARGO BANK, N.A.**

The undersigned attorneys for Wells Fargo Bank, N.A. (the "Bank") hereby request notice of all hearings, or trial dates, motions and notices of motions, applications, disclosure statements, plans of reorganization, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of monthly operating reports, copies of statements of deposits, and returns of sale of real or personal property for Court approval, whether such notice, application, or the like is sent by the Court, the debtor, or any other party-in-interest in this case, and request that all notices, applications, or the like be sent to the address below, and that such address be added to the Court's master mailing list:

> Wells Fargo Bank, N.A.
> c/o Nicolas De Lancie, Esq.
> Jeffer, Mangels, Butler, & Marmaro LLP
> Two Embarcadero Center, 5th Floor

PRINTED ON
RECYCLED PAPER

SF 1490437v1

Case: 13-53893  Doc# 39  Filed: 07/26/13  Entered: 07/26/13 11:42:01  Page 1 of 3

- 1 -    REQUEST FOR NOTICE CASE NO. 13-53893

San Francisco, CA 94111
nde@jmbm.com

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to the Bank's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of the Bank's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Bank hereby expressly reserves.

DATED:  July 26, 2013

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT B. KAPLAN
NICOLAS DE LANCIE


By: */s/ Nicolas De Lancie*
N
Attorneys for WELLS FARGO BANK, N.A.

PRINTED ON RECYCLED PAPER

# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On July 26, 2013 I served the document(s) described as **REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO MASTER MAILING LIST BY WELLS FARGO BANK, N.A.** in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

<u>Debtor</u>
Mi Pueblo San Jose, Inc.
P.O. Box 3288
San Jose, CA 95156

<u>Attorneys for Debtor</u>
Heinz Binder, Esq.
Law Offices of Binder and Malter
2775 Park Ave.
Santa Clara, CA 95050

<u>U.S. Trustee</u>
Office of the U.S. Trustee/SJ
US Federal Bldg.
280 S. 1st Street #268
San Jose, , CA 95113-3004

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) At , I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

Executed on July 26, 2013 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Angela Pereira

Angela Pereira

PRINTED ON RECYCLED PAPER

SF 1490437v1

- 3 -    REQUEST FOR NOTICE CASE NO. 13-53893