NOSSAMAN LLP
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
Katie E. Briscoe (CA 287629)
kbriscoe@nossaman.com
621 Capitol Mall, 25th Floor
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile: 916.442.0382

Attorneys for Creditor
TONY'S FINE FOODS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

MI PUEBLO SAN JOSE, INC.

Debtor.

Case No: 13-53893-ASW

Chapter 11

**NOTICE OF APPEARANCE OF COUNSEL
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned firm of Nossaman LLP hereby enters an appearance on behalf of **Tony's Fine Foods** in the above-referenced proceedings, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned

///

///

135908_1.DOC                                      -1-
NOTICE OF APPEARANCE OF COUNSEL                                           Case No. 13-53893-ASW
AND DEMAND FOR NOTICES AND PAPERS

case be given and served upon the following persons at the following addresses, telephone and facsimile numbers:

>Robert S. McWhorter, Esq.
>Katie E. Briscoe, Esq.
>NOSSAMAN LLP
>621 Capitol Mall, 25th Floor
>Sacramento, CA 95814
>Telephone: (916) 442-8888
>Facsimile: (916) 442-0382
>Email: rmcwhorter@nossaman.com
>        kbriscoe@nossaman.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) **Tony's Fine Foods'** rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which **Tony's Fine Foods** is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments **Tony's Fine Foods** expressly reserves.

Dated: July 26, 2013                    NOSSAMAN LLP

                                        By:   */s/ Robert S. McWhorter*
                                              Robert S. McWhorter

                                        Attorneys for Creditor
                                        TONY'S FINE FOODS

Case: 13-53893    Doc# 42    Filed: 07/26/13    Entered: 07/26/13 14:14:21    Page 2 of 2