Form UCC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Mi Pueblo San Jose, Inc.<br>   dba   Mi Pueblo Food Center<br>   fdba  Mi Pueblo Downtown, Inc.<br>   fdba  Mi Pueblo Mountain View, Inc.<br>       Debtor(s) | Case No.: 13–53893 ASW 11<br>Chapter: 11 |

## UNSECURED CREDITORS' COMMITTEE ACCEPTANCE/REJECTION FORM

Under Title 11 U.S.C.1102, the U.S. Trustee is authorized to appoint a committee of creditors holding unsecured claims. A creditors' committee is authorized by this section to:

1. Employ an attorney or other professionals at the expense of the estate;
2. Investigate relevant matters;
3. Request appointment of a trustee/examiner;
4. Participate in the formation of a plan;
5. Perform other services that are in the committee's best interests.

This committee will ordinarily consist of persons willing to serve that hold the seven largest claims against the debtor of the kinds represented on such a committee. We are informed that you hold such a claim to be eligible for this committee.

The early formation of this committee is important to the administration of the case. To assist us in forming this committee, please complete this form and return to the address below, as soon as possible.

```
CREDITOR'S NAME:

ADDRESS:

CITY:                          STATE:           ZIP:

PHONE: (    )                  FAX: (    )

AMOUNT OF UNSECURED CLAIM:     $

Willingness to serve?    _____Yes    _____No
If willing to serve:

I hereby certify that I am an unsecured creditor and that I am not
an "insider" as defined in 11 U.S.C. §101.


SIGNED: _____      DATED:

PRINT NAME OF INDIVIDUAL:
TITLE/POSITION WITHIN CREDITOR:
```

Note: Return of this form does not constitute the filing of a proof of claim pursuant to 11 U.S.C. §501.

Return to:   Office of the United States Trustee
               280 South First Street, Room 268
               San Jose, CA 95113

Dated: 7/29/13                                For the Court:

                                                        Gloria L. Franklin
                                                        Clerk of Court
                                                         United States Bankruptcy Court