| | |
|---|---|
| 1 | MARTHA J. SIMON (State Bar No. 98251)<br>**LAW OFFICES OF MARTHA J. SIMON** |
| 2 | 155 Montgomery Street, Suite 1004<br>San Francisco, California 94104 |
| 3 | Telephone: (415) 434-1888<br>Facsimile:  (415) 434-1880 |
| 4 | mjs@mjsimonlaw.com |
| 5 | Attorneys for Progreso Financiero |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re                                                      ) Case No. 13-53893
                                                           )
Mi Pueblo San Jose, Inc.                                   ) Chapter 11
                                                           )
                                                           ) REQUEST FOR SPECIAL NOTICE
                Debtor                                     ) AND INCLUSION IN MASTER
                                                           ) MAILING LIST
_____)

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTOR, PARTIES IN INTEREST, AND COUNSEL OF RECORD:

      Pursuant to Federal Rule of Bankruptcy Procedure 2002, the Law Offices of Martha J. Simon, attorneys for Progreso Financiero, hereby requests copies of all notices or other documents to be mailed, emailed or telecopied to creditors or parties in interest in the above-captioned case, and requests that all matters noticed to creditors, any creditors' committees, and any other parties in interest, be sent to the undersigned, and that the following be added to the court's master mailing list:

Martha J. Simon<br>
Law Offices of Martha J. Simon<br>
155 Montgomery Street, Suite 1004<br>
San Francisco, CA 94104<br>
mjs@mjsimonlaw.com

|  |  |
|---|---|
|  | LAW OFFICES OF MARTHA J. SIMON |
| Dated:   July 29, 2013 | s/Martha J. Simon<br>Martha J. Simon<br>Attorneys for Progreso Financiero |

In re Mi Pueblo San Jose, Inc.                                      Case No. 13-53893
REQUEST FOR SPECIAL NOTICE