Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887)
Roya Shakoori (SBN 236383)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531

Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com
Email: Roya@bindermalter.com

Proposed Attorneys for Debtor and Debtor-in-Possession
MI PUEBLO SAN JOSE, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MI PUEBLO SAN JOSE, INC.,<br><br>      Debtor. | Case No. 13-53893-ASW<br><br>Chapter 11<br><br>NO HEARING REQUIRED |

**EX PARTE APPLICATION FOR AN EXTENSION
OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

    TO: THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE:

    The Ex Parte Application of MI PUEBLO SAN JOSE, INC., Debtors-In-Possession herein ("Mi Pueblo"), respectfully represents:

1. On July 22, 2013, Mi Pueblo filed a voluntary Petition under Chapter 11 of Title 11, United States Code. No trustee has been appointed in this case.

2. Mi Pueblo operates a chain of supermarkets serving the Hispanic community with twenty-one stores, over 3,200 employees, several hundred vendors and numerous executory contracts.

3. It was anticipated that Mi Pueblo would be able to come to an agreement with its secured lender and avoid a bankruptcy filing, but unfortunately that did not happen and Mi Pueblo has since been trying to deal with a last minute Chapter 11 filing, becoming educated as to all of the Chapter 11 rules and guidelines, working with its secured lender to pay critical vendors/suppliers with PACA/PSA or other 503(b)(9) claims and employees and address a number of other critical and important items to assure that Mi Pueblo may continue to effectively operate its business with as little disruption to the business as possible. In addition, Mi Pueblo has been assisting its counsel in drafting and finalizing a budget and getting counsel the necessary information to complete all other necessary pleadings necessary for first day motions, employment of professionals and for its schedules.

4. Due to the size of Mi Pueblo's operations and numerous locations, there are large amounts of contracts, employee information, vendor and supplier invoices and items in transit at time of the filing, etc. that must be compiled, compared, provided to counsel and reviewed in order to complete its schedules.

5. As a result of the above, Mi Pueblo needs further time to compose and retrieve all of the necessary information to prepare the schedules and statement of financial affairs.

6. Mi Pueblo believes it will be in a position to file the schedules and statement of affairs by August 19, 2013 and, therefore, requests an extension of time for approximately two weeks until August 19, 2013 to do so.

7. Mi Pueblo's Meeting of Creditors is scheduled for August 28, 2013 and the Initial Debtor Interview is currently scheduled for August 22, 2013. Mi Pueblo does not believe the proposed extension would impact the scheduled meetings and will do its best to get on file what it can in advance of the proposed extension.

WHEREFORE, Mi Pueblo respectfully requests an extension of time to complete the preparation and filing of the schedules and statement of affairs until August 19, 2013 and such other and further relief as the Court believes just and proper.

Dated: July 29, 2013                BINDER & MALTER, LLP

                                    By:    /s/ Roya Shakoori
                                           Roya Shakoori

                                    Attorneys for Debtor and Debtor-in-possession
                                    MI PUEBLO SAN JOSE, INC.