Raymond R. Miller, Esq. SBN 144398
Law Office of Raymond R. Miller
P.O. Box 2177
Castro Valley, CA 94546

Tel: 510-938-0075
e-Fax: 1-888-416-3730

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | Case No.  #13-53893 ASW-11 |
| **MI PUEBLO SAN JOSE, INC.** ) | |
| **Fdba: Mi Puebla Mountain View, Inc.** ) | Date: (No Hearing Set) |
| **Fdba: Mi Puebla Downtown, Inc.** ) | Time: |
| **Fdba: Mi Puebla Food Center** ) | Place: U.S. Bankruptcy Court, 1300 |
| ) | Clay Street, Judge Weissbrodt, |
| **Debtor-in-possession** ) | Courtroom #3020, 280 S. First Street, |
| ) | San Jose, CA 95113 |
| ) | |

REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND ADVERSARY PROCEEDING PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a).

PLEASE TAKE NOTICE that the Law Office of Raymond R. Miller/ Raymond R. Miller, Esquire, (hereinafter referred to as "Requester") hereby requests that all notices given or required to be given in the above-captioned *BANKRUPTCY CASE and all papers served or required to be served in these bankruptcy proceedings including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon *by ELECTRONIC (ECF) only and that the following be added to the Court's master mailing list:

REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND
ADVERSARY PROCEEDING PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a).
Page 1 of  2

Case: 13-53893    Doc# 65    Filed: 07/29/13    Entered: 07/29/13 16:53:29    Page 1 of 2

Raymond R. Miller SBN 144398
Law Office of Raymond R. Miller
P.O. Box 2177 Castro Valley, CA 94546
Tel: 510-938-0075

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the requester is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:   July 29, 2013                  /s/ Raymond R. Miller
                                        Raymond R. Miller, Esq.

REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND ADVERSARY PROCEEDING PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a).

Page 2 of  2

Case: 13-53893   Doc# 65   Filed: 07/29/13   Entered: 07/29/13 16:53:29   Page 2 of 2