Gary B. Elmer, Esq. (Cal. #137885)
CIARDI CIARDI & ASTIN
402 West Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 270-8811
Facsimile: (619) 717-8527
E-mail: gelmer@ciardilaw.com

-and-

Isaac M. Gabriel (Arizona Bar No. 021780)
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone: (602) 230-4622
Facsimile: (602) 420-5033
E-mail: isaac.gabriel@quarles.com

Attorneys for Bar-S Foods Company

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No. 13-53893-ASW |
| MI PUEBLO SAN JOSE, INC., | Chapter 11 |
| Debtor. | **APPLICATION OF BAR-S FOODS COMPANY FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE UNDER BANKRUPTCY CODE §503(B)(9)** |

  1.  Bar-S Foods Company ("**Bar-S**"), was a supplier of goods to Mi Pueblo San Jose Inc. ("Debtor") prior to the commencement of Debtor's bankruptcy proceedings.

  2.  On July 22, 2013 (the "**Petition Date**"), Debtor commenced the above-captioned case by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.* (the "**Code**").

3.     Prior to the Petition Date, Bar-S supplied goods to Debtor on an open account.

4.     Pursuant to Code §503(b)(9), administrative expenses "shall be allowed" for "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

5.     Within 20 days prior to the Petition Date, Debtor received goods from Bar-S, which goods Bar-S sold to Debtor in the ordinary course of Debtor's business, with an aggregate value of $147,035.52.  The invoices supporting the goods delivered to the Debtor and the amounts owed thereunder are attached hereto as Exhibit "A".

6.     Bar-S has not been paid any of the amounts set forth in Exhibit "A".

7.     By this Request, and pursuant to Code §503(b)(9), Bar-S seeks allowance of a Chapter 11 administrative expense claim in the amount of $147,035.52, to be paid pursuant to the provisions of the Code and any orders entered by the Court authorizing payment of §503(b)(9) claims.

WHEREFORE, Bar-S, asks this Court to enter an Order (A) allowing Bar-S a Chapter 11 administrative expense claim in the amount of $147,035.52; (B) ordering the Debtor to pay such allowed administrative expense immediately as an undisputed claim pursuant to the provisions of the Code and the orders entered by this Court governing distributions, and (C) granting Bar-S such other and further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED this 31 day of July, 2013.

Gary B. Elmer, Esq. (Cal. #137885)
CIARDI CIARDI & ASTIN
402 West Broadway, Suite 400
San Diego, CA 92101

By  /s/ Gary B. Elmer

and

Isaac M. Gabriel, Esq. (*pro hac vice* application pending)
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004

*Attorneys for Bar-S Foods Company*

2

Case: 13-53693  Doc#: 73  Filed: 07/31/13  Entered: 07/31/13 12:02:40  Page 2 of 4

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN DIEGO**

I am employed in the City and County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: 402 West Broadway, Suite 400 San Diego, CA 92101.

On July 31, 2013 I served the document described as **APPLICATION OF BAR-S FOODS COMPANY FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE UNDER BANKRUPTCY CODE §503(B)(9)** in this action by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid or via the Court's CM/ECF System as indicated below.

Debtor
Mi Pueblo San Jose, Inc.
P.O. Box 3288
San Jose, CA 95156
SANTA CLARA-CA

Attorneys for Debtor
Heinz Binder, Esq.
Robert G. Harris, Esq.
Wendy W. Smith, Esq.
Roya Shakoori
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com
Email: Roya@bindermalter.com

Special Counsel for Debtor
Wm. Thomas Lewis, Esq.
Roberston & Lewis
150 Almaden Boulevard, Suite 950
San Jose, CA 95113-2375
Email: wtl@roblewlaw.com

QB\140626.00008\22080524.1

United States Trustee
Emily S. Keller, Esq.
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113
Email: ustpregion17.sj.ecf@usdoj.gov

Executed on July 31, 2013 at San Diego, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

/s/ Gary B. Elmer

QB\140626.00008\22080524.1

4