# Exhibit "A"



**BAR-S FOODS**
392 RAILROAD COURT
MILPITAS, CA 95035
Tel. (408) 941 9958  Fax. (408) 941 2136

| PAGE: | 1 / 1 |
|---|---|
| BILLING DATE | INVOICE N° |
| 07/08/2013 | 1988022935 |

A Sigma Company
For Customer Service Please:
Call 1 866 631 6637 or
servicio_clientes@sigma-alimentos.com
www.sigmafoodsusa.com/customer_service.htm

**SOLD TO:**
MI PUEBLO FOODS
1025 MONTAGUE CT
MILPITAS, CA 95035
408-263-7568
Customer ID: 3113615
Customer PO #: PO 3029288

**SHIP TO:**
MI PUEBLO FOODS
1025 MONTAGUE CT
MILPITAS, CA 95035
408-263-7568
Customer ID: 3113615

**DATE DUE:**
07/15/2013

| DELIVERED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|
| Fernando Roque | 07/08/13 | | |

| CODE | OTHER CODE | QTY | UNIT | DESCRIPTION* | CASE PRICE* | TOTAL WEIGHT* | UNIT SALE PRICE* | AMOUNT* |
|---|---|---|---|---|---|---|---|---|
| 4 | | 96 | CAJ | SELECTO COOKED BULK HAM 2/14.563LB FUD | 69.90 | 2,796.096 | 2.40 | 6,710.63 |
| 1106 | | 240 | CAJ | ORIGINAL COOKED HAM 2/12.344LB FUD | 44.19 | 5,925.120 | 1.79 | 10,605.97 |
| 1108 | | 256 | CAJ | BULK CHICKEN FRANKS 6/2.5LB FUD | 15.00 | | 2.50 | 3,840.00 |
| 1116 | | 90 | CAJ | SMOKED TURKEY BREAST RW 2/8.813 LB FUD | 49.17 | 1,586.139 | 2.79 | 4,425.33 |
| 1117 | | 86 | CAJ | NATURAL TURKEY BREAST RW 2/9.375 LB FUD | 52.31 | 1,612.345 | 2.79 | 4,498.44 |
| 1124 | | 256 | CAJ | BULK TURKEY FRANKS 6/2.5 LB FUD | 15.00 | | 2.50 | 3,840.00 |
| 1148 | | 112 | CAJ | SMOKED TURKEY HAM 2/8.563 LB FUD | 34.94 | 1,918.112 | 2.04 | 3,912.95 |
| 5516 | | 80 | CAJ | BAR-S COOKED HAM 2/12.344 LB | 41.72 | 1,975.040 | 1.69 | 3,337.82 |
| 5859 | | 40 | CAJ | PORK HEAD CHEESE 4/6 LB FUD | 64.56 | 960.000 | 2.69 | 2,582.40 |
| 5862 | | 40 | CAJ | SPICY PORK HEAD CHEESE 4/6 LB FUD | 64.56 | 960.000 | 2.69 | 2,582.40 |
| 5868 | | 168 | CAJ | FUD SPICY GRILL SAUSAGE 12/12oz | 22.68 | | 1.89 | 3,810.24 |
| 8712 | | 115 | CAJ | QUESO PANELA 4/4 LB FUD | 36.67 | 1,841.655 | 2.29 | 4,217.39 |
| 8720 | | 120 | CAJ | QUESADILLA CHEESE 6/7.7 LB FUD | 133.52 | 5,544.000 | 2.89 | 16,022.16 |
| 19543 | | 70 | CAJ | BAR-S 4.5 COOK-IN-BAG HAM JLDT | 75.60 | 2,800.000 | 1.89 | 5,292.00 |

* Weight and prices shown are rounded.

