ROBERT A. RIVAS (CA Bar No. 196744)
rrivas@AlvaradoSmith.com
SHERI M. KANESAKA (CA Bar No. 240053)
skanesaka@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Creditor
VIZ CATTLE CORPORATION

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MI PUEBLO SAN JOSE, INC.,<br><br>Debtor. | Bankruptcy No.: 13-53893<br><br>(Chapter 11)<br><br>**REQUEST FOR SPECIAL NOTICE AND INCLUSION FOR SERVICE ON MAILING MATRIX** |

TO THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 2002, creditor Viz Cattle Corporation ("Viz Cattle"), by and through its counsel, AlvaradoSmith APC, hereby requests that all notices given or required to be given, and all papers served in this case, be delivered to and served upon the undersigned representatives of Viz Cattle as follows:

///

///

Robert A. Rivas, Esq.
Sheri M. Kanesaka, Esq.
AlvaradoSmith APC
1 MacArthur Place, Suite 200
Santa Ana, CA 92626
rrivas@alvaradosmith.com
skanesaka@alvaradosmith.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver by Viz Cattle of any:

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, whether or not such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; or

(d) Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matter.

///

///

///

| | |
|---|---|
| 1 | **PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Bankruptcy |
| 2 | Procedure 2002, the foregoing demand includes not only the notices and papers referred to in the |
| 3 | above-mentioned Federal Rules of Bankruptcy Procedure, but also includes, without limitation, all |
| 4 | orders and notices of orders, applications, motions, memoranda, declarations, disclosure statements, |
| 5 | answering or reply papers, petitions, pleadings, requests, complaints or demands, whether formal or |
| 6 | informal, written or oral, or whether transmitted or conveyed by mail delivery, telephone, telegraph, |
| 7 | telex, telecopy, personal delivery or otherwise affect the Debtor or its property, Viz Cattle or this |
| 8 | case. |

Respectfully submitted,

DATED: August 5, 2013

AlvaradoSmith
A Professional Corporation

By: */s/ Sheri M. Kanesaka*
ROBERT A. RIVAS
SHERI M. KANESAKA
Attorneys for Creditor
VIZ CATTLE CORPORATION

# CERTIFICATE/PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE
*In Re Mi Pueblo San Jose, Inc.*
United States Bankruptcy Court Case No.: 13-53893

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **AlvaradoSmith, 1 MacArthur Place, Santa Ana, CA 92707**.

On August 5, 2013, I served the foregoing document described as **REQUEST FOR SPECIAL NOTICE AND INCLUSION FOR SERVICE ON MAILING MATRIX** on the interested parties in this action.

**By Via Transmission of Notices of Electronic Filing Generated by CM/ECF:**

| | |
|---|---|
| Heinz Binder, Esq.<br>Robert G. Harris, Esq.<br>David B. Rao, Esq.<br>Roya Shakoori, Esq.<br>Wendy W. Smith, Esq.<br>Law Offices of Binder and Malter<br>2775 Park Avenue<br>Santa Clara, CA 95050 | T: (408) 295-1700<br><br>Email: heinz@bindermalter.com<br>Email: rob@bindermalter.com<br>Email: David@bindermalter.com<br>Email: roya@bindermalter.com<br>Email: Wendy@bindermalter.com<br><br>**Attorneys for *Debtor*<br>Mi Pueblo San Jose, Inc.**<br>P.O. Box 3288<br>San Jose, CA 95156<br><br>*fdba* **Mi Pueblo Mountain View, Inc.**<br>*fdba* **Mi Pueblo Downtown, Inc.**<br>*dba* **Mi Pueblo Food Center** |
| William Thomas Lewis, Esq.<br>Law Offices of Robertson and Lewis<br>150 Almaden Boulevard, Suite 950<br>San Jose, CA 95113 | T: (408) 294-3600<br><br>Email: wtl@roblewlaw.com<br><br>**Special Counsel for *Debtor*<br>Mi Pueblo San Jose, Inc.**<br>P.O. Box 3288<br>San Jose, CA 95156<br><br>*fdba* **Mi Pueblo Mountain View, Inc.**<br>*fdba* **Mi Pueblo Downtown, Inc.**<br>*dba* **Mi Pueblo Food Center** |
| Robert Kaplan, Esq.<br>Walter W. Gouldsbury, III, Esq.<br>Jeffrey, Mangels, et al.<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | **Attorneys for Wells Fargo** |

| | | |
|---|---|---|
| 1 | Paul J. Pascuzzi, Esq.<br>Jennifer E. Niemann, Esq. | |
| 2 | Felderstein, Fitzgerald, et al.<br>400 Capital Mall, Suite 1750 | **Attorneys for Cha Cha Enterprises, Inc.** |
| 3 | Sacramento, CA 95814 | |
| 4 | Lawrence H. Meuers, Esq. | T: (239) 513-9191 |
| | Muers Law Firm, P.L. | F: (239) 513-9677 |
| 5 | 5395 Park Central Court<br>Naples, FL 34109 | Email: lmeuers@meuerslawfirm.com |
| 6 | | |
| 7 | | **Attorneys for Charlie's Enterprises, Inc. d/b/a<br>OK Produce and CDS Distributing, Inc.** |

8  ☒  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

| | | |
|---|---|---|
| 12 | Debtor:<br>Mi Pueblo San Jose, Inc. | United States Trustee<br>Office of U.S. Trustee/SJ |
| 13 | PO Box 3288<br>San Jose, CA 95156 | U.S. Federal Building<br>280 South 1st Street, Suite 268<br>San Jose, CA 95113-3004 |

☒  (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 5, 2013, at Santa Ana, California.

*Cynthia Rosas* (signature)
Cynthia Rosas

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

3612666.1 — L690.0