Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887)
Roya Shakoori (SBN 236383)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531

Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com
Email: Roya@bindermalter.com

Attorneys for Debtor and Debtor-in-Possession
MI PUEBLO SAN JOSE, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MI PUEBLO SAN JOSE, INC.,<br><br>    Debtor. | Case No. 13-53893-ASW<br><br>Chapter 11<br><br>Date:  August 8, 2013<br>Time:  10:30 a.m.<br>Place:  Courtroom 3020<br>         280 South First Street<br>         San Jose, California |

## NOTICE OF HEARING ON MOTION TO AMEND PRIOR ORDER REGARDING PRE-PETITION WAGES

TO THE UNITED STATES TRUSTEE; WELLS FARGO BANK, NA.; THE 20 LARGEST UNSECURED CREDITORS; AND ALL PARTIES REQUESTING SPECIAL NOTICE:

    PLEASE TAKE NOTICE that on August 8, 2013 at 10:30 a.m. at the above-

NOTICE OF HEARING ON MOTION TO AMEND PRIOR ORDER REGARDNIG
PRE-PETITION WAGES    **Page 1**
Case: 13-53893   Doc# 104   Filed: 08/05/13   Entered: 08/05/13 13:53:06   Page 1 of 2

referenced location, a hearing will be held on Debtor and debtor-in-possession Mi Pueblo San Jose, Inc.'s ("Mi Pueblo") Motion to Amend Prior Order Regarding Pre-Petition Wages (the "Motion").

PLEASE TAKE FURTHER NOTICE that any Objection to the Motion may be made at the time of the hearing.

The Motion is based on this Notice, Declaration of John Zott in support of the motion, and the Court's Order Shortening Time For Hearing On And Limiting Notice of Hearing On Motion to Amend Prior Order Regarding Pre-Petition Wages. Copies of these pleadings may be obtained by contacting the undersigned or viewed online by PACER qualified users at https://ecf.canb.uscourts.gov/cgi-bin/login.pl.

Dated: August 5, 2013           BINDER & MALTER, LLP

                                By:    /s/ Wendy W. Smith
                                       Wendy W. Smith

                                Attorneys for Debtor and Debtor-in-
                                possession Mi Pueblo San Jose, Inc.

NOTICE OF HEARING ON MOTION TO AMEND PRIOR ORDER REGARDNIG PRE-PETITION WAGES                                Page 2