Monica Montalvan, General Manager
MONTALVAN'S SALES, INC.
30502 San Antonio Street
Hayward, CA 94544
Telephone: (510) 489-3809
Facsimile: (510) 489-3414
Email: Monica@montalvans.com



ORIGINAL

FILED
AUG 08 2013
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MI PUEBLO SAN JOSE, INC.,

   Debtor.

Case No.: 13-53893-ASW

Chapter 11

**APPLICATION OF MONTALVAN'S SALES, INC. FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES UNDER BANKRUPTCY CODE §503(B)(9)**

1.  Montalvan's Sales, Inc. ("**MSI**"), was a supplier of goods to Mi Pueblo San Jose Inc. ("Debtor") prior to the commencement of Debtor's bankruptcy proceedings.

2.  On July 22, 2013 (the "**Petition Date**"), Debtor commenced the above-captioned case by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et. seq.* (the "**Code**").

3.  Prior to the Petition Date, MSI supplied goods to Debtor on an open account.

4.  Pursuant to code §§503(b)(9), administrative expenses "shall be allowed" for "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title which the goods have been sold to the debtor in the ordinary course of such debtor's business."

5.  The aggregate value of the goods that in the ordinary course of business were sold to and received by Debtor within 20 days prior to Petition Date is $13,105.74.

1

1        a. An "Invoice and Credit Memo Register" supporting the goods delivered to the Debtor and the amounts owed thereunder are attached hereto as <u>Exhibit "A"</u>.

6. MSI has not been paid any of the amounts set forth in <u>Exhibit "A"</u>.

7. By this Request, and pursuant to Code §§503(b)(9), MSI seeks allowance of a Chapter 11 administrative expense claim in the amount of $13,105.74, to be paid pursuant to the provisions of the Code and any orders entered by the court authorizing payment of §§503(b)(9) claims.

WHEREFORE, MSI, asks this Court to enter an Order (A) allowing MSI a Chapter 11 administrative expense claim in the amount of $13,105.74; (B) ordering the Debtor to pay such allowed administrative expense immediately as an undisputed claim pursuant to the provisions of the Code and the orders entered by this Court governing distributions, and (C) granting MSI such other and further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED this 8 day of August, 2013.

                     Monica U. Montalvan, General Manager
                     MONTALVAN'S SALES, INC.
                     30502 San Antonio Street
                     Hayward, CA 94544

*/s/ Monica Montalvan*
Monica Montalvan

# CERTIFICATE OF SERVICE

I, Lisette Fernandez, declare:

I reside in the County of Alameda, State of California. I am over the age of eighteen (18) and not a party to the within action; my residence address is: 36696 Oak Street, Fremont, CA 94536

On August 8, 2013 I served a true and correct copy of the following document(s) in a sealed envelope, via United States mail, first-class, postage prepaid to the names and addresses listed below:
**APPLICATION OF MONTALVAN'S SALES, INC. FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES UNDER BANKRUPTCY CODE §503(B)(9)**

Debtor
Mi Pueblo San Jose, Inc.
P.O. Box 3288
San Jose, CA 95156
SANTA CLARA – CA

Attorneys for Debtor
Heinz Binder, Esq.
Robert G. Harris, Esq.
Wendy W. Smith, Esq.
Roya Shakoori, Esq.
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com
Email: Roya@bindermalter.com

Special Counsel for Debtor
Wm. Thomas Lewis, Esq.
Robertson & Lewis
150 Almaden Boulevard, Suite 950
San Jose, CA 95113-2375
Email: wtl@roblewlaw.com

United States Trustee
Emily S. Keller, Esq.
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113
Email: ustpregion17.sj.ecf@usdoj.gov

Executed on August 8, 2013 at Hayward, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

