| | |
|---|---|
| 1 | ERIC D. GOLDBERG (STATE BAR NO. 157544) |
| | GABRIEL I. GLAZER (STATE BAR NO. 246384) |
| 2 | DANIELLE A. PHAM (STATE BAR NO. 269915) |
| | STUTMAN, TREISTER & GLATT |
| 3 | PROFESSIONAL CORPORATION |
| | 1901 Avenue of the Stars, 12th Floor |
| 4 | Los Angeles, CA 90067 |

Telephone: (310) 228-5600
Telecopy: (310) 228-5788
Email: egoldberg@stutman.com; gglazer@stutman.com;
dpham@stutman.com

Proposed Counsel For Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re | Case No. 13-53893-ASW |
| MI PUEBLO SAN JOSE, INC. | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS** |

PLEASE enter the appearance of ERIC D. GOLDBERG of the firm STUTMAN, TREISTER & GLATT P.C. pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") as proposed Counsel for the Official Committee of Unsecured Creditors of Mi Pueblo San Jose, Inc. ("Committee"). As a party in interest and pursuant to Bankruptcy Rule 2002 and §1109(b) of the Bankruptcy Code 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), the Committee requests that all notices given or required to be given in this case be given to and served upon the undersigned as follows:

| | |
|---|---|
| 1 | |
| 2 | Eric D. Goldberg, Esq.<br>Stutman, Treister & Glatt Professional Corporation |
| 3 | 1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 |
| 4 | Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788 |
| 5 | egoldberg@stutman.com |

The Committee also requests that the foregoing addresses be added to the official mailing matrix maintained in this case by the Clerk of the Court.

Please take further notice that pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and appearance referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, which affects or seeks to affect in any way the rights or interest of parties in interest in this case.

DATED August 12, 2013                    Respectfully submitted,

   */s/ Eric D. Goldberg*  _____
   ERIC D. GOLDBERG,
   GABRIEL I. GLAZER, and
   DANIELLE A. PHAM, Members of
   STUTMAN, TREISTER & GLATT PC
   1901 Avenue of the Stars, 12th Floor
   Los Angeles, California  90067
   Telephone: (310) 228-5600
   Facsimile: (310) 228-5788
   *Proposed Counsel for the Official Committee of Unsecured Creditors*

2

# CERTIFICATE OF SERVICE

I, Kendra A. Johnson, declare:

I am over the age of eighteen years and not a party to the within action. I am employed in an office that employs a member of the bar of this Court, at whose direction the within service was made. My business address is 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

On August 12, 2013, I served the following document:

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

on the person and/or entities indicated on the attached service list at the last known address, as set forth in Exhibit 1, by placing true and correct copies thereof in a sealed envelope in the United States Mail, first class, unless otherwise indicated, postage prepaid.

The document was also served by the Court Via Notice of Electronic Filing on August 12, 2013 at the email addresses listed on Exhibit 2:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 12, 2013 at Los Angeles, California.

/s/ Kendra A. Johnson
Kendra A. Johnson

Exhibit 1

Judge Arthur S. Weissbrodt
c/o Brook Esparza
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

**Exhibit 2**

Heinz Binder on behalf of Debtor Mi Pueblo San Jose, Inc.
heinz@bindermalter.com

Nicolas De Lancie on behalf of Creditor Wells Fargo Bank, N.A.
ndelancie@jmbm.com

Gary B. Elmer on behalf of Creditor Bar-S Foods Company
gelmer@ciardilaw.com

Joseph D. Frank on behalf of Requestor Bottling Group, LLC, operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company
jfrank@fgllp.com

Marcia E. Gerston on behalf of Requestor Pacific Meat Company
mgerston@greenfieldsullivan.com, channon@greenfieldsullivan.com

Bernard S. Greenfield on behalf of Requestor Pacific Meat Company
bgreenfield@greenfieldsullivan.com

Maureen A. Harrington on behalf of Creditor Marquez Brothers International, Inc.
mharrington@greenfieldsullivan.com, JHolowich@greenfieldsullivan.com

Robert G. Harris on behalf of Debtor Mi Pueblo San Jose, Inc.
rob@bindermalter.com

Sheri M. Kanesaka on behalf of Requestor Viz Cattle Corporation
skanesaka@AlvaradoSmith.com

Robert B. Kaplan on behalf of Requestor Wells Fargo Bank, N.A.
rbk@jmbm.com

Robert F. Kidd on behalf of Creditor NUCP Turlock, LLC
robert@donahue.com

Steven Koch on behalf of Requestor Horizon Marketing
smk@tularecountylaw.com

William Thomas Lewis on behalf of Debtor Mi Pueblo San Jose, Inc.
wtl@roblewlaw.com, kimwrenn@msn.com

William Thomas Lewis on behalf of Spec. Counsel William Thomas Lewis
wtl@roblewlaw.com, kimwrenn@msn.com

Daniel A. McDaniel on behalf of Requestor George Perry & Sons, Inc.
damplc@pacbell.net, ngmplcs@pacbell.net

Robert S. McWhorter on behalf of Creditor Tony's Fine Foods
rmcwhorter@nossaman.com, dbardon@nossaman.com

Lawrence H. Meuers on behalf of Requestor CDS Distributing, Inc.
lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com

Lawrence H. Meuers on behalf of Requestor Charlie's Enterprises, Inc. d/b/a OK Produce
lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com

Raymond R. Miller on behalf of Interested Party Raymond R. Miller

5

| | |
|---|---|
| 1 | raymillerecf@gmail.com, lincolnlaw.hayward.rrm@gmail.com |
| 2 | Office of the U.S. Trustee / SJ<br>USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com |
| 3 | |
| 4 | Paul J. Pascuzzi on behalf of Requestor Cha Cha Enterprises, LLC<br>ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com |
| 5 | Marion I. Quesenbery on behalf of Requestor Index Fresh Inc<br>marion@rjlaw.com |
| 6 | |
| 7 | David B. Rao on behalf of Debtor Mi Pueblo San Jose, Inc.<br>David@bindermalter.com |
| 8 | Robert L. Rentto on behalf of Requestor Travelers Express Company, Inc.<br>rentto@sbcglobal.net, drentto@yahoo.com |
| 9 | Michael B. Reynolds on behalf of Requestor RM Produce Corporation<br>mreynolds@swlaw.com, kcollins@swlaw.com |
| 10 | |
| 11 | Roya Shakoori on behalf of Debtor Mi Pueblo San Jose, Inc.<br>roya@bindermalter.com |
| 12 | William Shepard on behalf of Requestor Overra Associates II, LLC<br>wss@msrlegal.com |
| 13 | |
| 14 | Martha J. Simon on behalf of Requestor Progreso Financiero<br>mjsimon@mjsimonlaw.com, mjsecf@gmail.com |
| 15 | Wendy W. Smith on behalf of Debtor Mi Pueblo San Jose, Inc.<br>Wendy@bindermalter.com |
| 16 | |
| 17 | Judy C. Tsai on behalf of Requestor Bay Area Seafood, Inc.<br>judy@judytsai.com, vaishali@judytsai.com |
| 18 | Michael A. Wallin on behalf of Requestor Barcel USA, LLC<br>mwallin@sheppardmullin.com, mmanns@sheppardmullin.com |
| 19 | Kaipo K.B. Young on behalf of Requestor Edulis, Inc.<br>KYoung@BL-Plaw.com |
| 20 | |

575701v2　　Case: 13-53893    Doc# 120    Filed: 08/12/13    Entered: 08/12/13 15:08:10    Page 6 of 6