BERNARD S. GREENFIELD (SBN 066017)
MARCIA E. GERSTON (SBN 119026)
MAUREEN A. HARRINGTON (SBN 194606)
GREENFIELD SULLIVAN DRAA & HARRINGTON LLP
55 South Market Street, Suite 1500
San Jose, CA 95113
Tel: (408) 995-5600
Fax: (408) 995-0308
Email: bgreenfield@greenfieldsulllivan.com
     mgerston@greenfieldsullivan.com
     mharrington@greenfieldsullivan.com

Attorneys for Creditor
Pacific Meat Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | Case No. 13-53893<br>Chapter 11 |
|---|---|
| MI PUEBLO SAN JOSE, INC.,<br><br>Debtor. | NOTICE OF HEARING ON:<br><br>1) APPLICATION BY PACIFIC MEAT COMPANY FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE UNDER BANKRUPTCY CODE §503(b)(9);<br><br>2) WELLS FARGO BANK'S OPPOSITION THERETO; AND<br><br>3) OPPORTUNITY FOR HEARING BY OTHER PARTIES ON SAID APPLICATION<br><br>Reserved Hearing<br>Date: September 10, 2013<br>Time: 3:00 p.m.<br>Court: Arthur S. Weissbrodt |

Page 1
Notice of Hearing on Application By Pacific Meat Company For Allowance And Payment Of Chapter 11 Administrative Expense Under Bankruptcy Code §503(B)(9); Wells Fargo Bank's Opposition Thereto; And Opportunity For Hearing by Other Parties

Case: 13-53893    Doc# 127    Filed: 08/12/13    Entered: 08/12/13 17:06:40    Page 1 of 3

Please take notice that, pursuant to 11 U.S.C. §503(b)(9), that Gaukel Enterprises, Inc. d/b/a Pacific Meat Company ("Pacific Meat"), creditor in the above-captioned case, filed an Application for Allowance and Payment of Chapter 11 Administrative Expense under Bankruptcy Code §503(b)(9) ("Application") in this matter on August 7, 2013. (The complete Application is available for inspection through the electronic docket, at the Office of the Clerk at the U.S. Courthouse, 280 S. First Street, Room 3035, San Jose, CA 95113, or by contacting the undersigned.)

The Application has been served electronically on Wells Fargo Bank ("WFB") and, more than three days prior thereto, the Debtor delivered to WFB a "Claim Package", as set forth in Paragraph 6 of the AMENDED Order (I) Granting Administrative Expense Status to Debtor's Undisputed Obligations to Vendors Arising from Post-Petition Delivery of Goods Ordered Pre-Petition and Authorizing Debtor to Pay Such Obligations in the Ordinary Course of Business; (II) Authorizing Payment for Goods Received Within Twenty Days of Filing and Establishing Administrative Claims Bar Date for Section 503(b)(9) Claims; and (III) Establishing Procedures and to Allow Claims of Perishable Agricultural Commodities Act and Packers and Stockyard Act Claimants (the "Amended Order").

The Amended Order provides that WFB shall have three business days after the date of receipt of the Claim Package to review the documentation and, if WFB objects to payment of Pacific Meat's claim and WFB and the parties are unable to resolve the objection through negotiation, the Debtor shall set a hearing on not less than 20 days notice, with a briefing schedule as set forth in Paragraph 6 of the Amended Order. WFB filed an Opposition to the Application after the expiration of the time set forth in the Order. WFB has not responded to Pacific Meat's request to withdraw the Opposition, a copy of which is attached hereto. Pacific Meat hereby requests that the Debtor set a hearing on the Application on September 10, 2013

Page 2
Notice of Hearing on Application By Pacific Meat Company For Allowance And Payment Of Chapter 11 Administrative Expense Under Bankruptcy Code §503(B)(9); Wells Fargo Bank's Opposition Thereto; And Opportunity For Hearing by Other Parties

Case: 13-53893  Doc# 127  Filed: 08/12/13  Entered: 08/12/13 17:06:40  Page 2 of 3

at 3:00 p.m.

      Any other party or person wishing to object to Pacific Meat's Application should follow the procedures of Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California by: a) filing a written objection within 21 days from the mailing of this notice; and b) serving a copy of the request or objection upon Pacific Meat, the debtor's counsel, counsel for the unsecured creditors committee, counsel for Wells Fargo Bank and the United States Trustee. Any such request for hearing or objection must be accompanied by any declarations or memoranda of law the requesting or objecting party wishes to present in support of its position. If such a request or objection is timely filed, the hearing on said request or objection will also take place on September 10, 2013 at 3:00 p.m. or, if necessary, a later date, on at least seven days written notice.

                                    Respectfully submitted,

Dated: August 12, 2013            GREENFIELD SULLIVAN DRAA
                                            & HARRINGTON LLP

                                     By: */s/ Marcia E. Gerston*
                                         Marcia E. Gerston
                                         Attorneys for Creditor
                                         Pacific Meat Company

Page 3
Notice of Hearing on Application By Pacific Meat Company For Allowance And Payment Of Chapter 11 Administrative Expense Under Bankruptcy Code §503(B)(9); Wells Fargo Bank's Opposition Thereto; And Opportunity For Hearing by Other Parties

Case: 13-53893   Doc# 127   Filed: 08/12/13   Entered: 08/12/13 17:06:40   Page 3 of 3