1  EDWINA E. DOWELL, # 149059
   Assistant U.S. Trustee
2  JOHN S. WESOLOWSKI, # 127007
   EMILY S. KELLER, #264983
3  Office of the United States Trustee
   U. S. Department of Justice
4  280 S. First Street, Suite 268
   San Jose, CA 95113-0002
5  Telephone:  (408) 535-5525
   Fax:          (408) 535-5532
6

7  Attorneys for August B. Landis
   Acting United States Trustee for Region 17
8

9              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF CALIFORNIA
10

   In re:                                        Case No. 13-53893 ASW
11
   MI PUEBLO SAN JOSE, INC.,                     Chapter 11
12
                              Debtor.
13

14     **APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

15          Pursuant to sections 1102(a) and 1102(b)(1) of the Bankruptcy Code, the following

16  creditors of the above-named debtor being among those holding the largest unsecured claims (or

17  who are members of a committee organized by creditors before the order of relief under Chapter

18  11 of the Bankruptcy Code which was fairly chosen and is representative of the different kinds of

19  claims to be represented) and who are willing to serve, are appointed to the committee of

20  unsecured creditors:

21      1.  Yosemite Meat Company
            Attention:  Johnnie Lau, CEO
22          P. O. Box 580008
            Modesto, CA  95358            Phone:  (209) 524-5117
23
        2.  Seacatch Market Fresh Advantage
24          Attention:  Zosimo A. Regal, CFO
            710 Epperson Drive
25          City of Industry, CA  91748    Phone:  (626) 626-4900

26      3.  La Rosa Tortilla Factory, Inc.
            Attention:  Jimmie D. Hicks, CFO
27          142 Second St.
            Watsonville, CA  95076        Phone:  (831)728-5332

28  / / /

APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4. Marquez Brothers International, Inc.
   Attention:  David Villanueva, CFO
   5801 Rue Ferrari
   San Jose, CA  95138-1857          Phone:  (408) 960-2700

5. PepsiCo, Inc.
   Attention:  Chad New, National Credit Manager
   1100 Reynolds Blvd.
   Winston-Salem, NC  27105          Phone:  (336) 896-5781

6. National Security Guard/
   National Security Industries & Services
   Attention:  Michael Gerami, President
   940 Park Avenue
   San Jose, CA  95126              Phone:  (408) 371-6505

7. The Coca-Cola Company
   Attention:  William Kaye, Senior Bankruptcy Advisor
   P. O. Box 1734, Nat 2008 Mail Stop
   Atlanta, GA  30313              Phone:  (414)676-4150

Date:  August 14, 2013            Respectfully submitted,


                         By:     _/s/  Emily S. Keller_
                                 Emily S. Keller
                                 Attorney for United States Trustee