Form DCLM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Mi Pueblo San Jose, Inc.<br>   dba   Mi Pueblo Food Center<br>   fdba  Mi Pueblo Downtown, Inc.<br>   fdba  Mi Pueblo Mountain View, Inc.<br>       Debtor(s) | Case No.: 13–53893 ASW 11<br>Chapter: 11 |

## NOTICE OF DEFECTIVE CM/ECF PROOF OF CLAIM FILED ELECTRONICALLY

**NOTICE.** Claim Number 15 filed electronically in this case on 8/15/2013 by Montalvan's Sales, Inc. is defective for the reason(s) marked below:

☐ Claim PDF Unreadable

☒ Wrong PDF Attached

☐ Creditor Name Listed in PDF Does Not Match Creditor selected on Claims Register

☐ Claim Docketed on Wrong Case

☐ Other

This notice is provided as a courtesy only and does not constitute a ruling by the bankruptcy court.

Dated: 8/16/13

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court