Caren Rocha
LA FINCA TORTILLERIA, INC.
909 King Street
Oakland, CA 94606
Telephone: 510/261-6600

In Pro Se



FILED

AUG 2 0 2013

CLERK
United States Bankruptcy Court
San Jose, California

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

In re:

Mi Pueblo San Jose, Inc.,

                Debtor.

Case No.: 13-53893

Chapter 11

**APPLICATION OF LA FINCA TORTILLERIA, INC. FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE UNDER BANKRUPTCY CODE §503(B)(9)**

    1.      La Finca Tortilleria, Inc. ("La Finca") was a supplier of goods to Mi Pueblo San Jose, Inc. (the "Debtor") prior to the commencement of the Debtor's bankruptcy proceedings.

    2.      On July 22, 2013 (the "Petition Date"), the Debtor commenced the above-captioned case by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.* (the "Bankruptcy Code").

    3.      Priority to the Petition Date, La Finca supplied goods to the Debtor on an open account.

    4.      Pursuant to Bankruptcy Code §503(b)(9), administrative expenses "shall be allowed" for "the value" of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which goods have been sold to the debtor in the ordinary course of such debtor's business."

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:270222.1 68700/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

5. Within 20 days prior to the Petition Date, the Debtor received goods from La Finca, which La Finca sold to the Debtor in the ordinary course of the Debtor's business, with an aggregate value of $24,903.90. The invoices supporting the goods delivered to the Debtor and the amounts owed thereunder are attached hereto as **Exhibit "A"**.

6. La Finca has not been paid any of the amounts set forth in **Exhibit "A"**.

7. By this request, and pursuant to Bankruptcy Code §503(b)(9), La Finca seeks allowance of a Chapter 11 administrative expense claim in the amount of $24,903.90, to be paid pursuant to the provisions of the Bankruptcy Code and the *Order (I) Granting Administrative Expense Status to Debtor's Undisputed Obligations to Vendors Arising from Post-Petition Delivery of Goods Ordered Prep-Petition and Authorizing Debtor to Pay Such Obligations in the Ordinary Court of Business; (II) Authorizing Payment for goods Received Within Twenty Days of Filing and Establishing Administrative Claims Bar Date for Section 503(b)(9) Claims; and (III) Establishing Procedures to Allow Claims of Perishable Agricultural Commodities Act and Packers and Stockyard Act Claimants* (the "Administrative Claims Order").

WHEREFORE, La Finca respectfully requests that the Court enter an Order (A) allowing La Finca a Chapter 11 administrative expense claim in the amount of $24,903.90; (B) ordering the Debtor to pay such allowed administrative expense immediately as an undisputed claim pursuant to the provisions of the Bankruptcy Code and the Administrative Claims Order; and (C) granting La Finca such other and further relief as the Court deems appropriate.

Dated: August __, 2013          LA FINCA TORTILLERIA, INC.


                                By: _____
                                    Caren Rocha
                                    Its: Financial Manager

DOCS_LA:270222.1 68700/001

# EXHIBIT A

1

DOCS_LA:270222.1 68700/001

| Name | Totals |
| --- | --- |
| Date of sales 07/02/2013-07/22/2013 | |
| Mi Pueblo Food Center # 1 | $2,922.85 |
| Mi Pueblo Food Center # 2 | $2,214.65 |
| Mi Pueblo Food Center # 4 | $932.00 |
| Mi Pueblo Food Center # 10 | $9,398.05 |
| Mi Pueblo Food Center # 11 | $3,096.65 |
| Mi Pueblo Food Center # 13 | $1,128.05 |
| Mi Pueblo Food Center # 15 | $2,052.65 |
| Mi Pueblo Food Center #19 | $1,598.75 |
| Mi Pueblo Food Center # 21 | $1,560.25 |
| **Grand Total of all stores** | **$24,903.90** |

