**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street ▪ Oakland, CA 94606
Tel: (510) 261-6600 ▪ Fax: (510) 261-6603

| DESCRIPTION | AMOUNT |
|---|---|
| 84 pkg Corn Tortilla 5 doz. | 159 60 |
| pkg Tortilla Taquito | |
| pkg White Corn Tortilla | |
| pkg Corn Tortilla Chips | |
| pkg Corn Tortilla Chips (pre-cut) | |
| pkg F#6 press | |
| pkg F#8 press | |
| pkg F#10 press | |
| pkg F#12 press | |
| pkg F#14 press | |
| lbs Corn Chips | |
| 10 pkg Tostada Caseras | 19 — |
| lbs M/T  M/T/NP  M/T/P | |

TOTAL **THANK YOU**

849345

All claims and returned goods
MUST be accompanied by this bill.

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street ▪ Oakland, CA 94606
Tel: (510) 261-6600 ▪ Fax: (510) 261-6603

| DESCRIPTION | AMOUNT |
|---|---|
| 84 pkg Corn Tortilla 5 doz. | 159 60 |
| pkg Tortilla Taquito | |
| pkg White Corn Tortilla | |
| pkg Corn Tortilla Chips | |
| pkg Corn Tortilla Chips (pre-cut) | |
| pkg F#6 press | |
| pkg F#8 press | |
| pkg F#10 press | |
| pkg F#12 press | |
| pkg F#14 press | |
| lbs Corn Chips | |
| pkg Tostada Caseras | |
| lbs M/T  M/T/NP  M/T/P | |

TOTAL **THANK YOU**

849341

All claims and returned goods
MUST be accompanied by this bill.

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street ▪ Oakland, CA 94606
Tel: (510) 261-6600 ▪ Fax: (510) 261-6603

| DESCRIPTION | AMOUNT |
|---|---|
| pkg Corn Tortilla 5 doz. | |
| pkg Tortilla Taquito | |
| pkg White Corn Tortilla | |
| pkg Corn Tortilla Chips | |
| pkg Corn Tortilla Chips (pre-cut) | |
| pkg F#6 press | |
| pkg F#8 press | |
| pkg F#10 press | |
| pkg F#12 press | |
| pkg F#14 press | |
| lbs Corn Chips | |
| pkg Tostada Caseras | |
| lbs M/T  M/T/NP  M/T/P | |

TOTAL **THANK YOU**

849350

All claims and returned goods
MUST be accompanied by this bill.



**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #2 7/12/13

| DESCRIPTION | | AMOUNT |
|---|---|---|
| 48 | pkg Corn Tortilla 5 doz. | 91 20 |
| | pkg Tortilla Taquito | |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| | pkg Tostada Caseras | |
| 18x3 | lbs M/T M/T/NP M/T/P | 90 |

66

850306

All claims and returned goods
MUST be accompanied by this bill.

THANK YOU

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #2 7/11/13

| DESCRIPTION | | AMOUNT |
|---|---|---|
| 60 | pkg Corn Tortilla 5 doz. | 114 |
| | pkg Tortilla Taquito | |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| | pkg Tostada Caseras | |
| 24x3 | lbs M/T M/T/NP M/T/P | 54 |

TOTAL

850301

All claims and returned goods
MUST be accompanied by this bill.

THANK YOU

---

850308

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #2 7/13/13

All claims and returned goods
MUST be accompanied by this bill.

THANK YOU

## LA FINCA TORTILLERIA
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

*Mi Pueblo #4  7/15/13*

| | | |
|---|---|---|
| 5 | pkg Corn Tortilla 5 doz. | 108 20 |
| 21 | pkg Tortilla Taquito | 30 45 |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| 24 | lbs Corn Chips | 45 6 |
| | pkg Tostada Caseras | |
| | lbs M/T  M/T/NP  M/T/P | |

(102)

Recd. by  7/15/13

TOTAL $184.35

THANK YOU

850313

All claims and returned goods
MUST be accompanied by this bill.

