

**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
## 104199304

| INVOICE | |
|---|---|
| **Customer Number**<br>**800003C9-1258485568** | **Completed**<br>**7/18/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK**     Sales Person<br>**Jose Guevara** |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 156 | $1.90 | $296.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 108:108-1 | Tostadas Caseras-pkg. | 15 | $1.90 | $28.50 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 3 | $5.00 | $15.00 |

Item count: 191

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | **$369.35** |
| **TAX** | **$0.00** |
| **TOTAL** | **$369.35** |

Signed by: angelica trejo



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | **$0.00** |
| **BALANCE DUE** | **$369.35** |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**104200307**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/19/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |

| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK** | Sales Person<br>**Jose Guevara** |
|---|---|---|

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 143 | $1.90 | $271.70 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 6 | $1.90 | $11.40 |
| 108:108-1 | Tostadas Caseras-pkg. | 24 | $1.90 | $45.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |

Item count: 192

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $362.65 |
| **TAX** | $0.00 |
| **TOTAL** | $362.65 |

Signed by: memo

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $362.65 |

*Guillermo Torres* 7/19/13

Case: 13-53893   Doc# 148-2   Filed: 08/20/13   Entered: 08/20/13 15:42:22   Page 2 of 25



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/20/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK**  Sales Person<br>**Jose Guevara** |

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 168 | $1.90 | $319.20 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 33 | $1.45 | $47.85 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 24 | $1.90 | $45.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 24 | $2.25 | $54.00 |

Item count: 261

Signed by: memo



| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $489.45 |
| **TAX** | $0.00 |
| **TOTAL** | $489.45 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $489.45 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**104202302**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C9-1258485568** | Completed<br>**7/21/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**P.O BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #10**<br>**MI PUEBLO FOOD CENTER #10**<br>**1630 HIGH STREET**<br>**OAKLAND, CA 94601** |
| Contact<br>**510-532-2654** | Route #<br>**ROUTE OAK** | Sales Person<br>**Jose Guevara** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 264 | $1.90 | $501.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 33 | $1.45 | $47.85 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 24 | $1.90 | $45.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |

Item count: 345

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $644.85 |
| **TAX** | $0.00 |
| **TOTAL** | $644.85 |

Signed by: OSCAR



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $644.85 |



# La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
## 103203303

| INVOICE | |
|---|---|
| **Customer Number**<br>800003C9-1258485568 | **Completed**<br>7/22/2013 |
| **Billing Address**<br>MI PUEBLO FOOD CENTER #10<br>MI PUEBLO FOOD CENTER #10<br>P.O BOX 3288<br>SAN JOSE, CA 95156 | **Shipping Address**<br>MI PUEBLO FOOD CENTER #10<br>MI PUEBLO FOOD CENTER #10<br>1630 HIGH STREET<br>OAKLAND, CA 94601 |
| **Contact**<br>510-532-2654 | **Route #**<br>ROUTE MISC     **Sales Person**<br>Esgar Sanchez |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 204 | $1.90 | $387.60 |
| 107:107-1 | Corn Chips-1 lb pkt | 36 | $1.90 | $68.40 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 6 | $5.00 | $30.00 |

Item count: 258

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $513.00 |
| **TAX** | $0.00 |
| **TOTAL** | $513.00 |

Signed by: angelica



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $513.00 |

# LA FINCA TORTILLERIA, INC.
## Customer Open Balance
### July 2 - 22, 2013

| Type | Date | Num | Open Balance | Amount |
|------|------|-----|-------------:|-------:|
| **MI PUEBLO FOOD CENTER #11** | | | | |
| Invoice | 7/2/2013 | 105183304 | 91.20 | 91.20 |
| Invoice | 7/3/2013 | 107184303 | 169.70 | 169.70 |
| Invoice | 7/4/2013 | 108185303 | 99.90 | 99.90 |
| Invoice | 7/5/2013 | 107186303 | 159.95 | 159.95 |
| Invoice | 7/6/2013 | 108187304 | 170.75 | 170.75 |
| Invoice | 7/7/2013 | 107188304 | 255.35 | 255.35 |
| Invoice | 7/8/2013 | 112189302 | 153.95 | 153.95 |
| Invoice | 7/10/2013 | 103191301 | 191.15 | 191.15 |
| Invoice | 7/11/2013 | 108192307 | 106.95 | 106.95 |
| Invoice | 7/12/2013 | 103193302 | 109.90 | 109.90 |
| Invoice | 7/13/2013 | 108194304 | 129.95 | 129.95 |
| Invoice | 7/14/2013 | 107195304 | 250.55 | 250.55 |
| Invoice | 7/15/2013 | 108196303 | 177.65 | 177.65 |
| Invoice | 7/16/2013 | 105197305 | 68.40 | 68.40 |
| Invoice | 7/17/2013 | 103198301 | 202.55 | 202.55 |
| Invoice | 7/18/2013 | 108199309 | 198.35 | 198.35 |
| Invoice | 7/20/2013 | 108201305 | 156.80 | 156.80 |
| Invoice | 7/21/2013 | 107202304 | 198.35 | 198.35 |
| Invoice | 7/22/2013 | 108203303 | 205.25 | 205.25 |
| Total MI PUEBLO FOOD CENTER #11 | | | 3,096.65 | 3,096.65 |
| **TOTAL** | | | **3,096.65** | **3,096.65** |

