# LA FINCA TORTILLERIA,INC.
## Customer Open Balance
### July 2 - 22, 2013

| Type | Date | Num | Open Balance |
|------|------|-----|--------------|
| **MI PUEBLO FOOD CENTER #13** | | | |
| Invoice | 7/3/2013 | 852278 | 100.25 |
| Invoice | 7/5/2013 | 852280 | 250.80 |
| Invoice | 7/8/2013 | 852281 | 61.55 |
| Invoice | 7/10/2013 | 852282 | 137.15 |
| Invoice | 7/12/2013 | 852283 | 269.85 |
| Invoice | 7/15/2013 | 852284 | 119.70 |
| Invoice | 7/17/2013 | 852285 | 61.55 |
| Invoice | 7/19/2013 | 852286 | 127.20 |
| Total MI PUEBLO FOOD CENTER #13 | | | 1,128.05 |
| **TOTAL** | | | **1,128.05** |

Case: 13-53893     Doc# 148-3     Filed: 08/20/13     Entered: 08/20/13 15:42:22     Page 1
of 25

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #13    7-3-13

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 12 | pkg Corn Tortilla 5 doz. | 22 8 |
| 17 | pkg Tortilla Taquito | 24 65 |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| 12 | pkg Tostada Caseras | 22 80 |
| 6 x 5 | lbs M/T M/T/NP M/T/P | 30 00 |

147 PCS
7-3-13

TOTAL $100 25

852278

All claims and returned goods
MUST be accompanied by this bill.

THANK YOU

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #13    3-5-13

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 48 | pkg Corn Tortilla 5 doz. | 91 20 |
| | pkg Tortilla Taquito | |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| 48 | pkg Corn Chips | 91 20 |
| 36 | lbs M/T M/T/NP M/T/P | 68 40 |

132 PCS

TOTAL $259 80

852280

All claims and returned goods
MUST be accompanied by this bill.

THANK YOU

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #13    7-8-13

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 24 | pkg Corn Tortilla 5 doz. | 45 93 |
| 11 | pkg Tortilla Taquito | 15 |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| | pkg Tostada Caseras | |
| | lbs M/T M/T/NP M/T/P | |

35 PCS

TOTAL $61 55

852281

All claims and returned goods
MUST be accompanied by this bill.

THANK YOU



## LA FINCA TORTILLERIA
### Venta Mayoreo Menudeo
### Wholesale & Retail
909 King Street ▪ Oakland, CA 94606
Tel: (510) 261-6600 ▪ Fax: (510) 261-6603

Mi Pueblo #13          7-10-13

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 24 | pkg Corn Tortilla 5 doz. | 45 6 |
| 11 | pkg Tortilla Taquito | 15 95 |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| 24 | lbs Corn Chips | 45 5 |
| | pkg Tostada Caseras | |
| 6 X 5 | lbs M/T M/T/NP M/T/P | 30 0 |

pcs
David Vargas
852282          TOTAL $137 15
THANK YOU
All claims and returned goods
MUST be accompanied by this bill.

## LA FINCA TORTILLERIA
### Venta Mayoreo Menudeo
### Wholesale & Retail
909 King Street ▪ Oakland, CA 94606
Tel: (510) 261-6600 ▪ Fax: (510) 261-6603

Mi Pueblo #13          7-12-13

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 36 | pkg Corn Tortilla 5 doz. | 68 4 |
| | pkg Tortilla Taquito | |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| 48 | lbs Corn Chips | 91 20 |
| | pkg Tostada Caseras | |
| 49 X 3 | lbs M/T M/T/NP M/T/P | 110 25 |

133 PCS
David Vargas
852283          TOTAL $269 85
THANK YOU
All claims and returned goods
MUST be accompanied by this bill.

## LA FINCA TORTILLERIA
### Venta Mayoreo Menudeo
### Wholesale & Retail
909 King Street ▪ Oakland, CA 94606
Tel: (510) 261-6600 ▪ Fax: (510) 261-6603

Mi Pueblo #13          7-15-13

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 18 | pkg Corn Tortilla 5 doz. | 34 22 |
| | pkg Tortilla Taquito | |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| 22 | lbs Corn Chips | 41 8 |
| 23 | pkg Tostada Caseras | 43 22 |
| | lbs M/T M/T/NP M/T/P | 119 32 |

63 PCS
852284          TOTAL $119 32
THANK YOU
All claims and returned goods
MUST be accompanied by this bill.

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #13   7-17-13

| CTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 24 | pkg Corn Tortilla 5 doz. | 45 ⊘ |
| 11 | pkg Tortilla Taquito | 15 93 |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| | pkg Tostada Caseras | |
| | lbs M/T  M/T/NP  M/T/P | |

