

**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102198310**

## INVOICE

| Customer Number | Completed |
|---|---|
| **800003E2-1277940276** | **7/17/2013** |
| Billing Address | Shipping Address |
| **MI PUEBLO FOOD CENTER #19** | **MI PUEBLO FOOD CENTER #19** |
| Contact | Route # / Sales Person |
|  | **ROUTE HAYWARD** / **Salvador Cardenas** |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---:|---:|---:|
| 101:101-1 | Corn Tortilla-pkg. | 36 | $1.90 | $68.40 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 4 | $1.45 | $5.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 8 | $2.25 | $18.00 |

Item count: 48

Signed by: david

### TICKET SUMMARY

| SUBTOTAL | $92.20 |
|---|---:|
| TAX | $0.00 |
| **TOTAL** | **$92.20** |

### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---:|
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | **$92.20** |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102199311**

| INVOICE | | | |
|---|---|---|---|
| Customer Number<br>**800003E2-1277940276** | | Completed<br>**7/18/2013** | |
| Billing Address<br>**MI PUEBLO FOOD CENTER #19** | | Shipping Address<br>**MI PUEBLO FOOD CENTER #19** | |
| Contact | | Route #<br>**ROUTE HAYWARD** | Sales Person<br>**Salvador Cardenas** |

| ITEMS | | | | |
|---|---|---|---|---|
| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
| 101:101-1 | Corn Tortilla-pkg. | 24 | $1.90 | $45.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 2 | $1.45 | $2.90 |
| 111:111-1 | Masa-for tortilla-3lb. | 6 | $2.25 | $13.50 |

Item count: 32

Signed by: david

| TICKET SUMMARY | |
|---|---|
| SUBTOTAL | $62.00 |
| TAX | $0.00 |
| **TOTAL** | $62.00 |

| PAYMENT SUMMARY | |
|---|---|
| **PAYMENT TYPE** | PO/Ref. Number: |
| **PAYMENT AMOUNT** | $0.00 |
| **BALANCE DUE** | $62.00 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102200311**

## INVOICE

| Customer Number | Completed |
|---|---|
| 800003E2-1277940276 | 7/19/2013 |
| Billing Address | Shipping Address |
| **MI PUEBLO FOOD CENTER #19** | **MI PUEBLO FOOD CENTER #19** |
| Contact | Route # / Sales Person |
|  | **ROUTE HAYWARD** / **Salvador Cardenas** |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 30 | $1.90 | $57.00 |
| 111:111-1 | Masa-for tortilla-3lb. | 4 | $2.25 | $9.00 |

Item count: 34

Signed by: luis

### TICKET SUMMARY

| SUBTOTAL | $66.00 |
|---|---|
| TAX | $0.00 |
| **TOTAL** | **$66.00** |

### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | **$66.00** |



| | | |
|---|---|---|
| **La Finca Tortilleria** | | **Ticket No.** |
| 909 King Street | | **102201311** |
| Oakland, CA 94606 | | |
| 5102616601 | | |

## INVOICE

| Customer Number | Completed |
|---|---|
| 800003E2-1277940276 | 7/20/2013 |
| **Billing Address** | **Shipping Address** |
| MI PUEBLO FOOD CENTER #19 | MI PUEBLO FOOD CENTER #19 |
| Contact | Route # / Sales Person |
| | ROUTE HAYWARD / Salvador Cardenas |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 78 | $1.90 | $148.20 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 8 | $1.45 | $11.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 2 | $5.00 | $10.00 |

Item count: 100

Signed by: luis



### TICKET SUMMARY

| | |
|---|---|
| SUBTOTAL | $196.80 |
| TAX | $0.00 |
| **TOTAL** | **$196.80** |

### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | **$196.80** |

Case: 13-53893    Doc# 148-4    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 4 of 13



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**102203311**

## INVOICE

| Customer Number | Completed |
|---|---|
| **800003E2-1277940276** | **7/22/2013** |
| Billing Address | Shipping Address |
| **MI PUEBLO FOOD CENTER #19** | **MI PUEBLO FOOD CENTER #19** |
| Contact | Route # / Sales Person |
|  | **ROUTE HAYWARD** / **Salvador Cardenas** |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 4 | $1.45 | $5.80 |

Item count: 4

Signed by: david

### TICKET SUMMARY

| | |
|---|---|
| SUBTOTAL | $5.80 |
| TAX | $0.00 |
| **TOTAL** | **$5.80** |

### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | **$5.80** |

Case: 13-53893    Doc# 148-4    Filed: 08/20/13    Entered: 08/20/13 15:42:22    Page 5 of 13

# LA FINCA TORTILLERIA, INC.
## Customer Open Balance
### July 2 - 22, 2013

| Type | Date | Num | Open Balance | Amount |
|---|---|---|---:|---:|
| **MI PUEBLO FOOD CENTER #21** | | | | |
| Invoice | 7/2/2013 | 108183305 | 294.15 | 294.15 |
| Invoice | 7/5/2013 | 108186305 | 269.15 | 269.15 |
| Invoice | 7/9/2013 | 108190305 | 185.80 | 185.80 |
| Invoice | 7/12/2013 | 108193305 | 315.40 | 315.40 |
| Invoice | 7/16/2013 | 108197305 | 212.70 | 212.70 |
| Invoice | 7/19/2013 | 108200305 | 283.05 | 283.05 |
| Total MI PUEBLO FOOD CENTER #21 | | | 1,560.25 | 1,560.25 |
| **TOTAL** | | | **1,560.25** | **1,560.25** |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108183305**

