1  Bruce J. Zabarauskas (SBN 284601)
   THOMPSON & KNIGHT LLP
2  10100 Santa Monica Boulevard, Suite 950
3  Los Angeles, CA 90067
   Telephone:  (310) 203.6900
4  Facsimile:   (310) 203.6980

5  -and-

6  Katharine Battaia Clark *Pro Hac Vice Pending* (Texas Bar No. 24046712)
   THOMPSON & KNIGHT LLP
7  1722 Routh Street, Suite 1500
   Dallas, Texas 75201
8  Telephone: (214) 969.1700
   Facsimile: (214) 969.1751
9

10 ATTORNEYS FOR AZTECA MILLING L.P.

11                   **UNITED STATES BANKRUPTCY COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13                            **SAN JOSE DIVISION**

14 In re:                                    Case No. 13-53893-ASW

15 MI PUEBLO SAN JOSE INC.,                  Chapter 11

16              Debtor.

17                                           **MOTION OF AZTECA MILLING L.P.
                                             FOR ALLOWANCE AND PAYMENT**
18                                           **OF   ADMINISTRATIVE   EXPENSE
                                             CLAIM  PURSUANT  TO  11  U.S.C.**
19                                           **§ 503(B)(9)**

20

21
       Azteca Milling L.P. ("<u>Azteca</u>") hereby files this *Motion for Allowance and Payment of*
22
   *Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9)* (the "<u>Motion</u>") and would
23
   respectfully show the Court as follows:
24
                            **JURISDICTION AND VENUE**
25
26     1.      Pursuant to 28 U.S.C. §§ 157 and 1334, the Court has jurisdiction over this
27 Motion and the relief requested herein.  Pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), and (O), this
28

MOTION OF AZTECA MILLING L.P. FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9) - Page 1
022027 000027 7616851.4

Motion presents a core proceeding. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief requested herein is 11 U.S.C. §§ 503(a), 503(b)(9), and 507(a)(2).

## BACKGROUND

3. Azteca was a supplier of goods to Mi Pueblo San Jose, Inc. (the "Debtor") prior to the commencement of this bankruptcy proceeding.

4. On July 22, 2013 (the "Petition Date"), the Debtor commenced the above-captioned case by filing a voluntary petition for relief under Title 11 of Chapter 11 of the United Sates Code (the "Bankruptcy Code").

5. The Debtor is a retail grocery store chain. Prior to the Petition Date, Azteca sold certain food products including corn flour (the "Goods") to the Debtor, in the ordinary course of the Debtor's business, on a purchase order basis that the Debtor sells at its various stores.

6. The invoice summary, invoices, and bills of lading (attached hereto as **Exhibit A**) demonstrate that Azteca provided the Goods to the Debtor, and that the Goods were received by the Debtor during the 20 days before the Petition Date.

7. The total amount due to Azteca for the Goods shipped to and received by the Debtor during the 20 days prior to the Petition Date is **$119,519.31**.

8. The Debtor has not paid Azteca for the Goods.

## RELIEF REQUESTED

9. Pursuant to 11 U.S.C. § 503(b)(9), after notice and a hearing, there shall be allowed an administrative expense claim for "the value of any goods received by the debtor within 20 days before the date of the commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

MOTION OF AZTECA MILLING L.P. FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9) - Page 2
022027 000027 7616851.4

10.     The Debtor received the Goods provided by Azteca within 20 days before the commencement of this case.

11.     Azteca sold the Goods to the Debtor in the ordinary course of the Debtor's business.

12.     Therefore, Azteca requests the allowance and payment of its claim as an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) and in accordance with the 20-day claims process established by the Court in its order dated July 31, 2013 [Dkt No. 74] (the "July 31 Order").

13.     Azteca reserves its right to (A) request allowance and/or payment of any additional administrative expenses that are or may become due during this case, (B) further participate in the 20-day claims process ordered by the Court in its July 31 Order, and (C) file its official proof of claim in this case for all outstanding pre-petition amounts due to it by the Debtor.

14.     The name and address where notices should be sent regarding this Motion is:

Katharine Battaia Clark
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas  75201
Telephone: 214-969-1700
Email: katie.clark@tklaw.com

-and-

David Salazar, Sr. Director  – Legal Services
GRUMA CORPORATION
1159 Cottonwood Lane
Irving, TX 75038
Telephone: 972-2325037
Email: dsalazarc@gruma.com

MOTION OF AZTECA MILLING L.P. FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 1 U.S.C. § 503(B)(9) - Page 3
022027 000027 7616851.4

1    **WHEREFORE,** Azteca respectfully asks this Court to enter an Order (A) allowing

2  Azteca a Chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the

3  amount of **$119,519.31**; (B) ordering the Debtor to pay such allowed administrative expense

4  immediately as an undisputed claim pursuant to the provisions of the Code July 31 Order

5  governing distributions; and (C) granting Azteca such other and further relief as this Court deems

6  appropriate.

7

8          RESPECTFULLY SUBMITTED this 23rd day of August, 2013.

9

10                                                    By:  /s/ *Bruce J. Zabarauskas*

11                                                    **THOMPSON & KNIGHT LLP**

12                                                    Bruce J. Zabarauskas (SBN 284601)
                                                      THOMPSON & KNIGHT LLP
13                                                    10100 Santa Monica Boulevard, Suite 950
                                                      Los Angeles, CA 90067
14                                                    Telephone:  (310) 203.6900
                                                      Facsimile:   (310) 203.6980
15

16                                                    -and-

17                                                    Katharine Battaia Clark *Pro Hac Vice Pending*
                                                      (Texas Bar No. 24046712)
18                                                    THOMPSON & KNIGHT LLP
                                                      1722 Routh Street, Suite 1500
19                                                    Dallas, Texas  75201
                                                      Telephone: 214-969-1700
20                                                    Facsimile: 214-969-1751

21
                                                      **ATTORNEYS FOR AZTECA MILLING L.P.**
22

23

24

25

26

27

28

MOTION OF AZTECA MILLING L.P. FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9) - Page 4
022027 000027 7616851.4

# CERTIFICATE OF SERVICE

I, Katharine Battaia Clark, declare:

I am over the age of eighteen years and not a party to the within action. I am a member of the bar of the State of Texas, and I am awaiting *pro hac vice* admittance in this Court. My business address is Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, Texas 75201.

On August 23, 2013, I served the document described as **MOTION OF AZTECA MILLING L.P. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9)** in this action by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid on the parties indicated below and by the Court's CM/ECF system on all parties consenting to service by same.

Court
Judge Arthur S. Weissbrodt
c/o Brook Esparza
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

United States Trustee
Emily S. Keller, Esq.
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113

Debtor
Mi Pueblo San Jose, Inc.
P.O. Box 3288
12 San Jose, CA 95156

Attorneys for Debtor
Heinz Binder, Esq.
Robert G. Harris, Esq.
David B. Rao, Esq.
Wendy W. Smith, Esq.
Roya Shakoori
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Special Counsel for Debtor
Wm. Thomas Lewis, Esq.
Roberston & Lewis
150 Almaden Boulevard, Suite 950
San Jose, CA 95113-2375

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2013 at Dallas, Texas.

_____
Katharine Battaia Clark

MOTION OF AZTECA MILLING L.P. FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9) - Page 5
022027 000027 7616851.4

Case: 13-53893   Doc# 158   Filed: 08/23/13   Entered: 08/23/13 14:39:44   Page 5 of 5