Bruce J. Zabarauskas (SBN 284601)
THOMPSON & KNIGHT LLP
10100 Santa Monica Boulevard, Suite 950
Los Angeles, CA 90067
Telephone: (310) 203.6900
Facsimile: (310) 203.6980

-and-

Katharine Battaia Clark *Admitted Pro Hac Vice* (Texas Bar No. 24046712)
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969.1700
Facsimile: (214) 969.1751

ATTORNEYS FOR GRUMA CORPORATION D/B/A MISSION FOODS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MI PUEBLO SAN JOSE INC.,<br><br>Debtor. | Case No. 13-53893-ASW<br><br>Chapter 11<br><br>**MOTION OF GRUMA CORPORATION D/B/A MISSION FOODS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9)** |

Gruma Corporation d/b/a Mission Foods ("Gruma") hereby files this *Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9)* (the "Motion") and would respectfully show the Court as follows:

**JURISDICTION AND VENUE**

1. Pursuant to 28 U.S.C. §§ 157 and 1334, the Court has jurisdiction over this Motion and the relief requested herein. Pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), and (O), this

MOTION OF GRUMA CORPORATION D/B/A MISSION FOODS FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9) - Page 1
022027 000097 7702471.2

Case: 13-53893   Doc# 198   Filed: 08/29/13   Entered: 08/29/13 17:30:56   Page 1 of 5

Motion presents a core proceeding. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief requested herein is 11 U.S.C. §§ 503(a), 503(b)(9), and 507(a)(2).

## BACKGROUND

3. Gruma was a supplier of goods to Mi Pueblo San Jose, Inc. (the "Debtor") prior to the commencement of this bankruptcy proceeding.

4. On July 22, 2013 (the "Petition Date"), the Debtor commenced the above-captioned case by filing a voluntary petition for relief under Title 11 of Chapter 11 of the United Sates Code (the "Bankruptcy Code").

5. The Debtor is a retail grocery store chain. Prior to the Petition Date, Gruma sold certain products (the "Goods") to the Debtor in the ordinary course of the Debtor's business that the Debtor sells at its various stores.

6. The invoice summary, invoices, and product receipts (which include electronic signatures acknowledging acceptance of product by store personnel) attached hereto as **Exhibit A** demonstrate that Gruma provided the Goods to the Debtor, and that the Goods were received by the Debtor during the 20 days before the Petition Date.

7. The total amount due to Gruma for the Goods shipped to and received by the Debtor during the 20 days prior to the Petition Date is **$294,041.34**.

8. The Debtor has not paid Gruma for the Goods.

## RELIEF REQUESTED

9. Pursuant to 11 U.S.C. § 503(b)(9), after notice and a hearing, there shall be allowed an administrative expense claim for "the value of any goods received by the debtor

MOTION OF GRUMA CORPORATION D/B/A MISSION FOODS FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9) - Page 2
022027 000097 7702471.2

Case: 13-53893    Doc# 198    Filed: 08/29/13    Entered: 08/29/13 17:30:56    Page 2 of 5

within 20 days before the date of the commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

10. The Debtor received the Goods provided by Gruma within 20 days before the commencement of this case.

11. Gruma sold the Goods to the Debtor in the ordinary course of the Debtor's business.

12. Therefore, Gruma requests the allowance and payment of its claim as an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) and in accordance with the 20-day claims process established by the Court in its order dated July 31, 2013 [Dkt No. 74] (the "July 31 Order").

13. Gruma reserves its right to (A) request allowance and/or payment of any additional administrative expenses that are or may become due during this case, (B) further participate in the 20-day claims process ordered by the Court in its July 31 Order, and (C) file its official proof of claim in this case for all outstanding pre-petition amounts due to it by the Debtor.

