| | |
|---|---|
| 1 | NOSSAMAN LLP<br>ROBERT S. MCWHORTER (CA 226186)<br>rmcwhorter@nossaman.com<br>915 L Street, Suite 1000<br>Sacramento, CA 95814<br>Telephone: 916.442.8888<br>Facsimile: 916.442.0382 |
| 2 | |
| 3 | |
| 4 | |
| 5 | - and - |
| 6 | NOSSAMAN LLP<br>ALLAN H. ICKOWITZ (CA 80994)<br>aickowitz@nossaman.com<br>JENNIFER L. MEEKER (CA 260138)<br>jmeeker@nossaman.com<br>777 South Figueroa Street, 34th Floor<br>Los Angeles, California 90071<br>Telephone: 213.612.7800<br>Facsimile: 213.612.7801 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Attorneys for Rizo Lopez Foods, Inc. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| In re: | Case No: 13-53893-ASW |
|---|---|
| MI PUEBLO SAN JOSE, INC., | Chapter 11 |
| Debtor. | **DECLARATION OF MARK RATLIFF IN SUPPORT OF RIZO LOPEZ FOODS, INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIMS UNDER BANKRUPTCY CODE §§ 503(b)(9) AND 507(a)(2)** |
| | Date: October 4, 2013<br>Time: 1:45 p.m.<br>Courtroom: Courtroom 3020<br>Judge: Hon. Arthur S. Weissbrodt |

I, Mark Ratliff, declare as follows:

1. I am making this Declaration based on personal knowledge and state affirmatively, that if called as a witness, I can testify competently to the facts set forth in this Declaration.

2. I am the Assistant Controller for Rizo Lopez Foods, Inc., which is a California corporation that is in the business of supplying cheese, yogurt, and other foods products to food industry establishments in Northern California. I have personal knowledge of the account involving Mi Pueblo San Jose, Inc. ("Debtor").

3. During the twenty (20) days prior to the Petition Date (i.e. from July 2, 2013 to July 21, 2013), Rizo Lopez Foods, Inc. sold and delivered goods (collectively, the "Pre-Petition Goods") on credit to the Debtor in the ordinary course of business. The total value of the Pre-Petition Goods equals $222,910.17. Because of the voluminous nature of the underlying invoices, I prepared a spreadsheet summarizing the sale and delivery of the Pre-Petition Goods to the Debtor. A true and correct copy of this spreadsheet and the underlying invoices relating to the sale and delivery of the Pre-Petition Goods, are attached to this Declaration **Exhibits A and B**, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 30, 2013

_____
MARK RATLIFF

136279_1.DOC