NOSSAMAN LLP
ROBERT S. MCWHORTER (CA 226186)
rmcwhorter@nossaman.com
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile: 916.442.0382

- and -

NOSSAMAN LLP
ALLAN H. ICKOWITZ (CA 80994)
aickowitz@nossaman.com
JENNIFER L. MEEKER (CA 260138)
jmeeker@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, California 90071
Telephone: 213.612.7800
Facsimile: 213.612.7801

Attorneys for Rizo Lopez Foods, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| In re:<br><br>MI PUEBLO SAN JOSE, INC.,<br><br>      Debtor. | Case No: 13-53893-ASW<br><br>Chapter 11<br><br>Date:        October 4, 2013<br>Time:      1:45 p.m.<br>Courtroom: Courtroom 3020<br>Judge:     Hon. Arthur S. Weissbrodt |

**NOTICE OF HEARING ON MOTION OF RIZO LOPEZ FOODS, INC.
FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE
CLAIMS UNDER BANKRUPTCY CODE §§503(b)(9) AND 507(a)(2)**

TO: THE HONORABLE ARTHUR S. WEISSBRODT, MI PUEBLO SAN JOSE, INC., WELLS FARGO BANK, N.A., AND ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Rizo Lopez Foods, Inc. creditor in the above-styled case, is requesting a hearing on **October 4, 2013**, under Bankruptcy Code sections 503(b)(9), and 507(a)(2), and is seeking relief for an allowance of payments for Chapter 11 Administrative Expenses under Bankruptcy Code § 503(b)(9) (the "Motion"). The complete Motion is available for inspection through the electronic docket, at the Office of the Clerk at the U.S. Courthouse, 280 South First Street, Room 3035, San Jose, California, 95113-3099, or by contacting the undersigned.

The Motion has been served electronically on Wells Fargo Bank ("WFB"); Rizo Lopez Foods, Inc. requests that the Debtor also immediately deliver to WFB a "Claim Package," as set forth in Paragraph 6 of the "AMENDED Order (I) Granting Administrative Expense Status to Debtor's Undisputed Obligations to Vendors Arising from Post-Petition Delivery of Goods Ordered Pre-Petition and Authorizing Debtor to Pay Such Obligations in the Ordinary Course of Business; (II) Authorizing Payment for Goods Received Within Twenty Days of Filing and Establishing Administrative Claims Bar Date for Section 503(b)(9) Claims; and (III) Establishing Procedures and to Allow Claims of Perishable Agricultural Commodities Act and Packers and Stockyard Act Claimants" (the "Amended Order").

The Amended Order provides that WFB shall have three (3) business days after the date of receipt of the Claim Package to review the documentation. If WFB objects to payment of Rizo Lopez Foods, Inc.'s claim, the hearing on October 4, 2013 will provide sufficient notice pursuant to the Amended Order, with a briefing schedule as set forth in Paragraph 6 of the Amended Order.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.** If you do not have an attorney, you may wish to consult one.

If you do not want the court to approve this Motion, or if you want the Court to consider your views on the Motion, then on or before seven (7) days prior to the hearing, you or your attorney must:

1     a.     File with the Court a written response, explaining your position, via ECF or at the Office of the Clerk, at 280 South First Street, Room 3035, San Jose, California, 95113-3099. If you do not file a written response, the court may remove the matter from the calendar and rule on the Motion before the hearing. Simply appearing at the hearing is not sufficient to protect any rights you may have.

     b.     If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

     c.     You must also mail a copy to:

Robert S. McWhorter, Esq., Attorney for Rizo Lopez Foods, Inc.
Nossaman LLP
621 Capitol Mall, 25th Floor
Sacramento, CA 95814

and any other party who has filed a request for special notice in this case.

     d.     Attend the hearing scheduled on October 4, 2013 at 3:00 p.m. at the United States Bankruptcy Court, 280 South First Street, Room 3020, San Jose, CA 95113-3099, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

DATED: August 30, 2013                    NOSSAMAN LLP


                                                             */s/ Robert S. McWhorter*
                                                     ROBERT S. MCWHORTER
                                                     Attorney for Movant
                                                     RIZO LOPEZ FOODS, INC.

136279_1.DOC