Bruce J. Zabarauskas (SBN 284601)
THOMPSON & KNIGHT LLP
10100 Santa Monica Boulevard, Suite 950
Los Angeles, CA 90067
Telephone: (310) 203.6900
Facsimile: (310) 203.6980

-and-

Katharine Battaia Clark *Admitted Pro Hac Vice* (Texas Bar No. 24046712)
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969.1700
Facsimile: (214) 969.1751

ATTORNEYS FOR GRUMA CORPORATION D/B/A MISSION FOODS

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MI PUEBLO SAN JOSE INC.,<br><br>Debtor. | Case No. 13-53893-ASW<br><br>Chapter 11<br><br>1) **NOTICE OF HEARING ON MOTION OF GRUMA CORPORATION D/B/A MISSION FOODS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9);**<br><br>2) **WELL FARGO BANK'S OPPOSITION THERETO; AND**<br><br>3) **OPPORTUNITY FOR HEARING BY OTHER PARTIES ON SAID APPLICATION**<br><br>HEARING DATE: OCTOBER 18, 2013<br>TIME: 3:00 P.M.<br>COURT: JUDGE ARTHUR S. WEISSBRODT |

TO: THE HONORABLE ARTHUR S. WEISSBRODT, MI PUEBLO SAN JOSE, INC., WELLS FARGO BANK, N.A., AND ALL OTHER INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 503(b)(9) and the *Amended Order (I) Granting Administrative Expense Status to Debtor's Undisputed Obligations to Vendors Arising from Postpetition Delivery of Goods Ordered Pre-Petition and Authorizing Debtor to Pay Such Obligations in the Ordinary Course of Business; (II) Authorizing Payment for Goods Received Within Twenty Days of Filing and Establishing Administrative Claims Bar and to Allow Claims of Perishable Agricultural Commodities Act and Packers and Stockyard Act Claimants Date for Section 503(B)(9) Claims; and (III) Establishing Procedures* [Dkt. No. 74] (the "<u>Vendor Order</u>"), Gruma Corporation d/b/a Mission Foods ("<u>Gruma</u>"), creditor in the above-captioned case, filed its *Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9)* (the "<u>Motion</u>") [Dkt. Nos. 198] (the "<u>Application</u>"). The completed Application is available for inspection through the electronic docket, at the Office of the Clerk at the U.S. Courthouse, 280 S. First Street, Room 3035, San Jose, CA 95113, or by contacting the undersigned.

The Application was electronically served on the Debtor and all parties entitled to service through ECF, including Wells Fargo Bank, N.A., on August 29, 2013. Wells Fargo Bank, N.A. filed its *Opposition to Application of Gruma Corporation d/b/a Mission Foods for Allowance and Payment of Administrative Expense Under Bankruptcy Code 503(b)(9)* [Dkt. No. 226] on September 4, 2013.

Any other party or person wishing to object to the Application should follow the procedures of Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California by: a) serving a written objection on the initiating party at least 14 days prior to the actual scheduled hearing date; and b) serving a copy of the request or objection upon Gruma, the debtor's counsel, counsel for the unsecured creditors committee, counsel for Wells Fargo Bank and the United States Trustee. Any such request for hearing or objection must

be accompanied by any declarations or memoranda of law the requesting or objecting party wishes to present in support of its position. If such a request or objection is timely filed, the hearing on said request or objection will also take place on October 18, 2013 at 3:00 p.m. or, if necessary, a later date, on at least seven days written notice.

RESPECTFULLY SUBMITTED this 19th day of September, 2013.

By: /s/ *Bruce J. Zabarauskas*

**THOMPSON & KNIGHT LLP**

Bruce J. Zabarauskas (SBN 284601)
THOMPSON & KNIGHT LLP
10100 Santa Monica Boulevard, Suite 950
Los Angeles, CA 90067
Telephone: (310) 203.6900
Facsimile: (310) 203.6980

-and-

Katharine Battaia Clark *Admitted Pro Hac Vice*
(Texas Bar No. 24046712)
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214-969-1700
Facsimile: 214-969-1751

**ATTORNEYS FOR GRUMA CORPORATION D/B/A MISSION FOODS**

# CERTIFICATE OF SERVICE

I, Katharine Battaia Clark, declare:

I am over the age of eighteen years and not a party to the within action. I am a member of the bar of the State of Texas, and I am admitted *pro hac vice* in this Court. My business address is Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, Texas 75201.

On September 19, 2013, I served the document described as **NOTICE OF HEARING ON MOTION OF GRUMA CORPORATION D/B/A MISSION FOODS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(B)(9)** in this action by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid on the parties indicated below and by the Court's CM/ECF system on all parties consenting to service by same.

Court
Judge Arthur S. Weissbrodt
c/o Brook Esparza
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

United States Trustee
Emily S. Keller, Esq.
Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113

Debtor
Mi Pueblo San Jose, Inc.
P.O. Box 3288
12 San Jose, CA 95156

Special Counsel for Debtor
Wm. Thomas Lewis, Esq.
Roberston & Lewis
150 Almaden Boulevard, Suite 950
San Jose, CA 95113-2375

Attorneys for Debtor
Heinz Binder, Esq.
Robert G. Harris, Esq.
David B. Rao, Esq.
Wendy W. Smith, Esq.
Roya Shakoori
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Attorney for Wells Fargo Bank, N.A.
Robert B. Kaplan
Walter W. Gouldsbury III
Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2013 at Dallas, Texas.

_____
Katharine Battaia Clark