Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Roya Shakoori (SBN 236383)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531

Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Roya@bindermalter.com

Attorneys for Debtor and Debtor-in-Possession
MI PUEBLO SAN JOSE, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

MI PUEBLO SAN JOSE, INC.,

      Debtor.

Case No. 13-53893-ASW

Chapter 11

**EX PARTE APPLICATION FOR ORDER SPECIALLY SETTING HEARING ON MOTION TO EXTEND EXCLUSIVE PERIODS (11 U.S.C. §§1121(d))**

TO THE HONORABLE ARTHUR S. WEISSBRODT:

    Debtor and debtor in possession Mi Pueblo San Jose, Inc. ("Mi Pueblo") hereby applies to the Court for an order specially setting a hearing on the Motion To Extend Exclusive Periods ("Exclusivity Motion") to November 8, 2013 at 2:15 p.m., the same date and time specially set for hearing on Mi Pueblo's Motion to Extend Time to Assume or Reject Non-Residential Real Property Leases (the "Lease Motion"). The reason for this request is that Mi Pueblo is continuing to negotiate with its secured lender, Wells Fargo Bank, for continued financing while also exploring replacement financing and evaluating claims in the case and, therefore, needs

additional time to propose a feasible Plan of Reorganization. In order to give sufficient notice to the required and interested parties and obtain an Order prior to the November 19, 2013 termination of the exclusive period to file a plan and obtain acceptances thereof set forth under 11 U.S.C. §§1121(c)(2) and 1121(c)(3), Mi Pueblo would need a hearing date in advance of the Court's next regular motion calendar on November 22, 2013.

Mi Pueblo respectfully represents as follows in support of this Application:

1. On July 22, 2013, Mi Pueblo filed a voluntary petition under chapter 11. No trustee has been appointed and Mi Pueblo is a debtor-in-possession of its assets pursuant to 11 U.S.C. §1107 and §1108.

2. Mi Pueblo operates twenty-one grocery stores, fifteen in the Bay Area, three in the Central Coast and three in the Central Valley. Mi Pueblo also maintains a warehouse and distribution center in Milpitas, offices in San Jose, and a workshop and storage facility.

3. The Bankruptcy Code allows a debtor one-hundred and twenty (120) days from the entry of the Order for Relief (i.e., the commencement of the case) the exclusive right to file a Plan of Reorganization. 11 U.S.C. §1121(b). For cause, the Court may reduce or increase the 120-day period or the 180-day period. 11 U.S.C. §1121(d)(1).

4. Currently, the exclusive periods for Mi Pueblo to file a plan and obtain acceptances thereof set forth under 11 U.S.C. §§1121(c)(2) and 1121(c)(3) (the "Exclusivity Period") is set for November 19, 2013, and January 18, 2014, respectively which Mi Pueblo proposes to extend until February 17, 2014, and April 18, 2014, respectively.

5. Mi Pueblo continues to operate its business from all of its twenty-one locations and would like an extension of the Exclusivity Period so that it could continue to evaluate its reorganization efforts, profitability and ultimately determine how it plans to proceed with financing its business.

6. From review of the Court's calendar, it appears the next regularly-scheduled motion calendar available, after giving sufficient notice to interested parties, would be November

22, 2013. This date would fall after the Exclusivity Period and Mi Pueblo prefers to have an Order of the Court granting an extension of the Exclusivity Period rather than just a Motion on file within that period.

WHEREFORE, Mi Pueblo respectfully requests that the Court specially set a hearing on the Exclusivity Motion, if convenient for the Court, at the same date and time as the Lease Motion on November 8, 2013 at 2:15 p.m.

Dated: October 8, 2013                            BINDER & MALTER, LLP

                                                  By: /s/ Roya Shakoori
                                                      Roya Shakoori
                                                  Attorneys for Debtor and Debtor-in-possession Mi
                                                  Pueblo San Jose, Inc.