| | |
|---|---|
| ERIC D. GOLDBERG (STATE BAR NO. 157544)<br>GABRIEL I. GLAZER (STATE BAR NO. 246384)<br>DANIELLE A. PHAM (STATE BAR NO. 269915)<br>STUTMAN, TREISTER & GLATT<br>PROFESSIONAL CORPORATION<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>Telecopy: (310) 228-5788<br>Email: egoldberg@stutman.com; gglazer@stutman.com;<br>dpham@stutman.com | |

Counsel For Official Committee Of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MI PUEBLO SAN JOSE, INC.<br><br>Debtor. | Case No. 13-53893-ASW<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE DEADLINES RE: DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS**<br><br>**Hearing Date**<br><br>Date: November 8, 2013<br>Time: 2:15 p.m.<br>Place: Courtroom 3035<br>280 S. First Street<br>San Jose, CA |

The Official Committee of Unsecured Creditors of Mi Pueblo San Jose, Inc. (the "Committee") and Mi Pueblo San Jose, Inc. (the "Debtor") hereby enter into this stipulation (the "Stipulation"), based upon the following facts:

A. On July 21, 2013 (the "Petition Date") the Debtor filed a petition under chapter 11 of the Bankruptcy Code.

B. The Debtor's deadlines to file a plan and obtain acceptances thereof are currently November 19, 2013 and January 18, 2014 (together, the "Exclusive Periods").

C. On October 8, 2013, the Debtor filed its *Motion to Extend Exclusive Periods (11 U.S.C. §§1121(d))* [Docket No. 309] ("Motion"). Pursuant to the Motion, the Debtor seeks to extend the Exclusive Periods by 90 days to February 17, 2014 and April 18, 2014, respectively.

D. On October 10, 2013, the Court entered its *Order Specially Setting Hearing on Motion to Extend Exclusive Periods* [Docket No. 314] (the "Order").

E. The Order requires that parties file and serve objections to the Motion on or before October 25, 2013 (the "Objection Deadline"), and a reply to any objection to the Motion be filed and served on of before November 1, 2013. (the "Reply Deadline").

F. The Court has set the Motion for hearing on November 8, 2013 at 2:15 p.m. (the "Hearing").

G. Since the filing of the Motion, the Debtor and the Committee (the "Parties") have been working to consensually resolve the Committee's issues with regards to the Motion. The Parties are still negotiating various issues, and these issues may be resolved without need for the Committee to file an objection. Thus, the Parties seek an extension of the Committee's Objection Deadline and the Debtor's Reply Deadline.

**NOW**, **THEREFORE**, it is hereby stipulated and agreed that:

1. <u>Extension of Objection and Reply Deadline</u>. The Objection Deadline for the Committee shall be extended by 7 days to November 1, 2013. The Reply Deadline for the Debtor shall be extended by 6 days to November 7, 2013.

2. <u>Miscellaneous</u>.

    a. <u>Authority</u> - The undersigned counsel have requisite authority to execute, deliver, and bind the performance of their respective parties under this Stipulation.

    b. <u>Binding Effect</u> - This Stipulation shall be binding among the parties as soon as a fully-executed version has been filed with the Court.

    c. <u>Bankruptcy Court Jurisdiction</u> - The Bankruptcy Court shall retain exclusive jurisdiction over the subject matter of this Stipulation.

WHEREFORE, the Debtor and the Committee hereto request that this Court enter an Order approving this Stipulation.

DATED this 24th day of October, 2013.

**THE COMMITTEE**

/s/ Eric D. Goldberg
ERIC D. GOLDBERG,
GABRIEL I. GLAZER, and
DANIELLE A. PHAM, Members of
STUTMAN, TREISTER & GLATT PC
Counsel for the Official Committee of
Unsecured Creditors

**THE DEBTOR**

*[signature: Robert M Harris]*
ROB HARRIS and
ROYA SHAKOORI
BINDER & MALTER, LLP

Counsel for the Debtor

# CERTIFICATE OF SERVICE

I, Lisa Masse, declare:

I am over the age of eighteen years and not a party to the within action. I am employed in an office that employs a member of the bar of this Court, at whose direction the within service was made. My business address is 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

On October 24, 2013, I served the following document:

**STIPULATION TO CONTINUE DEADLINES RE: DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS**

on the person and/or entities indicated on the attached service list at the last known address, as set forth in Exhibit 1, by placing true and correct copies thereof in a sealed envelope in the United States Mail, first class, unless otherwise indicated, postage prepaid.

