JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN, P.C.
(Bar No. 76950)
NICOLAS DE LANCIE
(Bar No. 84934)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.

The following constitutes the
Order of the Court. Signed 12/31 2013

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

*The opposition filed by Mr. Rendler has been considered. ASW*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

MI PUEBLO SAN JOSE, INC.,

    Debtor and Debtor-in-Possession.

CASE NO. 13-53893-ASW

Chapter 11

**ORDER ON MOTIONS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(b)(9)**

Date: October 8, 2013
Time: 3:00 p.m.
Place: Courtroom 3020
       280 South First Street
       San Jose, California

On October 8, 2013, the following Motions came on for hearing at 3:00 p.m. in the above-entitled Court before the Honorable Arthur S. Weissbrodt, Bankruptcy Judge:

    A.    Application by Pacific Meat Company Allowance and Payment of Chapter 11 Administrative Expense Claim Under Bankruptcy Code § 503(b)(9) [Docket No. 112] ("Pacific Meat Company Motion");

    B.    Application by Marquez Brothers International for Allowance and Payment of Chapter 11 Administrative Expenses Under Bankruptcy Code § 503(b)(9) [Docket No. 144]

("Marquez Motion");

    C.    Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 158] filed by Azteca Milling, L.P. ("Azteca Motion");

    D.    Motion for Allowance and Payment of Administrative Expense Under 11 U.S.C. § 503(b)(9) [Docket No. ~~180~~ 182 asw] filed by Bottomley Distributing Company ("Bottomley Motion");

    E.    Application for Allowance and Payment of Chapter 11 Administrative Expense Claim – 11 U.S.C. § 503(b)(9) [Docket No. 190] filed by Viz Cattle Corporation ("Viz Motion");

    F.    Motion for Allowance and Payment of Chapter 11 Administrative Expense Claims Under Bankruptcy Code §§ 503(b)(1), 503(b)(9) and 507(a)(2) [Docket No. 195] filed by Tony's Fine Foods, Inc. ("Tony's Motion");

    G.    Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) filed by Gruma Corporation [Docket No. 198] ("Gruma Motion");

    H.    Motion for Allowance and Payment of Chapter 11 Administrative Expense Claims Under Bankruptcy Code §§ 503(b)(9) and 507(a)(2) [Docket No. 187] filed by Charlie's Enterprises, Inc. d/b/a OK Produce ("Charlie's Motion");

    I.    Motion for Allowance and Payment of Chapter 11 Administrative Expense Claims Under Bankruptcy Code §§ 503(b)(9) and 507(a)(2) [Docket No. 202] filed by Rizo Lopez Foods, Inc. ("Rizo Motion");

    J.    Application for Allowance and Payment of Chapter 11 Administrative Expense Claim for Goods Sold Within 20 Days Prior to Petition Date Under Bankruptcy Code § 503(b)(9) [Docket No. 204] filed by Candies Tolteca ("Candies Motion"); and

    K.    Motion for Allowance and Payment of Administrative Expenses Under Bankruptcy Code § 503(b)(9) for Goods Received by Debtor Within 20 Days of Filing [Docket No. 214] filed by Bay Area Seafood, Inc. ("Bay Area Motion") (the Pacific Meat Company Motion, the

Marquez Motion, the Azteca Motion, the Bottomley Motion, the Charlie's Motion, the Viz Motion, the Tony's Motion, the Gruma Motion, the Rizo Motion, the Candies Motion, and the Bay Area Motion are hereinafter collectively referred to as the "Vendor Motions" and Pacific Meat Company, Marquez Brothers International, Azteca Milling, L.P., Bottomley Distributing Company, Viz Cattle Corporation, Tony's Fine Foods, Inc., Gruma Corporation d/b/a Mission Foods, Charlie's Enterprises, Inc. d/b/a OK Produce, Rizo Lopez Foods, Inc., Candies Tolteca, and Bay Area Seafood, Inc. are hereinafter collectively referred to as the "Vendors").

Roya Shakoori, Esq. of Binder & Malter LLP appeared on behalf of Mi Pueblo San Jose, Inc., Debtor and Debtor-in-Possession ("Mi Pueblo"), and Robert B. Kaplan, Esq. and Walter W. Gouldsbury III, Esq. of Jeffer Mangels Butler & Mitchell LLP appeared on behalf of Wells Fargo Bank, National Association ("Bank"). Other appearances were as noted on the record.

