

MICHAEL W. MALTER
HEINZ BINDER
ROBERT G. HARRIS
JULIE H. ROME-BANKS
DAVID B. RAO
WENDY W. SMITH
ROYA SHAKOORI
RYAN M. PENHALLEGON
CHRISTIAN BINDER
----------
NAN L. CORBER
 PARALEGAL

2775 PARK AVENUE
SANTA CLARA, CA 95050
----------
Please reply to:
P.O. Box 28461
San Jose, CA 95159-8461

TELEPHONE 408-295-1700
FACSIMILE  408-295-1531

February 23, 2015

**VIA FIRST CLASS MAIL AND**
**ELECTRONIC FILING**
United States Bankruptcy Court
Northern District of California
U.S. Courthouse and Federal Building
Attn: Honorable Arthur S. Weissbrodt
280 S. First Street, Room 3035
San Jose, CA 95113

    Re:    Mi Pueblo, LLC fka Mi Pueblo San Jose, Inc.
            Case No. 13-53893 ASW

Dear Judge Weissbrodt:

    This correspondence is in response to your letter dated February 3, 2015 requesting a status report of the above-referenced case. Binder & Malter, LLP no longer represents Mi Pueblo, LLC (the "Reorganized Debtor") and the Reorganized Debtor is now represented by:

        Scott H. McNutt, Esq.
        McNutt Law Group LLP
        219 9th Street
        San Francisco, California 94103

    Binder & Malter, LLP no longer has current information concerning the Reorganized Debtor and its operations or compliance with the confirmed Plan of Reorganization and anticipated timing for filing of a Final Decree.

        Binder & Malter, LLP

        */s/Robert G. Harris*
        Robert G. Harris
        Attorney at Law

cc:    Scott H. McNutt, Esq.
      Heinz Binder, Esq.