**Merchant Copy**

| | |
|---|---|
| SUBTOTAL | $75677.73 |
| TAX | $ |
| TOTAL | $75677.73 |

1769 TOTAL CASES



JUL 0 8 2013
BLAS R

NO CLAIMS ALLOWED UNLESS REPORTED PROMPTLY ON ARRIVAL OF GOODS AND ACCOMPANIED BY DOCUMENTS SUBSTAINING LOSS. IN EVENT OF REJECTION OR IF FORCES MAJEURE SHOULD ARISE, ORDER SUBJECT TO CANCELLATION. IN EVENT OF DISPUTE, BOARD OF TRADE REPRESENTATIVE OR AN ACCEPTABLE THIRD PARTY SHALL INVESTIGATE DISPUTE SHIPMENT AND HIS DECISION SHALL BE ABIDED BY ALL PARTIES CONCERNED AND CONSIDERED FINAL.
PLEASE REPORT ANY DISCREPANCIES INMEDIATLY

Please cut and enclose bottom portion with your payment



A Sigma Company
**PAYMENT COUPON**

BAR-S FOODS
392 RAILROAD COURT
MILPITAS, CA 95035

| Office | INVOICE N° |
|---|---|
| USSJ | 1988022935 |
| Customer ID | BILLING DATE: 07/08/2013 |
| 3113615 | AMOUNT DUE: $75677.73 |
| | DATE DUE: 07/15/2013 |
| | AMOUNT ENCLOSED: $ |

DO NOT SEND CASH.
MAKE CHECKS PAYABLE TO BAR-S FOODS

IF YOU HAVE DISCREPANCY WITH THIS AMOUNT PLEASE PROVIDE A FULL DETAIL



**BAR-S FOODS**
392 RAILROAD COURT
MILPITAS, CA 95035
Tel. (408) 941 9958   Fax. (408) 941 2136

For Customer Service Please:
Call 1866 631 6637 or
servicio_clientes@sigma-alimentos.com
www.sigmafoodsusa.com/customer_service.htm

| PAGE: | 1 / 1 |
|---|---|
| **BILLING DATE** | **INVOICE N°** |
| 07/04/2013 | 1988021669 |

| SOLD TO: | SHIP TO: | DATE DUE: |
|---|---|---|
| MI PUEBLO FOODS<br>1025 MONTAGUE CT<br>MILPITAS, CA 95035<br>408-263-7568<br>Customer ID: 3113615<br>Customer PO #: PO 3029324 | MI PUEBLO FOODS<br>1025 MONTAGUE CT<br>MILPITAS, CA 95035<br>408-263-7568<br>Customer ID: 3113615 | 07/11/2013 |

| DELIVERED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|
|  |  |  |  |

| CODE | OTHER CODE | QTY | UNIT | DESCRIPTION* | CASE PRICE* | TOTAL WEIGHT* | UNIT SALE PRICE* | AMOUNT* |
|---|---|---|---|---|---|---|---|---|
| 1108 |  | 128 | CAJ | BULK CHICKEN FRANKS 6/2.5LB FUD | 15.00 |  | 2.50 | 1,920.00 |

* Weight and prices shown are rounded.

**Customer Copy**

| | |
|---|---|
| SUBTOTAL | $1,920.00 |
| TAX | $ |
| TOTAL | $1,920.00 |



RECEIVED JUL 0 4 2013
By BIAS Q.

NO CLAIMS ALLOWED UNLESS REPORTED PROMPTLY ON ARRIVAL OF GOODS AND ACCOMPANIED BY DOCUMENTS SUBSTAINING LOSS. IN EVENT OF REJECTION OR IF FORCES MAJEURE SHOULD ARISE, ORDER SUBJECT TO CANCELLATION. IN EVENT OF DISPUTE, BOARD OF TRADE REPRESENTATIVE OR AN ACCEPTABLE THIRD PARTY SHALL INVESTIGATE DISPUTE SHIPMENT AND HIS DECISION SHALL BE ABIDED BY ALL PARTIES CONCERNED AND CONSIDERED FINAL.
PLEASE REPORT ANY DISCREPANCIES INMEDIATLY

---

Please cut and enclose bottom portion with your payment



**PAYMENT COUPON**

BAR-S FOODS
392 RAILROAD COURT
MILPITAS, CA 95035

| Office | INVOICE N° | |
|---|---|---|
| USSJ | 1988021669 | |
| Customer ID | BILLING DATE: | 07/04/2013 |
| 3113615 | AMOUNT DUE: | $1920.00 |
| | DATE DUE: | 07/11/2013 |
| | AMOUNT ENCLOSED: | $ |