*/s/ Lisette Fernandez*
Lisette Fernandez

# Exhibit "A"

## MONTALVAN'S SALES, INC., Hayward, CA
### Invoice and Credit Memo Register
### For the Period From Jul 1, 2013 to Jul 21, 2013

| Name | Invoice Date | Delivery Date | Invoice/CM # | Amount | Amount Remainig |
|---|---|---|---|---|---|
| MI PUEBLO FOODS #16 - BELLAM | 7/3/13 | 7/3/13 | 47831 | 156.00 | 156.00 |
| 330 BELLAM BLV. | 7/3/13 | 7/3/13 | 47832 | 123.00 | 123.00 |
| SAN RAFAEL | 7/3/13 | 7/3/13 | 47833 | 396.94 | 396.94 |
| | 7/10/13 | 7/10/13 | 47964 | 332.11 | 332.11 |
| | 7/10/13 | 7/10/13 | 47965 | 207.59 | 207.59 |
| | 7/17/13 | 7/17/13 | 48175 | 196.80 | 196.80 |
| | 7/17/13 | 7/17/13 | 48176 | 199.26 | 199.26 |
| | 7/17/13 | 7/17/13 | 48177 | 206.38 | 206.38 |
| | | | | **1,818.08** | **1,818.08** |
| | | | | | |
| MI PUEBLO #17 - ATWATER | 7/8/13 | 7/8/13 | 47904 | 136.28 | 136.28 |
| 351 BELLEVUE RD. | 7/8/13 | 7/8/13 | 47905 | 85.80 | 85.80 |
| ATWATER | | | | **222.08** | **222.08** |
| | | | | | |
| MI PUEBLO #1 -HESPERIAN | 7/1/13 | 7/1/13 | 47765 | 290.93 | 290.93 |
| 20812 HESPERIAN BLVD. | 7/1/13 | 7/1/13 | 47766 | 180.25 | 180.25 |
| HAYWARD | 7/5/13 | 7/5/13 | 47864 | 98.40 | 98.40 |
| | 7/11/13 | 7/11/13 | 48003 | 123.00 | 123.00 |
| | 7/15/13 | 7/15/13 | 48098 | 294.95 | 294.95 |
| | 7/18/13 | 7/18/13 | 48234 | 98.40 | 98.40 |
| | | | | **1,085.93** | **1,085.93** |
| | | | | | |
| MI PUEBLO #19 -NEWARK | 7/3/13 | 7/3/13 | 47858 | 49.20 | 49.20 |
| 35153 NEWARK BLVD. | 7/10/13 | 7/10/13 | 47981 | 73.80 | 73.80 |
| NEWARK | 7/11/13 | 7/11/13 | 48008 | 106.50 | 106.50 |
| | 7/11/13 | 7/11/13 | 48009 | 46.20 | 46.20 |
| | 7/18/13 | 7/18/13 | 48236 | 53.10 | 53.10 |
| | 7/18/13 | 7/18/13 | 48239 | 99.66 | 99.66 |
| | | | | **428.46** | **428.46** |
| | | | | | |
| MI PUEBLO #10 - HIGH ST. | 7/3/13 | 7/3/13 | CM8465 | -4.85 | -4.85 |
| 1630 HIGH ST. | 7/5/13 | 7/5/13 | 47886 | 197.90 | 197.90 |
| OAKLAND | 7/5/13 | 7/5/13 | 47887 | 172.20 | 172.20 |
| | 7/5/13 | 7/5/13 | 47889 | 394.86 | 394.86 |
| | 7/10/13 | 7/10/13 | CM8486 | -17.25 | -17.25 |
| | 7/11/13 | 7/11/13 | 48004 | 172.20 | 172.20 |
| | 7/11/13 | 7/11/13 | 48005 | 261.95 | 261.95 |
| | 7/11/13 | 7/11/13 | 48006 | 437.42 | 437.42 |
| | 7/17/13 | 7/17/13 | CM8526 | -1.50 | -1.50 |
| | 7/18/13 | 7/18/13 | 48248 | 285.95 | 285.95 |
| | 7/18/13 | 7/18/13 | 48249 | 123.00 | 123.00 |
| | 7/18/13 | 7/18/13 | 48250 | 391.43 | 391.43 |
| | 7/18/13 | 7/18/13 | 48260 | 262.80 | 262.80 |
| | | | | **2,676.11** | **2,676.11** |