# LA FINCA TORTILLERIA,INC.
## Customer Open Balance
### July 2 - 22, 2013

| Type | Date | Num | Open Balance | Amount |
|------|------|-----|-------------:|-------:|
| **MI PUEBLO FOOD CENTER # 1** | | | | |
| Invoice | 7/2/2013 | 105183303 | 109.20 | 109.20 |
| Invoice | 7/3/2013 | 107184302 | 170.75 | 170.75 |
| Invoice | 7/4/2013 | 108185302 | 198.15 | 198.15 |
| Invoice | 7/5/2013 | 107186301 | 154.15 | 154.15 |
| Invoice | 7/6/2013 | 108187303 | 227.80 | 227.80 |
| Invoice | 7/7/2013 | 107188303 | 147.95 | 147.95 |
| Invoice | 7/8/2013 | 112189303 | 142.00 | 142.00 |
| Invoice | 7/10/2013 | 103191302 | 143.45 | 143.45 |
| Invoice | 7/11/2013 | 108192306 | 127.70 | 127.70 |
| Invoice | 7/12/2013 | 103193301 | 128.50 | 128.50 |
| Invoice | 7/13/2013 | 108194303 | 246.10 | 246.10 |
| Invoice | 7/14/2013 | 107195303 | 117.35 | 117.35 |
| Invoice | 7/15/2013 | 108196302 | 129.95 | 129.95 |
| Invoice | 7/17/2013 | 103198302 | 150.85 | 150.85 |
| Credit Memo | 7/17/2013 | 103198303 | -15.00 | -15.00 |
| Invoice | 7/18/2013 | 108199308 | 203.85 | 203.85 |
| Invoice | 7/20/2013 | 108201304 | 214.30 | 214.30 |
| Invoice | 7/21/2013 | 107202303 | 156.50 | 156.50 |
| Invoice | 7/22/2013 | 108203302 | 169.30 | 169.30 |
| Total MI PUEBLO FOOD CENTER # 1 | | | 2,922.85 | 2,922.85 |
| **TOTAL** | | | 2,922.85 | 2,922.85 |

Case: 13-53893    Doc# 148    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 5 of 25



# La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**105183303** ✓

| INVOICE | |
|---|---|
| Customer Number<br>800003C7-1258394813 | Completed<br>7/2/2013 |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| Contact<br> 510-300-0160 | Route #<br>**ROUTE REDWOOD**    Sales Person<br>**Salvador Morales** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 48 | $1.90 | $91.20 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |

Item count: 56

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $109.20 |
| **TAX** | $0.00 |
| **TOTAL** | $109.20 |

Signed by: 7



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $109.20 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**107184302** ✓

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/3/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| Contact<br>**510-300-0160** | Route #<br>**ROUTE REDWOOD** | Sales Person<br>**Alejandro Jacobo** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 60 | $1.90 | $114.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |

Item count: 91

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $170.75 |
| **TAX** | $0.00 |
| **TOTAL** | $170.75 |

Signed by: 7



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $170.75 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108185302** ✓

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/4/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |

| Contact<br>**510-300-0160** | Route #<br>**ROUTE TRACY** | Sales Person<br>**Walter Barahona** |
|---|---|---|

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 84 | $1.90 | $159.60 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 7 | $2.25 | $15.75 |

Item count: 103

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $198.15 |
| TAX | $0.00 |
| TOTAL | $198.15 |

Signed by: 7



| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| BALANCE DUE | $198.15 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**108187303**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/6/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| Contact<br>**510-300-0160** | Route #<br>**ROUTE TRACY** ⟨ Sales Person<br>**Walter Barahona** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 84 | $1.90 | $159.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 22 | $1.45 | $31.90 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |

Item count: 124

Signed by: 7





| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $227.80 |
| **TAX** | $0.00 |
| **TOTAL** | $227.80 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $227.80 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**107188303**

| | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/7/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| Contact<br> **510-300-0160** | Route #<br>**ROUTE SL** — Sales Person<br>**Emilio Mendoza** |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 48 | $1.90 | $91.20 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |

Item count: 79

Signed by: 7





| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $147.95 |
| **TAX** | $0.00 |
| **TOTAL** | $147.95 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref. Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $147.95 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**112189303**

| INVOICE | |
|---|---|
| **Customer Number**<br>**800003C7-1258394813** | **Completed**<br>7/8/2013 |
| **Billing Address**<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | **Shipping Address**<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| **Contact**<br>**510-300-0160** | **Route #**<br>**LOCAL** | **Sales Person**<br>**Gonzalo Sanchez** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 60 | $1.90 | $114.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 10 | $1.45 | $14.50 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |

Item count: 76



| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $142.00 |
| **TAX** | $0.00 |
| **TOTAL** | $142.00 |

Signed by: 4



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $142.00 |





**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**103191302**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/10/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |

| Contact<br>**510-300-0160** | Route #<br>**ROUTE MISC** | Sales Person<br>**Esgar Sanchez** |
|---|---|---|

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 36 | $1.90 | $68.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |

Item count: 77



| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $143.45 |
| **TAX** | $0.00 |
| **TOTAL** | $143.45 |

Signed by: jaime





| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $143.45 |

Case: 13-53893    Doc# 148    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 12 of 25