---

## LA FINCA TORTILLERIA
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

*Mi Pueblo #2  7/15/13 -*

| | | |
|---|---|---|
| 84 | pkg Corn Tortilla 5 doz. | 1386 4 |
| | pkg Tortilla Taquito | |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| | pkg Tostada Caseras | |
| 36 | lbs M/T  M/T/NP  M/T/P | 81 - |

(120)

TOTAL $1,206.60

THANK YOU

850310

All claims and returned goods
MUST be accompanied by this bill.

---

## LA FINCA TORTILLERIA
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

*Mi Pueblo #2  7/15/13*

| | |
|---|---|
| | pkg Corn Tortilla 5 doz. |
| | pkg Tortilla Taquito |
| | pkg White Corn Tortilla |
| | pkg Corn Tortilla Chips |
| | pkg Corn Tortilla Chips (pre-cut) |
| | pkg F#6 press |
| | pkg F#8 press |
| | pkg F#10 press |
| | pkg F#12 press |
| | pkg F#14 press |
| | lbs Corn Chips |
| | pkg Tostada Caseras |
| | lbs M/T  M/T/NP  M/T/P |

TOTAL $134.88

THANK YOU

850316

All claims and returned goods
MUST be accompanied by this bill.

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi pueblo A2   7/20/13

| | | |
|---|---|---|
| ~~72~~ pkg Corn Tortilla 5 doz. | | 136 80 |
| pkg Tortilla Taquito | | |
| pkg White Corn Tortilla | | |
| pkg Corn Tortilla Chips | | |
| pkg Corn Tortilla Chips (pre-cut) | | |
| pkg F#6 press | | |
| pkg F#8 press | | |
| pkg F#10 press | | |
| pkg F#12 press | | |
| pkg F#14 press | | |
| lbs Corn Chips | | |
| pkg Tostada Caseras | | |
| lbs ~~M/T~~ M/T/NP M/T/P | | 27 |
| | | 20 |

12×7
4×5

88

850320

TOTAL 183.80

All claims and returned goods
MUST be accompanied by this bill.

# LA FINCA TORTILL A

Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street ▪ Oakland, CA 94606
Tel: (510) 261-6600 ▪ Fax: (510) 261-6603

*Mi Pueblo #2   7/22/13*

72   pkg Corn Tortilla 5 doz.          136 80

pkg Tortilla Taquito

pkg White Corn Tortilla

pkg Corn Tortilla Chips

pkg Corn Tortilla Chips (pre-cut)

pkg F#6 press

pkg F#8 press          *Cristian c*

pkg F#10 press         *7-22-13*

pkg F#12 press

pkg F#14 press

lbs Corn Chips

pkg Tostada Caseras

625  lbs M/F–M/T/NP  M/T/P          30

(78)

850324          All claims and returned goods
                MUST be accompanied by this bill.

TOTAL $ 166 80
THANK YOU

# LA FINCA TORTILLERIA, INC.
## Customer Open Balance
### July 2 - 22, 2013

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|------|------|-----|------|----------|--------------|--------|
| **MI PUEBLO FOOD CENTER # 4** | | | | | | |
| Invoice | 7/2/2013 | 852400 | | 7/2/2013 | 174.00 | 174.00 |
| Invoice | 7/4/2013 | 849336 | | 7/4/2013 | 74.60 | 74.60 |
| Invoice | 7/6/2013 | 849343 | | 7/6/2013 | 231.70 | 231.70 |
| Invoice | 7/9/2013 | 849347 | | 7/9/2013 | 34.20 | 34.20 |
| Invoice | 7/13/2013 | 850309 | | 7/13/2013 | 247.35 | 247.35 |
| Invoice | 7/18/2013 | 850317 | | 7/18/2013 | 95.40 | 95.40 |
| Invoice | 7/20/2013 | 850323 | | 7/20/2013 | 74.75 | 74.75 |
| Total MI PUEBLO FOOD CENTER # 4 | | | | | 932.00 | 932.00 |
| **TOTAL** | | | | | **932.00** | **932.00** |

Case: 13-53893    Doc# 148-1    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 6
of 25



**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #4  7/4/13

| | | |
|---|---|---|
| 24 | pkg Corn Tortilla 5 doz. | 45 60 |
| 20 | pkg Tortilla Taquito | 29 - |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| | pkg Tostada Caseras | |
| | lbs M/T  M/T/NP  M/T/P | |

**44**

$74 60

849336

All claims and returned goods
MUST be accompanied by this bill.