Case: 13-53893   Doc# 148-2   Filed: 08/20/13   Entered: 08/20/13 15:42:22   Page 6 of 25



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**105183304**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/2/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE REDWOOD**    Sales Person<br>**Salvador Morales** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 36 | $1.90 | $68.40 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |

Item count: 48

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $91.20 |
| **TAX** | $0.00 |
| **TOTAL** | $91.20 |

Signed by: vanesa



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $91.20 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**107184303**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/3/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE REDWOOD** · Sales Person<br>**Alejandro Jacobo** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 60 | $1.90 | $114.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 111:111-1 | Masa-for tortilla-3lb. | 11 | $2.25 | $24.75 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 3 | $5.00 | $15.00 |

Item count: 85

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $169.70 |
| TAX | $0.00 |
| **TOTAL** | $169.70 |

Signed by: vanesa



| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | $169.70 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
## 108185303

INVOICE

| | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/4/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE TRACY**     Sales Person<br>**Walter Barahona** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 48 | $1.90 | $91.20 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 6 | $1.45 | $8.70 |

Item count: 54

#### TICKET SUMMARY

| | |
|---|---|
| **SUBTOTAL** | $99.90 |
| **TAX** | $0.00 |
| **TOTAL** | $99.90 |

Signed by: 7



#### PAYMENT SUMMARY

| | |
|---|---|
| **PAYMENT TYPE** | PO/Ref. Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $99.90 |



# La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**107186303**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/5/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE REDWOOD** | Sales Person<br>**Alejandro Jacobo** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 48 | $1.90 | $91.20 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 6 | $5.00 | $30.00 |

Item count: 77

Signed by: vanesa



| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $159.95 |
| **TAX** | $0.00 |
| **TOTAL** | $159.95 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $159.95 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
## 108187304

| INVOICE | |
|---|---|
| **Customer Number**<br>**800003C8-1258395562** | **Completed**<br>**7/6/2013** |
| **Billing Address**<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | **Shipping Address**<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |

| Contact<br>**510-888-9124** | Route #<br>**ROUTE TRACY** | Sales Person<br>**Walter Barahona** |
|---|---|---|

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 60 | $1.90 | $114.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |

Item count: 91

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $170.75 |
| **TAX** | $0.00 |
| **TOTAL** | $170.75 |

Signed by: 7



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $170.75 |



### La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

## Ticket No.
**107188304**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/7/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE SL**  Sales Person<br>**Emilio Mendoza** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 90 | $1.90 | $171.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 108:108-1 | Tostadas Caseras-pkg. | 11 | $1.90 | $20.90 |
| 111:111-1 | Masa-for tortilla-3lb. | 10 | $2.25 | $22.50 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 5 | $5.00 | $25.00 |

Item count: 127

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $255.35 |
| **TAX** | $0.00 |
| **TOTAL** | $255.35 |

Signed by: 7

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $255.35 |

Case: 13-53893   Doc# 148-2   Filed: 08/20/13   Entered: 08/20/13 15:42:22   Page 12 of 25



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**112189302**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/8/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**LOCAL** | Sales Person<br>**Gonzalo Sanchez** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 60 | $1.90 | $114.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 111:111-1 | Masa-for tortilla-3lb. | 4 | $2.25 | $9.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 3 | $5.00 | $15.00 |

Item count: 78

Signed by: 4

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | **$153.95** |
| **TAX** | **$0.00** |
| **TOTAL** | **$153.95** |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | **$0.00** |
| **BALANCE DUE** | **$153.95** |

*Greg*
*Viltorn*
*07.08.13*



# La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

## Ticket No.
**103191301**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/10/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |

| Contact<br>**510-888-9124** | Route #<br>**ROUTE MISC** | Sales Person<br>**Esgar Sanchez** |
|---|---|---|

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 54 | $1.90 | $102.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |

Item count: 101

Signed by: victor

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $191.15 |
| **TAX** | $0.00 |
| **TOTAL** | $191.15 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $191.15 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108192307**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/11/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE TRACY** | Sales Person<br>**Walter Barahona** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 54 | $1.90 | $102.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 3 | $1.45 | $4.35 |