(35) PY

7-17-13      $61 55
TOTAL

852285      All claims and returned goods
MUST be accompanied by this bill.

THANK YOU

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street • Oakland, CA 94606
Tel: (510) 261-6600 • Fax: (510) 261-6603

Mi Pueblo #13   7-19-13

| CTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 48 | pkg Corn Tortilla 5 doz. | 91 29 |
| | pkg Tortilla Taquito | |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| | pkg Tostada Caseras | |
| 16x3 | lbs M/T  M/T/NP  M/T/P | 36 22 |

(69) PY

7-19-13  David  $127 22
Vanessa  TOTAL

852286      All claims and returned goods
MUST be accompanied by this bill.

THANK YOU

# LA FINCA TORTILLERIA,INC.
## Customer Open Balance
### July 2 - 22, 2013

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|------|------|-----|------|----------|--------------|--------|
| **MI PUEBLO FOOD CENTER #15** | | | | | | |
| Invoice | 7/3/2013 | 849334 | | 7/3/2013 | 209.25 | 209.25 |
| Invoice | 7/6/2013 | 849340 | | 7/6/2013 | 314.10 | 314.10 |
| Invoice | 7/8/2013 | 849344 | | 7/8/2013 | 291.10 | 291.10 |
| Invoice | 7/10/2013 | 849349 | | 7/10/2013 | 262.00 | 262.00 |
| Invoice | 7/13/2013 | 850307 | | 7/13/2013 | 309.80 | 309.80 |
| Invoice | 7/16/2013 | 850311 | | 7/16/2013 | 134.15 | 134.15 |
| Invoice | 7/17/2013 | 105198302 | | 8/31/2013 | 118.55 | 118.55 |
| Invoice | 7/19/2013 | 105200302 | | 9/2/2013 | 115.15 | 115.15 |
| Invoice | 7/20/2013 | 108201306 | | 9/3/2013 | 155.80 | 155.80 |
| Invoice | 7/22/2013 | 105203305 | | 9/5/2013 | 142.75 | 142.75 |
| Total MI PUEBLO FOOD CENTER #15 | | | | | 2,052.65 | 2,052.65 |
| **TOTAL** | | | | | **2,052.65** | **2,052.65** |

Case: 13-53893    Doc# 148-3    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 5
of 25



**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street ▪ Oakland, CA 94606
Tel: (510) 261-6600 ▪ Fax: (510) 261-6603

Mi Pueblo #15 - 7/3/13

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 600 | pkg Corn Tortilla 5 doz. | 114 00 |
| 300 | pkg Tortilla Taquito | 43 50 |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| | pkg Tostada Caseras | |
| 23x3 | lbs M/T M/T/NP M/T/P | 51 75 |

113

849334

TOTAL

THANK

All claims and returned goods
MUST be accompanied by this bill.

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street ▪ Oakland, CA 94606
Tel: (510) 261-6600 ▪ Fax: (510) 261-6603

Mi Pueblo #15 7/6/13

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 90 | pkg Corn Tortilla 5 doz. | 171 00 |
| 30 | pkg Tortilla Taquito | 43 50 |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| 24 | pkg Tostada Caseras | 45 00 |
| 24x3 | lbs M/T M/T/NP M/T/P | 54 |

168

849340

TOTAL

THANK Y

All claims and returned goods
MUST be accompanied by this bill.

---

**LA FINCA TORTILLERIA**
Venta Mayoreo Menudeo
Wholesale & Retail
909 King Street ▪ Oakland, CA 94606
Tel: (510) 261-6600 ▪ Fax: (510) 261-6603

Mi Pueblo #15 7/8/13

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| | pkg Corn Tortilla 5 doz. | 180 90 |
| | pkg Tortilla Taquito | |
| | pkg White Corn Tortilla | |
| | pkg Corn Tortilla Chips | |
| | pkg Corn Tortilla Chips (pre-cut) | |
| | pkg F#6 press | |
| | pkg F#8 press | |
| | pkg F#10 press | |
| | pkg F#12 press | |
| | pkg F#14 press | |
| | lbs Corn Chips | |
| | pkg Tostada Caseras | 22 80 |
| 24x3 | lbs M/T M/T/NP M/T/P | 54 |

849344

TOTAL

THANK YOU

All claims and returned goods
MUST be accompanied by this bill.