## INVOICE

| Customer Number | Completed |
|---|---|
| **80000515-1332272962** | **7/2/2013** |
| Billing Address | Shipping Address |
| **MI PUEBLO FOOD CENTER #21** | **MI PUEBLO FOOD CENTER #21** |
| Contact | Route # / Sales Person |
|  | **ROUTE TRACY** / **Walter Barahona** |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 84 | $1.90 | $159.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 27 | $1.45 | $39.15 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 24 | $1.90 | $45.60 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |

Item count: 159

Signed by: 7

### TICKET SUMMARY

| SUBTOTAL | $294.15 |
|---|---|
| TAX | $0.00 |
| **TOTAL** | **$294.15** |

### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | **$294.15** |





**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108186305**

## INVOICE

| Customer Number | Completed |
|---|---|
| **80000515-1332272962** | **7/5/2013** |

| Billing Address | Shipping Address |
|---|---|
| **MI PUEBLO FOOD CENTER #21** | **MI PUEBLO FOOD CENTER #21** |

| Contact | Route # | Sales Person |
|---|---|---|
|  | **ROUTE TRACY** | **Walter Barahona** |

## ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 84 | $1.90 | $159.60 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 31 | $1.45 | $44.95 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 22 | $1.90 | $41.80 |

Item count: 149

Signed by: 7

## TICKET SUMMARY

| SUBTOTAL | $269.15 |
|---|---|
| TAX | $0.00 |
| **TOTAL** | $269.15 |

## PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| PAYMENT AMOUNT | $0.00 |
| BALANCE DUE | $269.15 |





**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
108190305

### INVOICE

| Customer Number | Completed |
|---|---|
| 80000515-1332272962 | 7/9/2013 |

| Billing Address | Shipping Address |
|---|---|
| MI PUEBLO FOOD CENTER #21 | MI PUEBLO FOOD CENTER #21 |

| Contact | Route # | Sales Person |
|---|---|---|
|  | ROUTE TRACY | Walter Barahona |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 60 | $1.90 | $114.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 20 | $1.45 | $29.00 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 4 | $5.00 | $20.00 |

Item count: 96

Signed by: 7



### TICKET SUMMARY

| SUBTOTAL | $185.80 |
|---|---|
| TAX | $0.00 |
| **TOTAL** | $185.80 |

### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | $185.80 |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108193305**

### INVOICE

| Customer Number | Completed |
|---|---|
| 80000515-1332272962 | 7/12/2013 |

| Billing Address | Shipping Address |
|---|---|
| MI PUEBLO FOOD CENTER #21 | MI PUEBLO FOOD CENTER #21 |

| Contact | Route # | Sales Person |
|---|---|---|
|  | ROUTE TRACY | Walter Barahona |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 81 | $1.90 | $153.90 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 22 | $1.45 | $31.90 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 24 | $2.25 | $54.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 6 | $5.00 | $30.00 |

Item count: 157

Signed by: 7

### TICKET SUMMARY

| SUBTOTAL | $315.40 |
|---|---|
| TAX | $0.00 |
| **TOTAL** | **$315.40** |

### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | **$315.40** |



## La Finca Tortilleria
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108197305**

### INVOICE

| Customer Number | Completed |
|---|---|
| 80000515-1332272962 | 7/16/2013 |
| Billing Address | Shipping Address |
| **MI PUEBLO FOOD CENTER #21** | **MI PUEBLO FOOD CENTER #21** |
| Contact | Route # / Sales Person |
|  | **ROUTE TRACY** / **Walter Barahona** |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 60 | $1.90 | $114.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 18 | $1.45 | $26.10 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 12 | $2.25 | $27.00 |

Item count: 114

Signed by: 7



### TICKET SUMMARY

| SUBTOTAL | $212.70 |
|---|---|
| TAX | $0.00 |
| **TOTAL** | **$212.70** |

### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| PAYMENT AMOUNT | $0.00 |
| **BALANCE DUE** | **$212.70** |



**La Finca Tortilleria**
909 King Street
Oakland, CA 94606
5102616601

**Ticket No.**
**108200305**

### INVOICE

| Customer Number | Completed |
|---|---|
| 80000515-1332272962 | 7/19/2013 |

| Billing Address | Shipping Address |
|---|---|
| MI PUEBLO FOOD CENTER #21 | MI PUEBLO FOOD CENTER #21 |

| Contact | Route # | Sales Person |
|---|---|---|
|  | ROUTE TRACY | Walter Barahona |

### ITEMS

| ITEM NUMBER | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| 101:101-1 | Corn Tortilla-pkg. | 70 | $1.90 | $133.00 |
| 103:103-1 | Corn Tortilla-4 1/2-pkg. | 21 | $1.45 | $30.45 |
| 107:107-1 | Corn Chips-1 lb pkt | 12 | $1.90 | $22.80 |
| 108:108-1 | Tostadas Caseras-pkg. | 12 | $1.90 | $22.80 |
| 111:111-1 | Masa-for tortilla-3lb. | 24 | $2.25 | $54.00 |
| 112:112-1 | Masa Preparada-( 5lbs) bls | 4 | $5.00 | $20.00 |

Item count: 143

Signed by: 7

### TICKET SUMMARY

| SUBTOTAL | $283.05 |
|---|---|
| TAX | $0.00 |
| **TOTAL** | **$283.05** |

### PAYMENT SUMMARY

| PAYMENT TYPE | PO/Ref. Number: |
|---|---|
| PAYMENT AMOUNT | $0.00 |
| BALANCE DUE | $283.05 |