14. The name and address where notices should be sent regarding this Motion is:

Bruce J. Zabarauskas
THOMPSON & KNIGHT LLP
10100 Santa Monica Boulevard, Suite 950
Los Angeles, CA 90067
Telephone: (310) 203-6900
Email: bruce.zabarauskas@tklaw.com

-and-

Katharine Battaia Clark
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Email: katie.clark@tklaw.com

MOTION OF GRUMA CORPORATION D/B/A MISSION FOODS FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9) - Page 3
022027 000097 7702471.2

Case 13-53893    Doc# 198    Filed: 08/29/13    Entered: 08/29/13 17:30:56    Page 3 of 5

-and-

David Salazar, Sr. Director – Legal Services
GRUMA CORPORATION
1159 Cottonwood Lane
Irving, TX 75038
Telephone: 972-232-5037
Email: dsalazarc@gruma.com

**WHEREFORE,** Gruma respectfully asks this Court to enter an Order (A) allowing Gruma a Chapter 11 administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of **$294,041.34**; (B) ordering the Debtor to pay such allowed administrative expense immediately as an undisputed claim pursuant to the provisions of the Code July 31 Order governing distributions; and (C) granting Gruma such other and further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED this 29th day of August, 2013.

By: /s/ *Bruce J. Zabarauskas*

**THOMPSON & KNIGHT LLP**

Bruce J. Zabarauskas (SBN 284601)
THOMPSON & KNIGHT LLP
10100 Santa Monica Boulevard, Suite 950
Los Angeles, CA 90067
Telephone: (310) 203.6900
Facsimile: (310) 203.6980

-and-

Katharine Battaia Clark *Admitted Pro Hac Vice*
(Texas Bar No. 24046712)
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214-969-1700
Facsimile: 214-969-1751

**ATTORNEYS FOR GRUMA CORPORATION d/b/a MISSION FOODS**

MOTION OF GRUMA CORPORATION D/B/A MISSION FOODS FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9) - Page 4
022027 000097 7702471.2

Case 13-53893    Doc# 198    Filed: 08/29/13    Entered: 08/29/13 17:30:56    Page 4 of 5

# CERTIFICATE OF SERVICE

I, Katharine Battaia Clark, declare:

I am over the age of eighteen years and not a party to the within action. I am a member of the bar of the State of Texas, and I am admitted *pro hac vice* in this Court. My business address is Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, Texas 75201.

On August 29, 2013, I served the document described as **MOTION OF GRUMA CORPORATION D/B/A MISSION FOODS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9)** in this action by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid on the parties indicated below and by the Court's CM/ECF system on all parties consenting to service by same.

| | |
|---|---|
| Court<br>Judge Arthur S. Weissbrodt<br>c/o Brook Esparza<br>United States Courthouse, Room 3035<br>280 South First Street<br>San Jose, CA 95113-3099 | Special Counsel for Debtor<br>Wm. Thomas Lewis, Esq.<br>Roberston & Lewis<br>150 Almaden Boulevard, Suite 950<br>San Jose, CA 95113-2375 |
| Debtor<br>Mi Pueblo San Jose, Inc.<br>P.O. Box 3288<br>12 San Jose, CA 95156 | United States Trustee<br>Emily S. Keller, Esq.<br>Office of the United States Trustee<br>280 S. First Street, Suite 268<br>San Jose, CA 95113 |
| Attorneys for Debtor<br>Heinz Binder, Esq.<br>Robert G. Harris, Esq.<br>David B. Rao, Esq.<br>Wendy W. Smith, Esq.<br>Roya Shakoori<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Counsel for Official Committee Of Unsecured Creditors<br>Gabriel I. Glazer<br>Eric D. Goldberg<br>Danielle A. Pham<br>Stutman, Treister and Glatt P.C.<br>1901 Avenue of the Stars #1200<br>Los Angeles, CA 90067 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2013 at Dallas, Texas.

                                            */s/ Katharine Battaia Clark*
                                                  Katharine Battaia Clark

MOTION OF GRUMA CORPORATION D/B/A MISSION FOODS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9) - Page 5

022027 000097 7702471.2

Case: 13-53893    Doc# 198    Filed: 08/29/13    Entered: 08/29/13 17:30:56    Page 5 of 5