The document was also served by the Court Via Notice of Electronic Filing on October 24, 2013 at the email addresses listed on Exhibit 2.

The document was also served by Overnight Mail via Federal Express on October 24, 2013 to:

Judge Arthur S. Weissbrodt
c/o Brook Esparza
United States Courthouse, Room 3035
280 South First Street
San Jose, CA 95113-3099

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2013 at Los Angeles, California.

／s/ *Lisa Masse*
Lisa Masse

# Exhibit 1

| | | |
|---|---|---|
| Request for Special Notice | | Brian Riparbelli<br>Pacific Agri-Products<br>477 Forbes Blvd<br>S. San Francisco, CA 94080 |
| Christopher P. Tessitore<br>National Retail Properties, Inc.<br>450 S. Orange Ave.<br>Suite 900<br>Orlando, FL 32801 | Gary B. Elmer, Esq.<br>Ciardi Ciardi & Astin<br>Counsel for Bar-S Foods Company<br>402 W. Broadway, Suite 400<br>San Diego, CA 92101 | Michael A. Wallin<br>Garcia Sullivan & Lopez LLP<br>Counsel for Barcel USA, LLC<br>695 Town Center Drive, Ste 700<br>Costa Mesa, CA 92626 |
| Bankruptcy Administration<br>GE Information Technology Solutions, Inc.<br>f/d/b/a IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208 | Stephen D. Marks, Esq.<br>Law Offices of Stephen D. Marks<br>Counsel for Bernard Berger,<br>Trustee of the Marian Flapan Trust<br>601 S. Figueroa Street, Suite 2610<br>Los Angeles, CA 90017 | Scott D. Fink<br>Agent for Toyota Motor Credit Corporation<br>Weltman Weinberg Reis Co LPA<br>Lakeside Place, Suite 200<br>323 W. Lakeside Avenue<br>Cleveland, OH 44113 |
| Richard L. Barnett, Esq.<br>Barnett & Rubin, P.C.<br>Counsel for Nafta Distributors, LLC<br>Jeffrey Corporate Centre<br>5450 Trabuco Road<br>Irvine, CA 92620 | Renee R. Dehesa, Esq.<br>Schneiders & Associates, LLP<br>Counsel for B&H Bakery Distribution Corporation<br>300 E. Esplanade Drive, Ste. 1980<br>Oxnard, CA 93036 | Robert Chau<br>President of B&H Bakery Distribution Corporation<br>30754 San Antonio Street<br>Hayward, CA 94544 |

# Exhibit 2

Richard L. Barnett on behalf of Creditor Nafta Distributors, Inc.
rick@barnettrubin.com, kelly@barnettrubin.com

Heinz Binder on behalf of Debtor Mi Pueblo San Jose, Inc.
heinz@bindermalter.com

Nicolas De Lancie on behalf of Creditor Wells Fargo Bank, N.A.
ndelancie@jmbm.com

DeeAnn Dugan on behalf of Creditor West Vista Communications, Inc.
missionlawecf@gmail.com, duganecf@gmail.com

Gary B. Elmer on behalf of Creditor Bar-S Foods Company
gelmer@ciardilaw.com

Scott Fink on behalf of Requestor Toyota Motor Credit Corporation
brodellecf@weltman.com

Joseph D. Frank on behalf of Requestor Bottling Group, LLC, operating collectively with affiliates and their subsidiaries as Pepsi Beverages Company
jfrank@fgllp.com

Isaac M. Gabriel on behalf of Creditor Bar-S Foods Company
isaac.gabriel@quarles.com

Marcia E. Gerston on behalf of Requestor Pacific Meat Company
mgerston@greenfieldsullivan.com, channon@greenfieldsullivan.com

Gabriel I. Glazer on behalf of Creditor Committee Official Committee Of Unsecured Creditors
gglazer@stutman.com

Eric D. Goldberg on behalf of Creditor Committee Official Committee Of Unsecured Creditors
egoldberg@stutman.com

Mark A. Gorton on behalf of Creditor Candies Tolteca
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Requestor Candies Tolteca
mgorton@boutininc.com, cdomingo@boutininc.com