The Court, having reviewed and considered the Vendor Motions, the oppositions filed by the Bank thereto (collectively, the "Oppositions"), and having heard and considered the evidence and the argument of counsel, and, for the reasons stated on the record on October 8, 2013, and good cause appearing therefor:

IT IS ORDERED:

1. Pacific Meat Company is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $431,114.97.

2. Marquez Brothers International is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $275,655.61.

3. Azteca Milling, L.P. is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $119,498.35.

4. Bottomley Distributing Company is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $224,377.45.

5. Viz Cattle Corporation is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $728,996.44.

6. Tony's Fine Foods, Inc. is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $300,621.15.

PRINTED ON
RECYCLED PAPER
SF 1537558v1

- 3 - ORDER ON MOTIONS FOR ALLOWANCE
AND PYMT OF ADMINISTRATIVE CLAIMS

Case: 13-53893   Doc# 484   Filed: 12/31/13   Entered: 12/31/13 15:32:18   Page 3 of 7

7. Gruma Corporation d/b/a Mission Foods is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $258,212.97.

8. Charlie's Enterprises, Inc. d/b/a OK Produce is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $14,176.15.

9. Rizo Lopez Foods, Inc. is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $222,379.44.

10. Candies Tolteca is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $68,533.79.

11. Bay Area Seafood is allowed an administrative claim pursuant to the provisions of 11 U.S.C. § 503(b)(9) in the amount of $562,956.86.

12. The Vendor Motions are denied, without prejudice, to the extent they seek payment of the administrative claims allowed under 11 U.S.C. § 503(b)(9) as set forth in sections 1 through 11 of this Order.

13. The Court shall conduct a further hearing to consider whether the administrative claims allowed to the Vendors pursuant to 11 U.S.C. § 503(b)(9), as set forth in sections 1 through 11 of this Order shall be paid, on February 24, 2014 at 1:30 p.m. pursuant to a single brief seeking such relief, which must be filed and served by all of the Vendors collectively on or before January 31, 2014 ("Vendors' Payment Brief"). The Bank and Mi Pueblo's response to the Vendors' Payment Brief shall be filed and served on or before February 7, 2014, and the Vendors single collective reply in support of the Vendor's Payment Brief shall be filed and served on or before February 14, 2014. All arguments raised in the Vendor Motions and the Oppositions shall be preserved.

14. Mi Pueblo shall file and serve a Cash Position Report setting forth its cash on hand as of January 17, 2014, on or before January 24, 2014.

///
///
///
///

PRINTED ON RECYCLED PAPER
SF 1537558v1
Jeffer Mangels Butler & Mitchell LLP
JMBM

**APPROVED AS TO FORM:**

BINDER & MALTER LLP

By: /s/ Roya Shakoori
ROYA SHAKOORI
Attorneys for MI PUEBLO SAN JOSE, INC.
Debtor and Debtor-in-Possession

THOMPSON & KNIGHT LLP

By:_____
KATHERINE BATTAIA CLARK
*Pro Hac Vice*
Attorneys for AZTECA MILLING L.P. and
GRUMA CORPORATION dba MISSION FOODS

BAKER MANOCK & JENSEN, PC

By:_____
DIANE E. CODERNIZ
Attorneys for CANDIES TOLTECA

LAW OFFICE OF JUDY TSAI

By:_____
JUDY C. TSAI
Attorneys for BAY AREA SEAFOOD INC.

ALVARADOSMITH

By:_____
SHERI M. KANESAKA
Attorneys for VIZ CATTLE CORPORATION

NOSSMAN LLP

By:_____
ROBERT S. McWHORTER
Attorneys for RIZO LOPEZ FOODS, INC. and
TONY'S FINE FOODS, INC.

GREENFIELD SULLIVAN DRAA & HARRINGTON LLP

By:_____
BERNARD S. GREENFIELD
Attorneys for MARQUEZ BROTHERS
INTERNATIONAL, INC. and PACIFIC MEAT
COMPANY

HENRY G. RENDLER

By:_____
HENRY G. RENDLER
Attorneys for BOTTOMLEY DISTRIBUTING
COMPANY

MEUERS LAW FIRM, P.L.

By:_____
LAURENCE H. MEUERS
Attorneys for CHARLIE'S ENTERPRISES, INC.,
d/b/a OK Produce

**\*END OF ORDER\***

## COURT SERVICE LIST

None.