DO NOT SEND CASH.
MAKE CHECKS PAYABLE TO BAR-S FOODS

IF YOU HAVE DISCREPANCY WITH THIS AMOUNT PLEASE PROVIDE A FULL DETAIL



**BAR-S FOODS**
392 RAILROAD COURT
MILPITAS, CA 95035
Tel. (408) 941 9958  Fax. (408) 941 2136

A *Sigma* Company
For Customer Service Please
Call 1866 631 6637 or
servicio_clientes@sigma-alimentos.com
www.sigmafoodsusa.com/customer_service.htm

| PAGE: | 1 / 1 |
|---|---|
| BILLING DATE | INVOICE N° |
| 07/10/2013 | 1988024277 |

### SOLD TO:
MI PUEBLO FOODS
1025 MONTAGUE CT
MILPITAS, CA 95035
408-263-7568
Customer ID: 3113615
Customer PO #: PO 3029439

### SHIP TO:
MI PUEBLO FOODS
1025 MONTAGUE CT
MILPITAS, CA 95035
408-263-7568
Customer ID: 3113615

### DATE DUE:
07/17/2013

| DELIVERED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|
|  |  |  |  |

| CODE | OTHER CODE | QTY | UNIT | DESCRIPTION* | CASE PRICE* | TOTAL WEIGHT* | UNIT SALE PRICE* | AMOUNT* |
|---|---|---|---|---|---|---|---|---|
| 1100 |  | 100 | CAJ | TURKEY HAM 2/8.563LB FUD | 34.94 | 1,712.600 | 2.04 | 3,493.70 |
| 8790 |  | 20 | CAJ | COTIJA GRATED CHEESE 4/10 LB FUD | 111.60 | 800.000 | 2.79 | 2,232.00 |

* Weight and prices shown are rounded.

**Merchant Copy**

| | |
|---|---|
| SUBTOTAL | $5,725.70 |
| TAX | $ |
| TOTAL | $5,725.70 |

*[Handwritten: 120 TOTAL CASES  α Fernando Roque M.]*



*[Stamp: JUL 10 2013  BLAS G]*

NO CLAIMS ALLOWED UNLESS REPORTED PROMPTLY ON ARRIVAL OF GOODS AND ACCOMPANIED BY DOCUMENTS SUBSTAINING LOSS. IN EVENT OF REJECTION OR IF FORCES MAJEURE SHOULD ARISE, ORDER SUBJECT TO CANCELLATION. IN EVENT OF DISPUTE, BOARD OF TRADE REPRESENTATIVE OR AN ACCEPTABLE THIRD PARTY SHALL INVESTIGATE DISPUTE SHIPMENT AND HIS DECISION SHALL BE ABIDED BY ALL PARTIES CONCERNED AND CONSIDERED FINAL.
PLEASE REPORT ANY DISCREPANCIES INMEDIATLY

Please cut and enclose bottom portion with your payment

**PAYMENT COUPON**
A *Sigma* Company

BAR-S FOODS
392 RAILROAD COURT
MILPITAS, CA 95035

| Office | INVOICE N° | |
|---|---|---|
| USSJ | 1988024277 | |
| Customer ID | BILLING DATE: | 07/10/2013 |
| 3113615 | AMOUNT DUE: | $5725.70 |
| | DATE DUE: | 07/17/2013 |
| | AMOUNT ENCLOSED: | $ |

DO NOT SEND CASH.
MAKE CHECKS PAYABLE TO BAR-S FOODS

IF YOU HAVE DISCREPANCY WITH THIS AMOUNT PLEASE PROVIDE A FULL DETAIL

Case: 13-53893    Doc# 73-1    Filed: 07/31/13    Entered: 07/31/13 12:02:48    Page 4 of 6