Case: 13-53893    Doc# 114    Filed: 08/08/13    Entered: 08/08/13 12:31:22    Page 5 of 7

## MONTALVAN'S SALES, INC., Hayward, CA
### Invoice and Credit Memo Register
### For the Period From Jul 1, 2013 to Jul 21, 2013

| Name | Invoice Date | Delivery Date | Invoice/CM # | Amount | Amount Remainig |
|---|---|---|---|---|---|
| MI PUEBLO #7 - RAILROAD | 7/5/13 | 7/5/13 | 47878 | 169.47 | 169.47 |
| 2100 RAILROAD AVE | 7/5/13 | 7/5/13 | 47879 | 147.60 | 147.60 |
| PITTSBURG | 7/5/13 | 7/5/13 | 47880 | 308.15 | 308.15 |
| | 7/11/13 | 7/11/13 | 48034 | 118.50 | 118.50 |
| | 7/11/13 | 7/11/13 | 48033 | 98.40 | 98.40 |
| | 7/11/13 | 7/11/13 | 48032 | 72.60 | 72.60 |
| | 7/18/13 | 7/18/13 | 48227 | 98.40 | 98.40 |
| | 7/18/13 | 7/18/13 | 48228 | 383.12 | 383.12 |
| | 7/18/13 | 7/18/13 | 48230 | 130.84 | 130.84 |
| | | | | **1,527.08** | **1,527.08** |
| MI PUEBLO#12 - CAPITOL | 7/3/13 | 7/3/13 | 47846 | 147.60 | 147.60 |
| 320 N. CAPITOL AVE. | 7/10/13 | 7/10/13 | 47979 | 73.80 | 73.80 |
| SAN JOSE | 7/10/13 | 7/10/13 | 47977 | 229.26 | 229.26 |
| | 7/16/13 | 7/16/13 | CM8516 | -34.20 | -34.20 |
| | 7/17/13 | 7/17/13 | 48183 | 73.80 | 73.80 |
| | 7/17/13 | 7/17/13 | 48184 | 53.40 | 53.40 |
| | 7/17/13 | 7/17/13 | 48185 | 99.22 | 99.22 |
| | | | | **642.88** | **642.88** |
| MI PUEBLO #22- S. WHITE | 7/3/13 | 7/3/13 | 47845 | 98.40 | 98.40 |
| 1070 WHITE RD | 7/10/13 | 7/10/13 | 47978 | 46.20 | 46.20 |
| SAN JOSE | 7/10/13 | 7/10/13 | 47980 | 193.80 | 193.80 |
| | 7/17/13 | 7/17/13 | 48187 | 230.52 | 230.52 |
| | 7/17/13 | 7/17/13 | 48189 | 98.40 | 98.40 |
| | | | | **667.32** | **667.32** |
| MI PUEBLO-#14 SEASIDE | 7/1/13 | 7/1/13 | 47760 | 295.20 | 295.20 |
| 1712 FREMONT BLVD | 7/1/13 | 7/1/13 | 47761 | 176.92 | 176.92 |
| SEASIDE | 7/15/13 | 7/15/13 | 48110 | 175.20 | 175.20 |
| | | | | **647.32** | **647.32** |
| MI PUEBLO- #20 GILROY | 7/8/13 | 7/8/13 | 47913 | 123.00 | 123.00 |
| 727 FIRST STREET | 7/15/13 | 7/15/13 | 48100 | 73.80 | 73.80 |
| GILROY | | | | **196.80** | **196.80** |
| MI PUEBLO #8- CROWS LANDING RD | 7/8/13 | 7/8/13 | 47907 | 286.95 | 286.95 |
| 1612 CROWS LANDING RD. | | | | **286.95** | **286.95** |
| MODESTO | | | | | |
| MI PUEBLO#6- WATSONVILLE | 7/1/13 | 7/1/13 | 47753 | 98.40 | 98.40 |
| 1437 FREEDOM BLVD. | 7/1/13 | 7/1/13 | 47754 | 214.15 | 214.15 |
| WATSONVILLE | 7/8/13 | 7/8/13 | 47914 | 73.80 | 73.80 |
| | 7/15/13 | 7/15/13 | 48103 | 73.80 | 73.80 |
| | | | | **460.15** | **460.15** |
| MI PUEBLO-#21 TRACY | 7/8/13 | 7/8/13 | MP- | 72.00 | 72.00 |
| 3225 N. TRACY BLVD. | 7/8/13 | 7/8/13 | MP-1 | 111.38 | 111.38 |
| TRACY | 7/8/13 | 7/8/13 | MP-2 | 147.60 | 147.60 |
| | | | | **330.98** | **330.98** |