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108192306**

| INVOICE | |
|---|---|
| Customer Number<br>800003C7-1258394813 | Completed<br>7/11/2013 |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| Contact<br>**510-300-0160** | Route #<br>**ROUTE TRACY**     Sales Person<br>**Walter Barahona** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 54 | $1.90 | $102.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 8 | $1.45 | $11.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |

Item count: 68

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $127.70 |
| **TAX** | $0.00 |
| **TOTAL** | $127.70 |

Signed by: 7



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $127.70 |



# La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/12/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| Contact<br>**510-300-0160** | Route #<br>**ROUTE MISC** / Sales Person<br>**Esgar Sanchez** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 48 | $1.90 | $91.20 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 10 | $1.45 | $14.50 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |

Item count: 70

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $128.50 |
| **TAX** | $0.00 |
| **TOTAL** | $128.50 |

Signed by: 4



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $128.50 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108194303**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/13/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |

| Contact<br>**510-300-0160** | Route #<br>**ROUTE TRACY** | Sales Person<br>**Walter Barahona** |
|---|---|---|

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 84 | $1.90 | $159.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 22 | $1.45 | $31.90 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 4 | $2.25 | $9.00 |

Item count: 134

Signed by: 7



| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $246.10 |
| **TAX** | $0.00 |
| **TOTAL** | $246.10 |



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref. Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $246.10 |





**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**107195303**

| INVOICE | |
|---|---|
| Customer Number<br>800003C7-1258394813 | Completed<br>7/14/2013 |
| Billing Address<br>MI PUEBLO FOOD CENTER # 1<br>MI PUEBLO FOOD CENTER # 1<br>P.O.BOX 3288<br>SAN JOSE, CA 95156 | Shipping Address<br>MI PUEBLO FOOD CENTER # 1<br>MI PUEBLO FOOD CENTER # 1<br>20812 HESPERIAN BLVD.<br>HAYWARD, CA 94541 |

| Contact<br>510-300-0160 | Route #<br>ROUTE SL | Sales Person<br>Emilio Mendoza |
|---|---|---|

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 36 | $1.90 | $68.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 3 | $5.00 | $15.00 |

Item count: 58

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $117.35 |
| TAX | $0.00 |
| **TOTAL** | $117.35 |

Signed by: 7



| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | $117.35 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108196302**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/15/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| Contact<br>**510-300-0160** | Route #<br>**ROUTE TRACY**    Sales Person<br>**Walter Barahona** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 60 | $1.90 | $114.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |

Item count: 71

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $129.95 |
| **TAX** | $0.00 |
| **TOTAL** | $129.95 |

Signed by: 4



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $129.95 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
103198303

| RETURN | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/17/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1<br>MI PUEBLO FOOD CENTER # 1<br>P.O.BOX 3288<br>SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1<br>MI PUEBLO FOOD CENTER # 1<br>20812 HESPERIAN BLVD.<br>HAYWARD, CA 94541** |

| Contact<br>**510-300-0160** | Route #<br>**ROUTE MISC** | Sales Person<br>**Esgar Sanchez** |
|---|---|---|

| ITEMS | | | | | |
|---|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 112:112-1 | Masa Preparada-( 5lbs) bls | -3 | $5.00 | ($15.00) |

Item count: -3

Signed by: jaime

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | ($15.00) |
| **TAX** | $0.00 |
| **TOTAL** | ($15.00) |



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | ($15.00) |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**103198302**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/17/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |

| Contact<br>**510-300-0160** | Route #<br>**ROUTE MISC** | Sales Person<br>**Esgar Sanchez** |
|---|---|---|

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 47 | $1.90 | $89.30 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |

Item count: 82



| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $150.85 |
| **TAX** | $0.00 |
| **TOTAL** | $150.85 |

Signed by: jaime



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $150.85 |



## La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
## 108199308

| INVOICE | |
|---|---|
| **Customer Number**<br>**800003C7-1258394813** | **Completed**<br>7/18/2013 |
| **Billing Address**<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | **Shipping Address**<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |

| Contact<br>**510-300-0160** | Route #<br>**ROUTE TRACY** | Sales Person<br>**Walter Barahona** |
|---|---|---|

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 90 | $1.90 | $171.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 8 | $1.45 | $11.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 5 | $2.25 | $11.25 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 2 | $5.00 | $10.00 |

Item count: 105

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $203.85 |
| **TAX** | $0.00 |
| **TOTAL** | $203.85 |