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #4  7/2/13

| | | |
|---|---|---|
| 48 | pkg Corn Tortilla 5 doz. | 91 20 |
| 22 | pkg Tortilla Taquito | 31 90 |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| 11 | lbs Corn Chips | 20 90 |
| | pkg Tostada Caseras | |
| 6x5 | lbs M/T  M/T/NP  M/T/P | 30 - |

**87**

7/2/13

TOTAL

852400

All claims and returned goods
MUST be accompanied by this bill.

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #4  7/6/13

| | | |
|---|---|---|
| | pkg Corn Tortilla 5 doz. | 68 40 |
| | pkg Tortilla Taquito | 31 95 |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| 36 | lbs Corn Chips | 68 40 |
| | pkg Tostada Caseras | 63 - |
| 28x2 | lbs M/T  M/T/NP  M/T/P | |

**122**

7/6/13

TOTAL  237 75

THANK YOU

849343

All claims and returned goods
MUST be accompanied by this bill.

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

*Mi pueblo 4 · 7/13/13*

- pkg Corn Tortilla 5 doz.
- pkg Tortilla Taquito
- pkg White Corn Tortilla
- pkg Corn Tortilla Chips
- pkg Corn Tortilla Chips (pre-cut)
- pkg F#6 press
- pkg F#8 press
- pkg F#10 press
- pkg F#12 press
- pkg F#14 press
- lbs Corn Chips
- pkg Tostada Caseras
- lbs M/T  M/T/NP  M/T/P

850309

All claims and returned goods MUST be accompanied by this bill

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

*Mi Pueblo #4    7-9-13*

- 18  pkg Corn Tortilla 5 doz.     34 25
- pkg Tortilla Taquito
- pkg White Corn Tortilla
- pkg Corn Tortilla Chips
- pkg Corn Tortilla Chips (pre-cut)
- pkg F#6 press
- pkg F#8 press
- pkg F#10 press
- pkg F#12 press
- pkg F#14 press
- lbs Corn Chips
- pkg Tostada Caseras
- lbs M/T  M/T/NP  M/T/P

849347

THANK YOU

All claims and returned goods MUST be accompanied by this bill

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

- pkg Corn Tortilla 5 doz.
- pkg Tortilla Taquito
- pkg White Corn Tortilla
- pkg Corn Tortilla Chips
- pkg Corn Tortilla Chips (pre-cut)
- pkg F#6 press
- pkg F#8 press
- pkg F#10 press
- pkg F#12 press
- pkg F#14 press
- lbs Corn Chips
- pkg Tostada Caseras
- lbs M/T  M/T/NP  M/T/P

850317

All claims and returned goods MUST be accompanied by this bill

## LA FINCA TORTILLERIA
### Venta Mayoreo Menudeo
### Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

*El pueblo #4 7/29/13*

| Qty | Item | Amount |
|-----|------|--------|
| 72 | pkg Corn Tortilla 5 doz. | 22 80 |
| 11 | pkg Tortilla Taquito | 15 95 |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| | pkg Tostada Caseras | |
| 16x3 | lbs M/T M/T/NP M/T/P | 36 |

39

Angie H 7/26/13
Angela.

859323

All claims and returned goods
MUST be accompanied by this bill.