Item count: 57

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $106.95 |
| **TAX** | $0.00 |
| **TOTAL** | $106.95 |

Signed by: 7

*(handwritten signature)* 07/11/7

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $106.95 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**103193302**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/12/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11<br>MI PUEBLO FOOD CENTER #11<br>P.O.BOX 3288<br>SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11<br>MI PUEBLO FOOD CENTER #11<br>187 HARDER ROAD<br>HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE MISC**     Sales Person<br>**Esgar Sanchez** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 36 | $1.90 | $68.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 10 | $1.45 | $14.50 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |

Item count: 58

Signed by: 4

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $109.90 |
| **TAX** | $0.00 |
| **TOTAL** | $109.90 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $109.90 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108194304**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/13/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE TRACY**    Sales Person<br>**Walter Barahona** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 48 | $1.90 | $91.20 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |

Item count: 71

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $129.95 |
| **TAX** | $0.00 |
| **TOTAL** | $129.95 |

Signed by: 7

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $129.95 |

Case: 13-53893   Doc# 148-2   Filed: 08/20/13   Entered: 08/20/13 15:42:22   Page 17 of 25



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**107195304**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/14/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE SL**    Sales Person<br>**Emilio Mendoza** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 90 | $1.90 | $171.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |

Item count: 133

Signed by: 4

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $250.55 |
| **TAX** | $0.00 |
| **TOTAL** | $250.55 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $250.55 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108196303**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/15/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE TRACY**    Sales Person<br>**Walter Barahona** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 72 | $1.90 | $136.80 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 6 | $1.90 | $11.40 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |

Item count: 95

Signed by: 4

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $177.65 |
| **TAX** | $0.00 |
| **TOTAL** | $177.65 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $177.65 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**105197305**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/16/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE REDWOOD**    Sales Person<br>**Alejandro Jacobo** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 36 | $1.90 | $68.40 |

Item count: 36

Signed by: 7

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $68.40 |
| TAX | $0.00 |
| **TOTAL** | $68.40 |

| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | $68.40 |

Case: 13-53893    Doc# 148-2    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 20 of 25



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**103198301**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/17/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE MISC** · Sales Person<br>**Esgar Sanchez** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 60 | $1.90 | $114.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |

Item count: 107

Signed by: victor

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $202.55 |
| **TAX** | $0.00 |
| **TOTAL** | $202.55 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $202.55 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**108199309**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/18/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE TRACY**    Sales Person<br>**Walter Barahona** |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 96 | $1.90 | $182.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |

Item count: 107

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $198.35 |
| **TAX** | $0.00 |
| **TOTAL** | $198.35 |

Signed by: 7

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $198.35 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
## 108201305

| INVOICE | |
| --- | --- |
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/20/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE TRACY** | Sales Person<br>**Walter Barahona** |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| --- | --- | --- | --- | --- |
| 101:101-1 | Corn Tortilla-pkg. | 60 | $1.90 | $114.00 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 4 | $5.00 | $20.00 |

Item count: 76

Signed by: 7

| TICKET SUMMARY | |
| --- | --- |
| **SUBTOTAL** | $156.80 |
| **TAX** | $0.00 |
| **TOTAL** | $156.80 |

| PAYMENT SUMMARY | |
| --- | --- |
| **PAYMENT TYPE** | PO/Ref. Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $156.80 |



## La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**107202304**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/21/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE SL**     Sales Person<br>**Emilio Mendoza** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 59 | $1.90 | $112.10 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 10 | $2.25 | $22.50 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 5 | $5.00 | $25.00 |

Item count: 97

Signed by: samanda



| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $198.35 |
| **TAX** | $0.00 |
| **TOTAL** | $198.35 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $198.35 |



### La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

## Ticket No.
**108203303**

| INVOICE | |
|---|---|
| Customer Number<br>**800003C8-1258395562** | Completed<br>**7/22/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**P.O.BOX 3288**<br>**SAN JOSE, CA 95156** | Shipping Address<br>**MI PUEBLO FOOD CENTER #11**<br>**MI PUEBLO FOOD CENTER #11**<br>**187 HARDER ROAD**<br>**HAYWARD, CA 94601** |
| Contact<br>**510-888-9124** | Route #<br>**ROUTE TRACY**    Sales Person<br>**Walter Barahona** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 72 | $1.90 | $136.80 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 111:111-1 | Masa-for tortilla-3lb. | 10 | $2.25 | $22.50 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 6 | $5.00 | $30.00 |

Item count: 99

Signed by: 4

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $205.25 |
| **TAX** | $0.00 |
| **TOTAL** | $205.25 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $205.25 |