**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**105198302**

| INVOICE | |
|---|---|
| Customer Number<br>**800003CD-1259883367** | Completed<br>**7/17/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #15** | Shipping Address<br>**MI PUEBLO FOOD CENTER #15** |
| Contact | Route #<br>**ROUTE REDWOOD**    Sales Person<br>**Alejandro Jacobo** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 54 | $1.90 | $102.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |

Item count: 65

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $118.55 |
| **TAX** | $0.00 |
| **TOTAL** | $118.55 |

Signed by: joel



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $118.55 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
## 105200302

| INVOICE | |
|---|---|
| Customer Number<br>**800003CD-1259883367** | Completed<br>**7/19/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #15** | Shipping Address<br>**MI PUEBLO FOOD CENTER #15** |
| Contact | Route #<br>**ROUTE REDWOOD**    Sales Person<br>Alejandro Jacobo |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 23 | $1.90 | $43.70 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 7 | $1.45 | $10.15 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 5 | $5.00 | $25.00 |

Item count: 53

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $115.15 |
| **TAX** | $0.00 |
| **TOTAL** | $115.15 |

Signed by: joel

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $115.15 |

*Joel V.*
*7-19-13*



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108201306**

| INVOICE | |
|---|---|
| Customer Number<br>**800003CD-1259883367** | Completed<br>**7/20/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #15** | Shipping Address<br>**MI PUEBLO FOOD CENTER #15** |
| Contact | Route #<br>**ROUTE TRACY**    Sales Person<br>**Walter Barahona** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 72 | $1.90 | $136.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 4 | $2.25 | $9.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 2 | $5.00 | $10.00 |

Item count: 78

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $155.80 |
| **TAX** | $0.00 |
| **TOTAL** | $155.80 |

Signed by: 7



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $155.80 |



## La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**105203305**

| INVOICE | |
|---|---|
| Customer Number **800003CD-1259883367** | Completed **7/22/2013** |
| Billing Address **MI PUEBLO FOOD CENTER #15** | Shipping Address **MI PUEBLO FOOD CENTER #15** |
| Contact | Route # **ROUTE REDWOOD**    Sales Person **Alejandro Jacobo** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 42 | $1.90 | $79.80 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 4 | $5.00 | $20.00 |

Item count: 69

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $142.75 |
| **TAX** | $0.00 |
| **TOTAL** | $142.75 |

Signed by: joel



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref. Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $142.75 |

# LA FINCA TORTILLERIA, INC.
## Customer Open Balance
### July 2 - 22, 2013

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|------|------|-----|------|----------|-------------|--------|
| **MI PUEBLO FOOD CENTER #19** | | | | | | |
| Invoice | 7/2/2013 | 102183311 | | 8/16/2013 | 71.30 | 71.30 |
| Invoice | 7/3/2013 | 102184312 | | 8/17/2013 | 95.10 | 95.10 |
| Invoice | 7/4/2013 | 102185308 | | 8/18/2013 | 88.50 | 88.50 |
| Invoice | 7/5/2013 | 102186312 | | 8/19/2013 | 65.70 | 65.70 |
| Invoice | 7/6/2013 | 102187310 | | 8/20/2013 | 180.75 | 180.75 |
| Invoice | 7/8/2013 | 102189315 | | 8/22/2013 | 31.80 | 31.80 |
| Invoice | 7/9/2013 | 102190311 | | 8/23/2013 | 45.60 | 45.60 |
| Invoice | 7/10/2013 | 102191308 | | 8/24/2013 | 101.90 | 101.90 |
| Invoice | 7/11/2013 | 102192313 | | 8/25/2013 | 76.30 | 76.30 |
| Invoice | 7/12/2013 | 102193315 | | 8/26/2013 | 73.40 | 73.40 |
| Invoice | 7/13/2013 | 102194309 | | 8/27/2013 | 172.55 | 172.55 |
| Invoice | 7/15/2013 | 102196311 | | 8/29/2013 | 78.70 | 78.70 |
| Invoice | 7/16/2013 | 102197309 | | 8/30/2013 | 94.35 | 94.35 |
| Invoice | 7/17/2013 | 102198310 | | 8/31/2013 | 92.20 | 92.20 |
| Invoice | 7/18/2013 | 102199311 | | 9/1/2013 | 62.00 | 62.00 |
| Invoice | 7/19/2013 | 102200311 | | 9/2/2013 | 66.00 | 66.00 |
| Invoice | 7/20/2013 | 102201311 | | 9/3/2013 | 196.80 | 196.80 |
| Invoice | 7/22/2013 | 102203311 | | 9/5/2013 | 5.80 | 5.80 |
| Total MI PUEBLO FOOD CENTER #19 | | | | | 1,598.75 | 1,598.75 |
| **TOTAL** | | | | | **1,598.75** | **1,598.75** |

Case: 13-53893     Doc# 148-3     Filed: 08/20/13     Entered: 08/20/13 15:42:22     Page 12 of 25



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102183311**

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/2/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD** | Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 36 | $1.90 | $68.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 2 | $1.45 | $2.90 |