Walter W. Gouldsbury, III on behalf of Creditor Wells Fargo Bank, N.A.
wwg@jmbm.com

Tracy Green on behalf of Creditor Yosemite Meat Co., Inc.
tgreen@wendel.com, bankruptcy@wendel.com;pbasa@wendel.com

Bernard S. Greenfield on behalf of Requestor Pacific Meat Company
bgreenfield@greenfieldsullivan.com

Maureen A. Harrington on behalf of Creditor Marquez Brothers International, Inc.
mharrington@greenfieldsullivan.com, JHolowich@greenfieldsullivan.com

Robert G. Harris on behalf of Debtor Mi Pueblo San Jose, Inc.
rob@bindermalter.com

William W. Huckins on behalf of Requestor Fleming Business Park, LLC
whuckins@allenmatkins.com

Sheri M. Kanesaka on behalf of Requestor Viz Cattle Corporation
skanesaka@AlvaradoSmith.com

Robert B. Kaplan on behalf of Requestor Wells Fargo Bank, N.A.
rbk@jmbm.com

Robert F. Kidd on behalf of Creditor NUCP Turlock, LLC
robert@donahue.com

Steven Koch on behalf of Requestor Horizon Marketing
smk@tularecountylaw.com

William Thomas Lewis on behalf of Debtor Mi Pueblo San Jose, Inc.
wtl@roblewlaw.com, kimwrenn@msn.com

William Thomas Lewis on behalf of Spec. Counsel William Thomas Lewis
wtl@roblewlaw.com, kimwrenn@msn.com

Daniel A. McDaniel on behalf of Requestor George Perry & Sons, Inc.
damplc@pacbell.net, ngmplcs@pacbell.net

Robert S. McWhorter on behalf of Creditor Tony's Fine Foods
rmcwhorter@nossaman.com, dbardon@nossaman.com

Robert S. McWhorter on behalf of Requestor Rizo Lopez Foods, Inc.
rmcwhorter@nossaman.com, dbardon@nossaman.com

Bria LaSalle Mertens on behalf of Requestor Darigold, Inc.
blmertens@stoel.com, lrushton@stoel.com

Lawrence H. Meuers on behalf of Requestor CDS Distributing, Inc.
lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com

Lawrence H. Meuers on behalf of Requestor Charlie's Enterprises, Inc. d/b/a OK Produce
lmeuers@meuerslawfirm.com, lrogers@meuerslawfirm.com

Raymond R. Miller on behalf of Interested Party Raymond R. Miller
raymillerecf@gmail.com

| | |
|---|---|
| 1 | Raymond F. Moats, III on behalf of Requestor Toyota Motor Credit Corporation<br>rmoats@weltman.com |
| 2 | |
| 3 | Terri Molinaro on behalf of Requestor JV Investments Town Plaza, LLC<br>tdm@svlg.com |
| 4 | |
| 5 | Monica Montalvan<br>monica@montalvans.com |
| 6 | Eric A. Nyberg on behalf of Creditor Unified Grocers, Inc.<br>e.nyberg@kornfieldlaw.com |
| 7 | |
| 8 | Office of the U.S. Trustee / SJ<br>USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com |
| 9 | |
| 10 | Paul J. Pascuzzi on behalf of Requestor Cha Cha Enterprises, LLC<br>ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com |
| 11 | Danielle A. Pham on behalf of Creditor Committee Official Committee Of Unsecured Creditors<br>dpham@stutman.com |
| 12 | |
| 13 | Marion I. Quesenbery on behalf of Requestor Bounty Fresh, LLC<br>marion@rjlaw.com |
| 14 | |
| 15 | Marion I. Quesenbery on behalf of Requestor Califresh of California, LLC<br>marion@rjlaw.com |
| 16 | Marion I. Quesenbery on behalf of Requestor Christopher Ranch, LLC<br>marion@rjlaw.com |
| 17 | |
| 18 | Marion I. Quesenbery on behalf of Requestor Ciruli Brothers, LLC<br>marion@rjlaw.com |
| 19 | |
| 20 | Marion I. Quesenbery on behalf of Requestor D'Arrigo Bros. of California<br>marion@rjlaw.com |
| 21 | Marion I. Quesenbery on behalf of Requestor Index Fresh Inc<br>marion@rjlaw.com |
| 22 | |
| 23 | Marion I. Quesenbery on behalf of Requestor Jewel Marketing & Agribusiness, LLC dba Crown Jewels Produce Company<br>marion@rjlaw.com |
| 24 | |
| 25 | Marion I. Quesenbery on behalf of Requestor Kern Ridge Growers, LLC<br>marion@rjlaw.com |
| 26 | |
| 27 | Marion I. Quesenbery on behalf of Requestor Premium Valley Produce, Inc.<br>marion@rjlaw.com |
| 28 | Marion I. Quesenbery on behalf of Requestor Royal Flavor, LLC<br>marion@rjlaw.com |