**BAR-S FOODS**
392 RAILROAD COURT
MILPITAS, CA 95035
Tel. (408) 941 9958  Fax. (408) 941 2136

A *Sigma* Company
For Customer Service Please:
Call 1866 631 6637 or
servicio_clientes@sigma-alimentos.com
www.sigmafoodsusa.com/customer_service.htm

264

| PAGE | 1 / 1 |
|---|---|
| BILLING DATE | INVOICE Nº |
| 07/12/2013 | 1988025716 |

| SOLD TO: | SHIP TO: | DATE DUE: |
|---|---|---|
| MI PUEBLO FOODS<br>1025 MONTAGUE CT<br>MILPITAS, CA 95035<br>408-263-7568<br>Customer ID: 3113615<br>Customer PO #: PO 3029474 | MI PUEBLO FOODS<br>1025 MONTAGUE CT<br>MILPITAS, CA 95035<br>408-263-7568<br>Customer ID: 3113615 | 07/19/2013 |

| DELIVERED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|
| FERNANDO ROQUE M | 07/12/13 | | |

| CODE | OTHER CODE | QTY | UNIT | DESCRIPTION* | CASE PRICE | TOTAL WEIGHT* | UNIT SALE PRICE | AMOUNT* |
|---|---|---|---|---|---|---|---|---|
| 1100 | | 56 | CAJ | TURKEY HAM 2/8.563LB FUD | 34.94 | 959.056 | 2.04 | 1,956.47 |
| 8719 | | 20 | CAJ | OAXACA CHEESE 2/6.6 LB FUD | 35.51 | 264.000 | 2.69 | 710.16 |
| 8790 | | 2 | CAJ | COTIJA GRATED CHEESE 4/10 LB FUD | 111.60 | 80.000 | 2.79 | 223.20 |

* Weight and prices shown are rounded.

**Merchant Copy**

| SUBTOTAL | $2,889.83 |
|---|---|
| TAX | $ |
| TOTAL | $2,889.83 |

78 TOTA COSES

& F. Roque M.



NO CLAIMS ALLOWED UNLESS REPORTED PROMPTLY ON ARRIVAL OF GOODS AND ACCOMPANIED BY DOCUMENTS SUBSTAINING LOSS. IN EVENT OF REJECTION OR IF FORCES MAJEURE SHOULD ARISE, ORDER SUBJECT TO CANCELLATION. IN EVENT OF DISPUTE, BOARD OF TRADE REPRESENTATIVE OR AN ACCEPTABLE THIRD PARTY SHALL INVESTIGATE DISPUTE SHIPMENT AND HIS DECISION SHALL BE ABIDED BY ALL PARTIES CONCERNED AND CONSIDERED FINAL.
PLEASE REPORT ANY DISCREPANCIES INMEDIATLY

Please cut and enclose bottom portion with your payment



A *Sigma* Company
**PAYMENT COUPON**

BAR-S FOODS
392 RAILROAD COURT
MILPITAS, CA 95035

| Office | INVOICE Nº | |
|---|---|---|
| USSJ | 1988025716 | |
| Customer ID | BILLING DATE: | 07/12/2013 |
| 3113615 | AMOUNT DUE: | $2889.83 |
| | DATE DUE: | 07/19/2013 |
| | AMOUNT ENCLOSED: | $ |

DO NOT SEND CASH.
MAKE CHECKS PAYABLE TO BAR-S FOODS

IF YOU HAVE DISCREPANCY WITH THIS AMOUNT PLEASE PROVIDE A FULL DETAIL



**BAR-S FOODS**
392 RAILROAD COURT
MILPITAS, CA 95035
Tel. (408) 941 9958  Fax. (408) 941 2136

| PAGE: | 1 / 1 |
|---|---|
| BILLING DATE | INVOICE N° |
| 07/15/2013 | 1988027179 |

A *Sigma* Company
For Customer Service Please:
Call 1866 631 6637 or
servicio_clientes@sigma-alimentos.com
www.sigmafoodsusa.com/customer_service.htm

**SOLD TO:**
MI PUEBLO FOODS
1025 MONTAGUE CT
MILPITAS, CA 95035
408-263-7568
Customer ID: 3113615
Customer PO #: PO 3029436