Case: 13-53893    Doc# 114    Filed: 08/08/13    Entered: 08/08/13 12:31:22    Page 6 of 7

## MONTALVAN'S SALES, INC., Hayward, CA
### Invoice and Credit Memo Register
### For the Period From Jul 1, 2013 to Jul 21, 2013

| Name | Invoice Date | Delivery Date | Invoice/CM # | Amount | Amount Remainig |
|---|---|---|---|---|---|
| MI PUEBLO-#2 MOUNTAIN VIEW | 7/12/13 | 7/12/13 | 48055 | 147.60 | 147.60 |
| 40 S RENGSTORFF AVE | 7/19/13 | 7/19/13 | 48279 | 98.40 | 98.40 |
| MOUNTAIN VIEW | | | | 246.00 | 246.00 |
| | | | | | |
| MI PUEBLO-#3 JULIAN | 7/10/13 | 7/10/13 | 47993 | 73.80 | 73.80 |
| 235 E JULIAN STREET | 7/17/13 | 7/17/13 | 48207 | 73.80 | 73.80 |
| SAN JOSE | | | | 147.60 | 147.60 |
| | | | | | |
| MI PUEBLO-#4 STORY ROAD | 7/3/13 | 7/3/13 | 47847 | 196.80 | 196.80 |
| 1745 STORY ROAD | 7/17/13 | 7/17/13 | 48205 | 344.40 | 344.40 |
| SAN JOSE | | | | 541.20 | 541.20 |
| | | | | | |
| MI PUEBLO-#5 SALINAS | 7/1/13 | 7/1/13 | 47755 | 246.00 | 246.00 |
| 950 E. ALISAL STREET | | | | 246.00 | 246.00 |
| SALINAS | | | | | |
| | | | | | |
| MI PUEBLO-#11 HARDER | 7/5/13 | 7/5/13 | 47863 | 73.80 | 73.80 |
| 187 HARDER ROAD | 7/11/13 | 7/11/13 | 48002 | 73.80 | 73.80 |
| HAYWARD | 7/18/13 | 7/18/13 | 48233 | 49.20 | 49.20 |
| | | | | 196.80 | 196.80 |
| | | | | | |
| MI PUEBLO-#13 VALLEJO | 7/15/13 | 7/15/13 | 48118 | 98.40 | 98.40 |
| 2107 SOLANO AVE | | | | 98.40 | 98.40 |
| VALLEJO | | | | | |
| | | | | | |
| MI PUEBLO-#15 EAST PALO ALTO | 7/12/13 | 7/12/13 | 48053 | 196.80 | 196.80 |
| 1731 EAST BAYSHORE RD. | 7/19/13 | 7/19/13 | 48274 | 196.80 | 196.80 |
| EAST PALO ALTO | | | | 393.60 | 393.60 |
| | | | | | |
| MI PUEBLO-#18 MCLAUGHLIN AVE | 7/3/13 | 7/3/13 | 47844 | 73.80 | 73.80 |
| 515 MCLAUGHLIN AVE | 7/10/13 | 7/10/13 | 47985 | 73.80 | 73.80 |
| SAN JOSE | 7/17/13 | 7/17/13 | 48204 | 98.40 | 98.40 |
| | | | | 246.00 | 246.00 |
| | | | Total | 13,105.74 | 13,105.74 |

Case: 13-53893  Doc# 114  Filed: 08/08/13  Entered: 08/08/13 12:31:22  Page 7 of 7