Signed by: 7



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $203.85 |



## La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/20/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| Contact<br>**510-300-0160** | Route #<br>**ROUTE TRACY**  Sales Person<br>**Walter Barahona** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 84 | $1.90 | $159.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 22 | $1.45 | $31.90 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |

Item count: 118

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $214.30 |
| **TAX** | $0.00 |
| **TOTAL** | $214.30 |

Signed by: 7



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $214.30 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**107202303**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/21/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| Contact<br>**510-300-0160** | Route #<br>**ROUTE SL**    Sales Person<br>**Emilio Mendoza** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 41 | $1.90 | $77.90 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 3 | $5.00 | $15.00 |

Item count: 76

Signed by: 7

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $156.50 |
| TAX | $0.00 |
| **TOTAL** | $156.50 |

| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | $156.50 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108203302**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C7-1258394813** | Completed<br>**7/22/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER # 1**<br>**MI PUEBLO FOOD CENTER # 1**<br>**20812 HESPERIAN BLVD.**<br>**HAYWARD, CA 94541** |
| Contact<br>**510-300-0160** | Route #<br>**ROUTE TRACY**    Sales Person<br>**Walter Barahona** |



| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 72 | $1.90 | $136.80 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 10 | $1.45 | $14.50 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |

Item count: 90

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $169.30 |
| **TAX** | $0.00 |
| **TOTAL** | $169.30 |

Signed by: 4



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $169.30 |

# LA FINCA TORTILLERIA, INC.
## Customer Open Balance
### July 2 - 22, 2013

| Type | Date | Num | Open Balance | Amount |
|------|------|-----|-------------:|-------:|
| **MI PUEBLO FOOD CENTER # 2** | | | | |
| Invoice | 7/2/2013 | 852399 | 148.20 | 148.20 |
| Invoice | 7/3/2013 | 849335 | 159.60 | 159.60 |
| Invoice | 7/5/2013 | 849339 | 126.60 | 126.60 |
| Invoice | 7/6/2013 | 849341 | 159.60 | 159.60 |
| Invoice | 7/8/2013 | 849345 | 178.60 | 178.60 |
| Invoice | 7/10/2013 | 849350 | 91.20 | 91.20 |
| Invoice | 7/11/2013 | 850301 | 168.00 | 168.00 |
| Invoice | 7/12/2013 | 850306 | 181.20 | 181.20 |
| Invoice | 7/13/2013 | 850308 | 91.20 | 91.20 |
| Invoice | 7/15/2013 | 850310 | 240.60 | 240.60 |
| Invoice | 7/16/2013 | 850313 | 184.35 | 184.35 |
| Invoice | 7/17/2013 | 850316 | 134.90 | 134.90 |
| Invoice | 7/20/2013 | 850320 | 183.80 | 183.80 |
| Invoice | 7/22/2013 | 850324 | 166.80 | 166.80 |
| Total MI PUEBLO FOOD CENTER # 2 | | | 2,214.65 | 2,214.65 |
| **TOTAL** | | | 2,214.65 | 2,214.65 |

Case: 13-53893    Doc# 148    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 24 of
25

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

*Mi Pueblo #2 7/3/13*

| DESCRIPTION | AMOUNT |
|---|---|
| 84 pkg Corn Tortilla 5 doz. | 158 00 |
| pkg Tortilla Taquito | |
| pkg White Corn Tortilla | |
| pkg Corn Tortilla Chips | |
| pkg Corn Tortilla Chips (pre-cut) | |
| pkg F#6 press | |
| pkg F#8 press | |
| pkg F#10 press | |
| pkg F#12 press | |
| pkg F#14 press | |
| lbs Corn Chips | |
| pkg Tostada Caseras | |
| lbs M/T  M/T/NP  M/T/P | |

**THANK YOU**

849335

All claims and returned goods
MUST be accompanied by this bill.

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

*Mi Pueblo #2 7/2/13*

| DESCRIPTION | AMOUNT |
|---|---|
| 48 pkg Corn Tortilla 5 doz. | 91 20 |
| pkg Tortilla Taquito | |
| pkg White Corn Tortilla | |
| pkg Corn Tortilla Chips | |
| pkg Corn Tortilla Chips (pre-cut) | |
| pkg F#6 press | |
| pkg F#8 press | |
| pkg F#10 press | |
| pkg F#12 press | |
| pkg F#14 press | |
| lbs Corn Chips | |
| pkg Tostada Caseras | |
| 12x3 lbs M/T  M/T/NP  M/T/P | 270 |
| 6x3 M/t/p | 30 |

**TOTAL**  **THANK YOU**

852399

All claims and returned goods
MUST be accompanied by this bill.



849339