77 75
74 75

# LA FINCA TORTILLERIA, INC.
## Customer Open Balance
### July 2 - 22, 2013

| Type | Date | Num | Open Balance | Amount |
|------|------|-----|-------------:|-------:|
| **MI PUEBLO FOOD CENTER #10** | | | | |
| Invoice | 7/2/2013 | 103183301 | 502.20 | 502.20 |
| Invoice | 7/3/2013 | 104184306 | 358.50 | 358.50 |
| Invoice | 7/4/2013 | 104185301 | 745.10 | 745.10 |
| Invoice | 7/5/2013 | 104186303 | 434.70 | 434.70 |
| Invoice | 7/6/2013 | 104187302 | 606.60 | 606.60 |
| Invoice | 7/7/2013 | 104188303 | 703.60 | 703.60 |
| Invoice | 7/8/2013 | 103189303 | 404.70 | 404.70 |
| Invoice | 7/9/2013 | 103190301 | 362.15 | 362.15 |
| Invoice | 7/10/2013 | 104191304 | 408.70 | 408.70 |
| Invoice | 7/11/2013 | 104192310 | 356.90 | 356.90 |
| Invoice | 7/12/2013 | 104193307 | 383.55 | 383.55 |
| Invoice | 7/13/2013 | 104194303 | 508.05 | 508.05 |
| Invoice | 7/15/2013 | 103196302 | 453.35 | 453.35 |
| Invoice | 7/16/2013 | 103197301 | 386.35 | 386.35 |
| Invoice | 7/17/2013 | 104198307 | 404.30 | 404.30 |
| Invoice | 7/18/2013 | 104199304 | 369.35 | 369.35 |
| Invoice | 7/19/2013 | 104200307 | 362.65 | 362.65 |
| Invoice | 7/20/2013 | 104201303 | 489.45 | 489.45 |
| Invoice | 7/21/2013 | 104202302 | 644.85 | 644.85 |
| Invoice | 7/22/2013 | 103203303 | 513.00 | 513.00 |
| **Total MI PUEBLO FOOD CENTER #10** | | | 9,398.05 | 9,398.05 |
| **TOTAL** | | | **9,398.05** | **9,398.05** |

Case: 13-53893    Doc# 148-1    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 10 of 25



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**103183301**

| INVOICE | |
|---|---|
| Customer Number<br>800003C9-1258485568 | Completed<br>7/2/2013 |
| Billing Address<br>MI PUEBLO FOOD CENTER #10<br>MI PUEBLO FOOD CENTER #10<br>P.O BOX 3288<br>SAN JOSE, CA 95156 | Shipping Address<br>MI PUEBLO FOOD CENTER #10<br>MI PUEBLO FOOD CENTER #10<br>1630 HIGH STREET<br>OAKLAND, CA 94601 |
| Contact<br>510-532-2654 | Route #<br>ROUTE MISC | Sales Person<br>Esgar Sanchez |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 204 | $1.90 | $387.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 22 | $1.45 | $31.90 |
| 107:107-1 | Corn Chips-1 lb pkt | 24 | $1.90 | $45.60 |
| 108:108-1 | Tostadas Caseras-pkg. | 9 | $1.90 | $17.10 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 4 | $5.00 | $20.00 |

Item count: 263

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $502.20 |
| TAX | $0.00 |
| TOTAL | $502.20 |

Signed by: angelica



| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| BALANCE DUE | $502.20 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**104184306**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/3/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |

| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK** | Sales Person<br>**Jose Guevara** |
|---|---|---|

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 142 | $1.90 | $269.80 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 8 | $1.45 | $11.60 |
| 108:108-1 | Tostadas Caseras-pkg. | 24 | $1.90 | $45.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 14 | $2.25 | $31.50 |

Item count: 188

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | **$358.50** |
| **TAX** | **$0.00** |
| **TOTAL** | **$358.50** |

Signed by: angelica trejo



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | **$0.00** |
| **BALANCE DUE** | **$358.50** |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**104185301**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/4/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK**  Sales Person<br>**Jose Guevara** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 288 | $1.90 | $547.20 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 22 | $1.45 | $31.90 |
| 107:107-1 | Corn Chips-1 lb pkt | 24 | $1.90 | $45.60 |
| 108:108-1 | Tostadas Caseras-pkg. | 36 | $1.90 | $68.40 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 5 | $5.00 | $25.00 |