Item count: 38

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $71.30 |
| TAX | $0.00 |
| **TOTAL** | $71.30 |

Signed by: luis



| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | $71.30 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102184312**

| INVOICE | |
|---|---|
| Customer Number **800003E2-1277940276** | Completed **7/3/2013** |
| Billing Address **MI PUEBLO FOOD CENTER #19** | Shipping Address **MI PUEBLO FOOD CENTER #19** |
| Contact | Route # **ROUTE HAYWARD** · Sales Person **Salvador Cardenas** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 36 | $1.90 | $68.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 6 | $1.45 | $8.70 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |

Item count: 50

Signed by: david

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $95.10 |
| TAX | $0.00 |
| TOTAL | $95.10 |

| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref. Number: |
| PAYMENT AMOUNT | $0.00 |
| BALANCE DUE | $95.10 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102185308**

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/4/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD** | Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 42 | $1.90 | $79.80 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 6 | $1.45 | $8.70 |

Item count: 48

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $88.50 |
| **TAX** | $0.00 |
| **TOTAL** | $88.50 |

Signed by: david

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $88.50 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102186312**

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/5/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD** | Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 30 | $1.90 | $57.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 6 | $1.45 | $8.70 |

Item count: 36

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $65.70 |
| **TAX** | $0.00 |
| **TOTAL** | $65.70 |

Signed by: luis



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $65.70 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/6/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD** / Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 72 | $1.90 | $136.80 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 11 | $1.45 | $15.95 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 2 | $5.00 | $10.00 |

Item count: 93

Signed by: david

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $180.75 |
| TAX | $0.00 |
| **TOTAL** | $180.75 |

| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | $180.75 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102189315**

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/8/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD** | Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 4 | $2.25 | $9.00 |

Item count: 16

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $31.80 |
| **TAX** | $0.00 |
| **TOTAL** | $31.80 |

Signed by: luis

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $31.80 |

7-8-13



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102190311**

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/9/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD** | Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | | |
|---|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | | 24 | $1.90 | $45.60 |

Item count: 24

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $45.60 |
| TAX | $0.00 |
| **TOTAL** | $45.60 |

Signed by: luis



| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | $45.60 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102191308**

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/10/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD** | Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 36 | $1.90 | $68.40 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 4 | $5.00 | $20.00 |

Item count: 46

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $101.90 |
| **TAX** | $0.00 |
| **TOTAL** | $101.90 |

Signed by: luis

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $101.90 |

Case: 13-53893    Doc# 148-3    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 20 of 25



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**102192313**

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/11/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD**    Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 30 | $1.90 | $57.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 4 | $1.45 | $5.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |

Item count: 40

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $76.30 |
| **TAX** | $0.00 |
| **TOTAL** | $76.30 |

Signed by: luis

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $76.30 |





**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102193315**

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/12/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD** / Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 30 | $1.90 | $57.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 2 | $1.45 | $2.90 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |

Item count: 38

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | **$73.40** |
| **TAX** | **$0.00** |
| **TOTAL** | **$73.40** |

Signed by: david



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $73.40 |



### La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
## 102194309

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/13/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD** | Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 66 | $1.90 | $125.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 7 | $1.45 | $10.15 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 2 | $5.00 | $10.00 |

Item count: 87

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $172.55 |
| TAX | $0.00 |
| TOTAL | $172.55 |

Signed by: david



| PAYMENT SUMMARY | |
|---|---|
| PAYMENT TYPE | PO/Ref.<br>Number: |
| PAYMENT AMOUNT | $0.00 |
| BALANCE DUE | $172.55 |



### La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

# Ticket No.
**102196311**

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/15/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD**    Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| **ITEM NUMBER** | **DESCRIPTION** | **QTY** | **PRICE** | **TOTAL** |
| 101:101-1 | Corn Tortilla-pkg. | 36 | $1.90 | $68.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 4 | $1.45 | $5.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 2 | $2.25 | $4.50 |

Item count: 42

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $78.70 |
| **TAX** | $0.00 |
| **TOTAL** | $78.70 |

Signed by: salvador

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $78.70 |





**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102197309**

| INVOICE | |
|---|---|
| Customer Number<br>**800003E2-1277940276** | Completed<br>**7/16/2013** |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** |
| Contact | Route #<br>**ROUTE HAYWARD** | Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 30 | $1.90 | $57.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 3 | $1.45 | $4.35 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 3 | $5.00 | $15.00 |

Item count: 44

| TICKET SUMMARY | |
|---|---|
| **SUBTOTAL** | $94.35 |
| **TAX** | $0.00 |
| **TOTAL** | $94.35 |

Signed by: david



| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref.<br>Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $94.35 |