| | |
|---|---|
| 1 | Marion I. Quesenbery on behalf of Requestor West Pak Avocado, Inc.<br>marion@rjlaw.com |
| 2 | |
| 3 | David B. Rao on behalf of Debtor Mi Pueblo San Jose, Inc.<br>David@bindermalter.com |
| 4 | |
| 5 | Henry G. Rendler on behalf of Creditor Bottomley Distributing Company<br>henry@rendlerlaw.com |
| 6 | Robert L. Rentto on behalf of Requestor Travelers Express Company, Inc.<br>rentto@sbcglobal.net, drentto@yahoo.com |
| 7 | |
| 8 | Michael B. Reynolds on behalf of Requestor RM Produce Corporation<br>mreynolds@swlaw.com, kcollins@swlaw.com |
| 9 | |
| 10 | Gregory A. Rougeau on behalf of Requestor Elyxir Distributing, LLC<br>rougeau@mrlawsf.com, gradl@mrlawsf.com |
| 11 | Walter J. Schmidt on behalf of Creditor NuCal<br>csazandj@sbcglobal.net, bluedog4@sbcglobal.net |
| 12 | |
| 13 | Norman D. Schoenfeld on behalf of Creditor Liquidity Solutions, Inc.<br>lsi@liquiditysolutions.com |
| 14 | |
| 15 | Elaine M. Seid on behalf of Requestor Better Produce, Inc.<br>emseid@mstpartners.com, emseid@aol.com |
| 16 | Roya Shakoori on behalf of Debtor Mi Pueblo San Jose, Inc.<br>roya@bindermalter.com |
| 17 | |
| 18 | Gina E. Sharron on behalf of Requestor Che Chen Liu<br>gsharron@landlaws.com, ginaesharron@gmail.com |
| 19 | |
| 20 | William Shepard on behalf of Requestor Overra Associates II, LLC<br>wss@msrlegal.com |
| 21 | Martha J. Simon on behalf of Creditor PG&E<br>mjsimon@mjsimonlaw.com, mjsecf@gmail.com |
| 22 | |
| 23 | Martha J. Simon on behalf of Requestor Progreso Financiero<br>mjsimon@mjsimonlaw.com, mjsecf@gmail.com |
| 24 | Wendy W. Smith on behalf of Debtor Mi Pueblo San Jose, Inc.<br>Wendy@bindermalter.com |
| 25 | |
| 26 | Jeremiah Michael Stephens-Smiddy on behalf of Creditor James C Bryant<br>jeremiahsmiddy@gmail.com, stevekesten@gmail.com |
| 27 | |
| 28 | Kristine Theodesia Takvoryan on behalf of Requestor Tropicale Foods, Inc.<br>efiling@takvoryanlawgroup.com |

| | |
|---|---|
| 1 | Judy C. Tsai on behalf of Requestor Bay Area Seafood, Inc.<br>judy@judytsai.com, vaishali@judytsai.com |
| 2 | |
| 3 | Michael A. Wallin on behalf of Requestor Barcel USA, LLC<br>mwallin@slaterhersey.com |
| 4 | |
| 5 | John S. Wesolowski on behalf of U.S. Trustee Office of the U.S. Trustee / SJ<br>john.wesolowski@usdoj.gov |
| 6 | Kaipo K.B. Young on behalf of Requestor Edulis, Inc.<br>KYoung@BL-Plaw.com |
| 7 | |
| 8 | Bruce J. Zabarauskas on behalf of Creditor Azteca Milling<br>bruce.zabarauskas@tklaw.com |
| 9 | |
| 10 | Bruce J. Zabarauskas on behalf of Creditor Gruma Corporation d/b/a Mission Foods<br>bruce.zabarauskas@tklaw.com |