**SHIP TO:**
MI PUEBLO FOODS
1025 MONTAGUE CT
MILPITAS, CA 95035
408-263-7568
Customer ID: 3113615

**DATE DUE:**
07/22/2013

| DELIVERED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|
|  |  |  |  |

| CODE | OTHER CODE | QTY | UNIT | DESCRIPTION | CASE PRICE | TOTAL WEIGHT | UNIT SALE PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 |  | 192 | CAJ | SELECTO COOKED BULK HAM 2/14.563LB FUD | 69.90 | 5,592.192 | 2.40 | 13,421.26 |
| 1100 |  | 336 | CAJ | TURKEY HAM 2/8.563LB FUD | 34.94 | 5,754.336 | 2.04 | 11,738.85 |
| 1106 |  | 120 | CAJ | ORIGINAL COOKED HAM 2/12.344LB FUD | 44.19 | 2,962.560 | 1.79 | 5,302.98 |
| 1108 |  | 128 | CAJ | BULK CHICKEN FRANKS 6/2.5LB FUD | 15.00 |  | 2.50 | 1,920.00 |
| 1124 |  | 128 | CAJ | BULK TURKEY FRANKS 6/2.5 LB FUD | 15.00 |  | 2.50 | 1,920.00 |
| 1125 |  | 128 | CAJ | BULK CHICKEN & PORK FRANKS 6/2.5 LB. FUD | 15.00 |  | 2.50 | 1,920.00 |
| 1148 |  | 112 | CAJ | SMOKED TURKEY HAM 2/8.563 LB FUD | 34.94 | 1,918.112 | 2.04 | 3,912.95 |
| 5516 |  | 80 | CAJ | BAR-S COOKED HAM 2/12.344 LB | 41.72 | 1,975.040 | 1.69 | 3,337.82 |
| 8719 |  | 300 | CAJ | OAXACA CHEESE 2/6.6 LB FUD | 35.51 | 3,960.000 | 2.69 | 10,652.40 |
| 8790 |  | 60 | CAJ | COTIJA GRATED CHEESE 4/10 LB FUD | 111.60 | 2,400.000 | 2.79 | 6,696.00 |

* Weight and prices shown are rounded.

*1584 TOTAL*

**Merchant Copy**

| SUBTOTAL | $60822.26 |
|---|---|
| TAX | $ |
| TOTAL | $60822.26 |

**EVERYTHING ARRIVED OKAY!**

Luis A Romoz



RECEIVED JUL 15 2013
By

NO CLAIMS ALLOWED UNLESS REPORTED PROMPTLY ON ARRIVAL OF GOODS AND ACCOMPANIED BY DOCUMENTS SUBSTAINING LOSS. IN EVENT OF REJECTION OR IF FORCES MAJEURE SHOULD ARISE, ORDER SUBJECT TO CANCELLATION. IN EVENT OF DISPUTE, BOARD OF TRADE REPRESENTATIVE OR AN ACCEPTABLE THIRD PARTY SHALL INVESTIGATE DISPUTE SHIPMENT AND HIS DECISION SHALL BE ABIDED BY ALL PARTIES CONCERNED AND CONSIDERED FINAL.
PLEASE REPORT ANY DISCREPANCIES INMEDIATLY

Please cut and enclose bottom portion with your payment

---

**PAYMENT COUPON**
A *Sigma* Company

BAR-S FOODS
392 RAILROAD COURT
MILPITAS, CA 95035

| Office | INVOICE N° | |
|---|---|---|
| USSJ | 1988027179 | |
| Customer ID | BILLING DATE: | 07/15/2013 |
| 3113615 | AMOUNT DUE: | $60822.26 |
|  | DATE DUE: | 07/22/2013 |
|  | AMOUNT ENCLOSED: | $ |

DO NOT SEND CASH.
MAKE CHECKS PAYABLE TO BAR-S FOODS

IF YOU HAVE DISCREPANCY WITH THIS AMOUNT PLEASE PROVIDE A FULL DETAIL