Item count: 387

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $745.10 |
| **TAX** | $0.00 |
| **TOTAL** | $745.10 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $745.10 |

Signed by: memo





**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
## 104186303

| INVOICE | |
|---|---|
| Customer Number<br>800003C9-1258485568 | Completed<br>7/5/2013 |
| Billing Address<br>MI PUEBLO FOOD CENTER #10<br>MI PUEBLO FOOD CENTER #10<br>P.O BOX 3288<br>SAN JOSE, CA 95156 | Shipping Address<br>MI PUEBLO FOOD CENTER #10<br>MI PUEBLO FOOD CENTER #10<br>1630 HIGH STREET<br>OAKLAND, CA 94601 |
| Contact<br>510-532-2654 | Route #<br>ROUTE OAK | Sales Person<br>Jose Guevara |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 165 | $1.90 | $313.50 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 22 | $1.45 | $31.90 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 35 | $1.90 | $66.50 |

Item count: 234

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $434.70 |
| TAX | $0.00 |
| TOTAL | $434.70 |

Signed by: angelica trejo

| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| BALANCE DUE | $434.70 |





**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**104187302**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/6/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK**     Sales Person<br>**Jose Guevara** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 216 | $1.90 | $410.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 44 | $1.45 | $63.80 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 24 | $1.90 | $45.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 24 | $2.25 | $54.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 2 | $5.00 | $10.00 |

Item count: 322

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | **$606.60** |
| **TAX** | **$0.00** |
| **TOTAL** | **$606.60** |

Signed by: memo



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | **$0.00** |
| **BALANCE DUE** | **$606.60** |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**104188303**

| | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/7/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK** | Sales Person<br>**Jose Guevara** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 288 | $1.90 | $547.20 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 44 | $1.45 | $63.80 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 4 | $5.00 | $20.00 |

Item count: 372

### TICKET SUMMARY

| | |
|---|---|
| **SUBTOTAL** | $703.60 |
| **TAX** | $0.00 |
| **TOTAL** | $703.60 |

Signed by: A



### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $703.60 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
103189303

### INVOICE

| Customer Number | Completed |
|---|---|
| 800003C9-1258485568 | 7/8/2013 |

| Billing Address | Shipping Address |
|---|---|
| MI PUEBLO FOOD CENTER #10 | MI PUEBLO FOOD CENTER #10 |
| MI PUEBLO FOOD CENTER #10 | MI PUEBLO FOOD CENTER #10 |
| P.O BOX 3288 | 1630 HIGH STREET |
| SAN JOSE, CA 95156 | OAKLAND, CA 94601 |

| Contact | Route # | Sales Person |
|---|---|---|
| 510-532-2654 | ROUTE MISC | Esgar Sanchez |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 189 | $1.90 | $359.10 |
| 107:107-1 | Corn Chips-1 lb pkt | 24 | $1.90 | $45.60 |

Item count: 213

### TICKET SUMMARY

| | |
|---|---|
| **SUBTOTAL** | $404.70 |
| **TAX** | $0.00 |
| **TOTAL** | $404.70 |

Signed by: angelica

### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $404.70 |

*Angelica Trejo*
*7/8/13*



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**103190301**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/9/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE MISC** |  Sales Person<br>**Esgar Sanchez** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 156 | $1.90 | $296.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |

Item count: 191

Signed by: angelica



| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $362.15 |
| TAX | $0.00 |
| **TOTAL** | **$362.15** |

| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | **$362.15** |

Case: 13-53893   Doc# 148-1   Filed: 08/20/13   Entered: 08/20/13 15:42:22   Page 18 of 25



### La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

## Ticket No.
### 104191304

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/10/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK** |  Sales Person<br>**Jose Guevara** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 155 | $1.90 | $294.50 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 10 | $1.45 | $14.50 |
| 108:108-1 | Tostadas Caseras-pkg. | 33 | $1.90 | $62.70 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 2 | $5.00 | $10.00 |

Item count: 212

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $408.70 |
| TAX | $0.00 |
| TOTAL | $408.70 |

Signed by: memo



| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| BALANCE DUE | $408.70 |



### La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**104192310**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/11/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK** · Sales Person<br>**Jose Guevara** |

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 154 | $1.90 | $292.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 10 | $1.45 | $14.50 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |

Item count: 188

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | **$356.90** |
| **TAX** | **$0.00** |
| **TOTAL** | **$356.90** |

Signed by: memo



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | **$0.00** |
| **BALANCE DUE** | **$356.90** |



### La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**104193307**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/12/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10<br>MI PUEBLO FOOD CENTER #10<br>P.O BOX 3288<br>SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10<br>MI PUEBLO FOOD CENTER #10<br>1630 HIGH STREET<br>OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK** | Sales Person<br>**Jose Guevara** |

| ITEMS | | | | | |
|---|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** | |
| 101:101-1 | Corn Tortilla-pkg. | 143 | $1.90 | $271.70 | |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 | |
| 107:107-1 | Corn Chips-1 lb pkt | 9 | $1.90 | $17.10 | |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 | |
| 111:111-1 | Masa-for tortilla-3lb. | 16 | $2.25 | $36.00 | |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 4 | $5.00 | $20.00 | |

Item count: 195

Signed by: angelica trejo

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $383.55 |
| **TAX** | $0.00 |
| **TOTAL** | $383.55 |



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $383.55 |



# La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

## Ticket No.
**104194303**

| INVOICE | |
|---|---|
| **Customer Number**<br>800003C9-1258485568 | **Completed**<br>7/13/2013 |
| **Billing Address**<br>MI PUEBLO FOOD CENTER #10<br>MI PUEBLO FOOD CENTER #10<br>P.O BOX 3288<br>SAN JOSE, CA 95156 | **Shipping Address**<br>MI PUEBLO FOOD CENTER #10<br>MI PUEBLO FOOD CENTER #10<br>1630 HIGH STREET<br>OAKLAND, CA 94601 |
| **Contact**<br>510-532-2654 | **Route #**<br>ROUTE OAK  **Sales Person**<br>Jose Guevara |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 192 | $1.90 | $364.80 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 33 | $1.45 | $47.85 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 24 | $1.90 | $45.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |

Item count: 273

Signed by: angelica

Angelica Trejo
7/13/13

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $508.05 |
| **TAX** | $0.00 |
| **TOTAL** | $508.05 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $508.05 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**103196302**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/15/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |

| Contact<br>**510-532-2654** | Route #<br>**ROUTE MISC** | Sales Person<br>**Esgar Sanchez** |
|---|---|---|

| ITEMS | | | | | |
|---|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 192 | $1.90 | $364.80 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 24 | $1.90 | $45.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |

Item count: 239

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $453.35 |
| **TAX** | $0.00 |
| **TOTAL** | $453.35 |

Signed by: angelica



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref. Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $453.35 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/16/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE MISC**    Sales Person<br>**Esgar Sanchez** |

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 144 | $1.90 | $273.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 24 | $2.25 | $54.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 4 | $5.00 | $20.00 |

Item count: 195

Signed by: angelica

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $386.35 |
| **TAX** | $0.00 |
| **TOTAL** | $386.35 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref. Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $386.35 |



Case: 13-53893    Doc# 148-1    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 24 of 25



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**104198307**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/17/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK**    Sales Person<br>**Jose Guevara** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 178 | $1.90 | $338.20 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 22 | $1.45 | $31.90 |
| 108:108-1 | Tostadas Caseras-pkg. | 18 | $1.90 | $34.20 |

Item count: 218

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $404.30 |
| **TAX** | $0.00 |
| **TOTAL** | $404.30 |

Signed by: memo

*Guillermo*
*Torres 7/17*

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref. Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $404.30 |